1  Richard D. McCune, Esq. State Bar No. 132124
   rdm@mccunewright.com
2  Kristy M. Arevalo, Esq., State Bar No. 216308
   kma@mccunewright.com
3  Jae (Eddie) K. Kim, Esq., State Bar No. 236805
   jkk@mccunewright.com
4  MCCUNEWRIGHT, LLP
   2068 Orange Tree Lane, Suite 216
5  Redlands, California 92374
   Telephone: (909) 557-1250
6  Facsimile: (909) 557-1275

7  Additional Counsel listed following signature page.

8  Attorneys for Plaintiff RONALD S. ARENDAS, on behalf
   of himself and all others similarly situated.

9

10

11              UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13              CV11            6462

14  RONALD S. ARENDAS, as an individual and on )   CASE NO.: _____
    behalf of all others similarly situated,         )
15                                                   )   **CLASS ACTION COMPLAINT**
                                                     )
16              Plaintiff,                           )   1.  VIOLATION OF THE CONSUMER
                                                     )       LEGAL REMEDIES ACT [CIVIL CODE
17      v.                                           )       SECTION 1750, ET SEQ.]
                                                     )
18  CITIBANK INC., CITIBANK (WEST) FSB,             )   2.  VIOLATION OF UNFAIR BUSINESS
    CITIBANK, N.A. AND CITIBANK FSB, and            )       PRACTICES ACT [BUSINESS &
19  DOES 1 through 125,                             )       PROFESSIONS CODE SECTION 17200,
                                                     )       ET SEQ.]
20                                                   )
                Defendants.                          )   3.  VIOLATION OF UNFAIR BUSINESS
21                                                   )       PRACTICES ACT [BUSINESS &
                                                     )       PROFESSIONS CODE SECTION 17500,
22                                                   )       ET SEQ.]
                                                     )
23                                                   )   4.  FRAUD
                                                     )
24                                                   )   5.  NEGLIGENT MISREPRESENTATION
                                                     )
25                                                   )   6.  CONVERSION
                                                     )
26                                                   )   **DEMAND FOR JURY TRIAL**
                                                     )
27  _____)

28

                              -1-
    CLASS ACTION COMPLAINT

Plaintiff, through undersigned counsel, on behalf of himself and all persons similarly situated, alleges the following based on personal knowledge as to allegations regarding the Plaintiff and on information and belief as to other allegations.

## INTRODUCTION

1.       This is a civil action seeking monetary damages, restitution and declaratory relief from Defendant Citibank, N.A. ("Citibank" or the "Bank"), arising from its unfair and unconscionable assessment and collection of overdraft fees in violation of its contractual terms with the customers in which the contract affirmatively states: "That there is no Citibank fee charged for POS transactions."In the era of electronic banking and the ubiquitous use of debit card transactions, the assessment of overdraft fees has become a major profit center for many United States banks, including Citibank. For years, banks covered customers who occasionally bounced checks and even did so for a time for customers using debit cards, without charging their customers. Since the early 1990's, however, banks have devised methods to provide overdraft "protection" for customers and charge them in each instance. A FDIC report estimated that overdraft fees represent 74 percent of the total service charges that are imposed on deposit accounts in the United States. A 2008 FDIC study reported that overdraft fees for debit cards can carry an effective annualized interest rate that *exceeds 3,500 percent*. Nevertheless, the Consumer Federation of America reported that five of the ten largest banks raised their overdraft fees.

2.       In 2007, banks collected more than $17 billion in overdraft fees. That number nearly doubled in 2008, as more and more consumers struggled to maintain positive checking account balances. *In 2009, banks brought in $37.1 billion in overdraft charges alone.* As one of the largest retail banks in the country, Citibank is among the beneficiaries of these staggering charges.

3.       Almost by definition, these fees disproportionately affect the poor, who are most likely to maintain low balances. Moebs Services, a research company that has conducted studies for the government as well as banks, estimates that 90 percent of overdraft fees are paid by the poorest 10 percent of banks' customer base. Moreover, these fees have the tendency to create a domino effect, because the imposition of a service charge on an account with a negative balance will make it less likely that the account holder's balance will reach positive territory, resulting in more fees.

-2-

4.     Before debit cards existed, banks occasionally extended the courtesy of honoring paper checks written on overdrawn or otherwise deficient accounts for customers who were typically in good standing. Banks extended this courtesy largely because the third party involved in a sales transaction allowed the customer to pay by check, expecting the funds to be available and the check to clear. For example, if a customer wrote a check to purchase groceries, the grocery store would only know whether the check cleared *after* the groceries had been purchased.

5.     Citibank imposed on customers overdraft fees in certain prescribed circumstances known only to Citibank, charging its customers an overdraft fee of as much as $34 per transaction - even when the transaction was for only a few dollars. This automatic, fee-based overdraft scheme was intentionally designed to maximize overdraft fee revenue for Citibank. Citibank misled customers to believe that, if a debit card transaction was approved, no overdraft fees would be due. Further, Citibank never obtained the agreement of its customers to the imposition of overdraft fees in the context of debit card transactions. To the contrary, the terms of the agreement between Citibank and its customers provided that overdraft fees would be assessed only for check transactions and that no fees would be incurred for debit card transactions. Moreover, Citibank failed to warn its customers that an overdraft fee would be assessed if they proceeded with the transaction or advise the customers of the type of transactions and the circumstances that could result in an overdraft fee.

6.     In many instances, these overdraft fees cost Citibank account holders hundreds of dollars in a matter of days, or even hours, when they may be overdrawn by only a few dollars. Even more egregious, at the time of authorization of the debit card transactions that were the subject of the overdraft, the account holders' available balance was positive.

7.     Thus, it is through the use of deceptive and unauthorized overdraft policies and practices and the manipulation and alteration of customers' transaction records that Citibank maximizes overdraft penalties imposed on customers.

## JURISDICTION AND VENUE

8.     This Court has original jurisdiction of this action under the Class Action Fairness Act of 2005. Pursuant to 28 U.S.C. §§ 1332(d)(2) and (6), this Court has original jurisdiction because the

-3-

1    aggregate claims of the putative Class members exceed $5 million, exclusive of interest and costs, and

2    Plaintiff is a resident of a different state than Citibank.

3        9.      Venue was proper in the Northern District of California, the district in which this

4    complaint was originally filed, pursuant to 28 U.S.C. § 1391(b) and California Code of Civil Procedure

5    § 395. Venue was proper in the Northern District of California because Class members live in San

6    Francisco County, because the Bank has numerous branches and ATMs in San Francisco County, and

7    because the Bank has imposed substantial overdraft fees on consumers who hold accounts in San

8    Francisco County. Venue is proper in this district pursuant to 28 U.S.C. § 1407(a).

9                             **THE PARTIES**

10        10.      Plaintiff Ronald S. Arendas is a citizen of the State of California.

11        11.      Citibank is a national bank which maintains its principal place of business in Las

12    Vegas, Nevada. Citibank regularly and systematically conducts business throughout the United States,

13    including in the Northern District of California. Among other things, Citibank is engaged in the

14    business of providing retail banking services to millions of consumers, including Plaintiff and members

15    of the putative Class, which include the issuance of debit cards for use by its customers in conjunction

16    with their checking accounts.

17        12.      Citibank is a national bank, subject to the National Bank Act, 12 U.S.C. § 1, *et seq.*,

18    and regulations promulgated by the Office of the Comptroller of the Currency.

19                         **CLASS ALLEGATIONS**

20        13.      Plaintiff brings this action on behalf of himself and all others similarly situated

21    pursuant to Fed. R. Civ. P. 23. This action satisfies the numerosity, commonality, typicality, adequacy,

22    predominance and superiority requirements of Rule 23.

23        14.      The proposed classes are defined as:

24
25
          **All Citibank customers in the United States who, from December 6, 2004, to the date of class certification (the "Class Period"), incurred overdraft fees on debit card transactions (the "National Class").**

26
27
          **All Citibank customers with California accounts who, during the Class Period, incurred overdraft fees on debit card transactions (the "California Subclass") (*see* Fifth Claim for Relief, *infra*).**

28    The National Class and the State Subclasses are collectively referred to as the "Classes."

15. Citibank was served with a national class action complaint relating to its overdraft practices in a case entitled *Amrhein v. Citibank* that was filed on December 6, 2008.

16. The claims alleged herein relate back to the filing of the *Amrhein* complaint.

17. Plaintiff reserves the right to modify or amend the definition of the proposed Classes before the Court determines whether certification is appropriate.

18. Excluded from the Classes are Citibank, its parents, subsidiaries, affiliates, officers and directors, any entity in which Citibank has a controlling interest, all customers who make a timely election to be excluded, governmental entities, and all judges assigned to hear any aspect of this litigation, as well as their immediate family members.

19. The members of the Classes are so numerous that joinder is impractical. The Classes consist of thousands of members, the identity of whom is within the knowledge of and can be ascertained only by resort to Citibank's records.

20. The claims of the representative Plaintiff are typical of the claims of the Classes in that the representative Plaintiff, like all Class members, was charged overdraft fees by Citibank as a result of the wrongful practices alleged herein. The representative Plaintiff, like all Class members, has been damaged by Citibank's misconduct in that they have been assessed unfair and unconscionable overdraft charges. Furthermore, the factual basis of Citibank's misconduct is common to all Class members, and represents a common thread of unfair and unconscionable conduct resulting in injury to all members of the Classes.

21. There are numerous questions of law and fact common to the Classes and those common questions predominate over any questions affecting only individual Class members.

22. Among the questions of law and fact common to the Classes are whether Citibank:

a. Imposed overdraft fees on its customers without their consent or agreement, and in violation of the terms of the contract;

b. Received and retained ill-gotten gains from its imposition of wrongful overdraft fees;

c. Misled customers to believe that, if the debit transaction was authorized, no overdraft fees would be incurred;

-5-

1            d.      Breached its contract and its covenant of good faith and fair dealing with Plaintiff
2 and other members of the Classes through its overdraft policies and practices;

3            e.      Converted moneys belonging to Plaintiff and other members of the Classes
4 through its overdraft policies and practices;

5            f.      Was unjustly enriched through its overdraft policies and practices; and

6            g.      Violated the consumer protection acts of certain states through its overdraft
7 policies and practices.

8      23.      Other questions of law and fact common to the Classes include:

9            a.      The proper method or methods by which to measure damages, and

10            b.      The declaratory relief to which the Classes are entitled.

11      24.      Plaintiff's claims are typical of the claims of other Class members, in that they arise
12 out of the same wrongful overdraft policies and practices and the same or substantially similar
13 Citibank's account agreements and other related documents. Plaintiff has suffered the harm alleged and
14 has no interests antagonistic to the interests of any other Class member.

15      25.      Plaintiff is committed to the vigorous prosecution of this action and has retained
16 competent counsel experienced in the prosecution of class actions and, in particular, class actions on
17 behalf of consumers and against financial institutions. Accordingly, Plaintiff is an adequate
18 representative and will fairly and adequately protect the interests of the Classes.

19      26.      A class action is superior to other available methods for the fair and efficient
20 adjudication of this controversy. Since the amount of each individual Class member's claim is small
21 relative to the complexity of the litigation, and due to the financial resources of Citibank, no Class
22 member could afford to seek legal redress individually for the claims alleged herein. Therefore, absent a
23 class action, the Class members' losses and Citibank's misconduct would proceed without remedy.

24      27.      Even if Class members themselves could afford such individual litigation, the court
25 system could not. Given the complex legal and factual issues involved, individualized litigation would
26 significantly increase the delay and expense to all parties and to the Court. Individualized litigation
27 would also create the potential for inconsistent or contradictory rulings. By contrast, a class action
28 presents far fewer management difficulties, allows claims to be heard which might otherwise go unheard

CLASS ACTION COMPLAINT

1  because of the relative expense of bringing individual lawsuits, and provides the benefits of
2  adjudication, economies of scale and comprehensive supervision by a single court.

3  ## COMMON FACTUAL ALLEGATIONS

4  ### A.  Citibank

5  28.  According to its website, Citibank is one of the largest full service banks in the world.
6  Citibank maintains automated teller machines ("ATMs") in every state, totaling approximately 3,200 in
7  number, as well as over 1,000 bank branches across the country. In addition, Citibank's online services
8  are among the largest in the banking industry, boasting more than 15 million users.

9  29.  Citibank is in the business of providing its customers with a variety of banking
10  services. One of the services provided by Citibank for customers who open a checking account is a
11  debit card, also known as a check card or ATM card. Through those debit cards, customers can engage
12  in transactions using funds directly from their accounts by engaging in "point of sale" ("POS")
13  transactions, or may withdraw money from their accounts at ATMs. Whether the card is used to execute
14  POS transactions or to withdraw cash from ATMs, the transaction is processed electronically. As a
15  result, Citibank is notified instantaneously when the card is swiped, and has the option to accept or
16  decline transactions at such time. Once Citibank authorizes the transactions, it is considered a "Forced
17  Pay" or "Must Pay" item, meaning that Citibank and the customer are obligated to honor the item when
18  it is presented for payment.

19  30.  Citibank's debit card can be used to make a point-of-sale purchase in two ways: (1) a
20  PIN POS transaction in which a customer enters his/her personal identification number to authorize the
21  POS; or (2) an "offline signature" POS transaction, in which the debit card is treated like a credit card
22  and the customer usually is required to sign a receipt. In the former, the money is debited from the
23  Citibank account instantaneously. In the latter, the "offline signature" transaction occurs in two parts.
24  First, authorization for the purchase amount is obtained by the merchant. Second, the transaction is not
25  actually "settled" (that is, money between Citibank and the merchant does not change hands) until the
26  merchant submits the transaction to Citibank sometime after the customer's purchase.

27  31.  During most of the class period, Citibank imposed an overdraft fee on offline
28  signature debit card transactions.

-7-

1       32.       Citibank made a greater profit on offline signature debit card transactions than it did

2 on PIN debit card transactions.

3       **B.**      **Citibank's Relevant Customer Documents Regarding Overdrafts**

4       33.       Plaintiff and all members of the Classes maintained a checking account with

5 Citibank. The terms of Citibank's checking accounts are contained in standardized account holder

6 agreements, presented to its customers on a "take it or leave it" basis, drafted and imposed by Citibank,

7 which is the party of vastly superior bargaining strength, and thus constitute agreements of adhesion. A

8 representative copy of the "Client Manual" (the "Deposit Agreement"), a contract binding all customers

9 who maintain accounts in "U.S. Markets," which is over 40 pages long, single-spaced and in small print,

10 is attached as Exhibit A.

11       34.       The Deposit Agreement provides for overdrafts and overdraft fees only in the context

12 of transactions involving checks, not debit cards:

13       **Overdrawing Your Account.** In the event the available balance in your account is

14       insufficient to cover your day's transactions, we generally will utilize the following

15       payment hierarchy:

16

17       We pay all electronic debits (ATM withdrawals, ACH debits, online bill payments, and

18       point-of-sale transactions) first. We then process all debits for purchasing of securities

19       through Smith Barney. If available funds remain after processing these transactions, we

20       pay your checks in the order of largest to smallest dollar amount. . . .

21

22       In the event of insufficient funds to pay your checks, we may return your checks and

23       charge you a fee. At our sole discretion, we may create an overdraft by paying the check

24       or permitting the transaction. Either way, there will be a service charge. (p. 32)

25

26       35.       The Deposit Agreement only states that service charges will be imposed in

27 connection with checks, not POS transactions.

28

CLASS ACTION COMPLAINT

1       36.      In its section entitled "Point-of-Sale Transactions" which refers to both "PIN-based

2 and non-PIN-based POS transaction[s]" (p. 18), the Deposit Agreement confirms that overdraft fees for

3 POS debit transactions will not be charged by providing that "[t]here is no Citibank fee charged for POS

4 transactions."

5       37.      The Deposit Agreement does not state that overdraft fees will be imposed in

6 connection with overdrafts on POS "offline signature" debit transactions.

7       38.      The Deposit Agreement also contains terms that misleadingly indicate to the

8 customer that Citibank has immediate knowledge of the amount of a debit transaction, that Citibank

9 removes the amount of the transaction from the customer's balance, and that, if Citibank approves a

10 debit transaction, there are sufficient funds in the account.

11       39.      In the "Point-of-Sale Transactions" section, Citibank states that POS transactions

12 involve "*immediate* electronic withdrawals from your primary checking account" (emphasis added) (p.

13 17).

14       40.      In a section entitled "Withdrawal Refusals," the Bank indicates that it will refuse

15 withdrawals from an account in certain specified circumstances, including when there are insufficient

16 funds in the customer's account:

17       **Withdrawal Refusals.** In some instances, we may refuse a request for a withdrawal

18       from an account. The following is a list of the most common reasons we refuse

19       withdrawal requests:

20

21       • If the funds you wish to withdraw are not available (*See the Funds Availability at*

22         *Citibank section of the Marketplace Addendum.*)

23

24       • If there are insufficient funds in your account . . .

25

26       41.      The Deposit Agreement does not set forth the dollar amount of fees that will be

27 charged for purported overdrafts.

28

-9-

CLASS ACTION COMPLAINT

42.     Instead, a separate document, the "Marketplace Addendum" (attached as Exhibit B)
lists the dollar amount of fees that will be charged for purported overdrafts in a chart entitled "Service
Fees and Charges for All Accounts." Using smaller print than the Deposit Agreement, the chart states:

| Service | Regular Fees | Citigold Account Fees |
|---|---|---|
| Check/Item Returned/Paid Against Insufficient/Unavailable Funds (overdraft)[3] (An insufficient funds item may be created by check, in person withdrawal, ATM withdrawal or other electronic means.) | $34.00 | $34.00 |

The footnote appears in extremely small print: "[3]Fee will not be assessed more than 4 times per account
per day. The fee may be charged whenever any fee or charge is deducted from your account and either
causes your account to be overdrawn or increases the amount by which your account is overdrawn."
Exhibit B, p. 44.

43.     Like the Deposit Agreement, the Marketplace Addendum does not explicitly state that
debit card or POS transactions are subject to overdraft fees.

**C.     Citibank's Imposition of Overdraft Fees**

44.     Citibank misled its customers regarding its overdraft policies and practices. Despite
agreeing and representing in the Deposit Agreement that (a) overdrafts and overdraft fees are charged by
Citibank only for checks, not debit cards, (b) service charges and fees do not apply to POS transactions,
(c) withdrawal requests are refused where an account has insufficient funds, and (d) point of sale debit
transactions are "*immediate* electronic withdrawals from your primary checking account (emphasis
added)," Citibank wrongfully charged its customers overdraft fees relating to debit card transactions.

45.     Citibank imposed overdraft fees in various circumstances, all of which were
wrongfully, deceptive, and contrary to the terms of the Deposit Agreement and Citibank's obligation of
good faith and fair dealing.

46.     Citibank charged its customers overdraft fees in an offline signature transaction when
there was an insufficient amount in the account at the time of settlement to pay the transaction and the
"settled" amount of a debit transaction exceeded the amount authorized, irrespective of the amount of
the increase.

-10-

CLASS ACTION COMPLAINT

1       47.      At other times, Citibank charged its customers overdraft fees in an offline signature

2 transaction after approving the transaction when there was an insufficient amount in the account at the

3 time of settlement to pay the transaction, irrespective of whether the "settled" amount of the debit

4 transaction exceeded the amount authorized.

5       48.      Citibank also charged its customers overdraft fees in an offline signature transaction,

6 when (a) the transaction was not settled by the merchant and Citibank within three days of its

7 authorization, and (b) at the time the transaction was finally settled, there was an insufficient amount in

8 the account to pay the transaction. Despite the fact that the customer has no control over settlement,

9 Citibank charged its customers overdraft fees even though the customer had sufficient funds at the time

10 of authorization.

11       49.      Citibank misled its customers by failing to disclose to customers that overdraft fees

12 were imposed in connection with overdrafts on POS "offline signature" debit transactions (where

13 Citibank derived greater profit) but not on POS PIN debit card transactions.

14       50.      Citibank also charged its customers overdraft fees on a debit card transaction when,

15 because of service fees it charged, there was an insufficient amount in the account to pay the transaction.

16       51.      Further, Citibank charged its customers overdraft fees when Citibank had no record

17 of having authorized the debit card transaction and there was an insufficient amount in the account to

18 pay the transaction.

19       52.      In addition, as a result of deficiencies with Citibank's system and other reasons and

20 upon information and belief, Citibank imposed additional overdraft fees on customers, including but not

21 limited to those resulting from other transactions posting to the customer's account between the time

22 that the transaction was authorized and it finally settled.

23       53.      Citibank's customers did not agree or consent to the imposition of overdraft fees

24 arising from debit card transactions.

25       54.      Citibank did not notify its customers of its changes in overdraft policies and practices.

26       55.      Citibank also did not have any reasonable limitation on the number of overdrafts it

27 would charge on a single posting day.

28

-11-

1    56.    Citibank continued its wrongful overdraft policies and practices despite knowledge of
2    its wrongful nature.

3    57.    Citibank's practices regarding imposing overdrafts were deceptive and unfair,
4    breached its contract with Plaintiff and the Class, and violated the covenant of good faith and fair
5    dealing implied in the Deposit Agreement as well as the consumer protection laws of numerous states,
6    including California.

7    **D.    Citibank's Cloaking of Accurate Balance Information**

8    58.    Citibank actively promoted the convenience of its debit cards and other electronic
9    debiting, but failed to provide customers with accurate balance information. When customers executed
10   account transactions, they may not have had access to an accurate balance register or balance
11   information.

12   59.    Citibank provided inaccurate balance information to its customers through its
13   electronic network. In certain cases, Citibank informed its customers that they had a positive balance
14   when, in reality, they had a negative balance.

15   60.    Citibank did not inform its customers that certain debit transactions, such as those
16   involving restaurants or the purchase of gasoline, could result in the available balance being greater than
17   the customers' actual balance.

18   61.    Citibank misled its customers concerning the "immediate" nature of POS transactions
19   in general and "offline signature" debit transactions in specific.

20   62.    The terms of the Account Agreement failed to sufficiently alert the customer that
21   he/she must keep a large cushion of funds in her account in order to guard against an overdraft fee
22   resulting from inaccurate balance information and/or "offline signature" POS transactions, and are
23   materially deceptive.

24   **E.    Citibank's Overdraft Policies and Practices Are Contrary to Best Practices**

25   63.    By engaging in the conduct described herein, Citibank failed to follow the list of
26   "best practices" for overdraft programs set forth in the "Joint Guidance on Overdraft Protection
27   Programs" ("Joint Guidance") issued by the United States Department of the Treasury, the Office of the
28   Comptroller of the Currency, the Board of Governors of the Federal Reserve System, the Federal

-12-

1  Deposit Insurance Corporation, and the National Credit Union Administration (collectively, the
2  "Agencies"). A copy of the Joint Guidance is attached as Exhibit C.

3  64.     Citibank's overdraft policies made it difficult for customers to avoid injury even if
4  they carefully tracked the balance in their account. In fact, the Agencies have stated that "Injury"
5  resulting from such policies, "is not reasonably avoidable" by the consumer. 73 F.R. 28904-01, 28929.
6  "Although consumers can reduce the risk of overdrawing their accounts by carefully tracking their
7  credits and debits, consumers often lack sufficient information about key aspects of their account. For
8  example, a consumer cannot know with any degree of certainty when funds from a deposit or a credit for
9  a returned purchase will be made available."

10  **F.     Citibank's Unconscionable Provisions and Policies**

11  65.     Citibank's overdraft policies and practices were unconscionable in the following
12  respects, among others:

13          a.     Citibank imposed overdraft fees on its customers without their consent or
14  agreement;

15          b.     The Bank did not alert its customers that a debit card transaction could be
16  assessed an overdraft fee;

17          c.     The Deposit Agreement misled customers to believe that, if the debit card
18  transaction was authorized, no overdraft fees would be incurred;

19          d.     Citibank did not alert its customers that, under its policies and procedures, certain
20  kinds of debit transactions could lead to overdraft fees while others would not;

21          e.     Citibank did not alert its customers that the authorized amounts of certain debit
22  card transactions (*e.g.*, those from gasoline stations or restaurants) were less than the settled amounts
23  and therefore might give rise to an overdraft and overdraft fee;

24          f.     The amount of overdraft fees was disclosed in an ineffective, ambiguous,
25  misleading, and unfair manner, since it was not contained in the Deposit Agreement, but rather in a
26  separate lengthy, and impermissibly small print document, the Marketplace Addendum, which was not
27  signed by the depositor; and

28

-13-

CLASS ACTION COMPLAINT

1    g.    The Deposit Agreement and related documents were contracts of adhesion in that
2  they were standardized forms, imposed and drafted by the Bank, which was a party of vastly superior
3  bargaining strength, and only relegated to the customer the opportunity to adhere to them or reject the
4  agreement in its entirety;

5    **G.    Citibank's Overdraft Practices Harmed Plaintiff**

6    66.    Plaintiff, Ronald S. Arendas, is a current checking account customer of Citibank.

7    67.    In connection with his account, Citibank issued a debit card to Mr. Arendas. A debit
8  card allows customers to access their checking account funds by using the card to execute a transaction.
9  The charge is processed electronically, and the Bank has the option to accept or decline the transaction
10 at the point of sale.

11    68.    Citibank wrongfully charged Mr. Arendas overdraft fees on a number of debit card
12 transactions during the class period. By way of illustration, Plaintiff was charged a $30 overdraft fee on
13 April 15, 2008, arising from a $51.99 point-of-sale debit card transaction at a Union 76 gas station that
14 Citibank posted to his account on April 14, 2008.

15    69.    Based on information and belief, that Union 76 debit card transaction was authorized
16 by Citibank on August 1, 2011.

17    70.    Citibank failed to notify Mr. Arendas that he could incur overdraft fees on
18 transactions even though there were sufficient funds in the checking account to cover the transaction at
19 the time the transaction was executed. In addition, Citibank never notified Mr. Arendas at the time he
20 made the debit card transactions that he could be charged an overdraft fee as a result of the transaction,
21 even though the transaction was authorized by Citibank and the contract with Citibank states there is no
22 Citibank fee charged for POS transactions.

23    71.    From December 6, 2004, Citibank has charged Mr. Arendas hundreds of dollars of
24 overdraft fees on debit card transactions.

25    72.    Based on information and belief, the overdraft charges incurred by Plaintiff are
26 representative of millions of dollars of overdraft fees that Citibank wrongfully assessed and deducted
27 from Citibank customer accounts.

28

-14-

CLASS ACTION COMPLAINT

1

## H.    The Damages Sustained by Plaintiff and the Classes

2      73.    Thus, as a consequence of Citibank's overdraft policies and practices, Plaintiff and

3    the Classes have been wrongfully forced to pay overdraft fees. Citibank has improperly deprived

4    Plaintiff and the Classes of significant funds, causing ascertainable monetary losses and damages.

5      74.    As a consequence of Citibank's improper overdraft fees, Citibank has wrongfully

6    deprived Plaintiff and the Classes of funds to which it had no legitimate claim.

7      75.    All conditions precedent to the relief sought herein have either occurred or have been

8    performed or waived.

9
### FIRST CAUSE OF ACTION
10   ### Breach of Contract and Breach of the Covenant of Good Faith and Fair Dealing
### (On Behalf of the National Class)
11

12     76.    Plaintiff repeats paragraphs 1 through 94 above.

13     77.    Plaintiff and Citibank have contracted for bank account deposit, checking, ATM and

14   debit card services, as embodied in Citibank's Deposit Agreement and related documentation.

15     78.    Good faith is an element of every contract pertaining to the assessment of overdraft

16   fees. Whether by common law or statute, all such contracts impose upon each party a duty of good faith

17   and fair dealing. Good faith and fair dealing, in connection with executing contracts and discharging

18   performance and other duties according to their terms, means preserving the spirit—not merely the

19   letter—of the bargain. Put differently, the parties to a contract are mutually obligated to comply with

20   the substance of their contract in addition to its form. Evading the spirit of the bargain and abusing the

21   power to specify terms constitute examples of bad faith in the performance of contracts.

22     79.    Subterfuge and evasion violate the obligation of good faith in performance even when

23   an actor believes his conduct to be justified. Bad faith may be overt or may consist of inaction, and fair

24   dealing may require more than honesty. Examples of bad faith are evasion of the spirit of the bargain,

25   willful rendering of imperfect performance, abuse of a power to specify terms, and interference with or

26   failure to cooperate in the other party's performance.

27

28

-15-

80. Since at least the beginning of the Class Period, Citibank has breached the terms of the Deposit Agreement and its covenant of good faith and fair dealing through its overdraft policies and practices as alleged herein.

81. Plaintiff and the National Class have performed all, or substantially all, of the obligations imposed on them under the Deposit Agreement.

82. Plaintiff and members of the National Class have sustained damages as a result of Citibank's breach of contract and the covenant of good faith and fair dealing.

## SECOND CAUSE OF ACTION
### Unconscionability
### (On Behalf of the National Class)

83. Plaintiff repeats paragraphs 1 through 94 above.

84. Citibank's overdraft policies and practices are or were substantively and procedurally unconscionable in the following respects, among others:

a. Citibank imposed overdraft fees on debit cards on its customers without their consent or agreement;

b. The Bank did not alert its customers that a debit card transaction could be assessed an overdraft fee;

c. The Deposit Agreement misled customers to believe that, if the debit card transaction was authorized, no overdraft fees would be incurred;

d. Citibank did not alert its customers that the authorized amounts of certain debit card transactions (e.g., those from gasoline stations or restaurants) were less than the settled amounts and therefore might give rise to an overdraft and overdraft fee;

e. The amount of overdraft fees was disclosed in an ineffective, ambiguous, misleading, and unfair manner, since it was not contained in the Deposit Agreement, but rather in a separate, lengthy, and impermissibly small print document, the Marketplace Addendum, which was not signed by the depositor;

f. The Deposit Agreement and related documents were contracts of adhesion in that they were standardized forms, imposed and drafted by the Bank, which was a party of vastly superior

-16-

1 bargaining strength, and only relegated to the customer the opportunity to adhere to them or reject the
2 agreement in its entirety;

3         g.    The arbitration provision and class action waiver seek to unfairly cause Plaintiff
4 and the National Class to forfeit valuable rights under circumstances that are both procedurally and
5 substantively unconscionable.

6     85.    Considering the great business acumen and experience of Citibank in relation to
7 Plaintiff and the National Class, the great disparity in the parties' relative bargaining power, the
8 inconspicuousness and incomprehensibility of the contract language at issue, the oppressiveness of the
9 terms, the commercial unreasonableness of the contract terms, the purpose and effect of the terms, the
10 allocation of the risks between the parties, and similar public policy concerns, these provisions are
11 unconscionable and, therefore, unenforceable as a matter of law.

12     86.    The imposition of overdraft charges which often exceeded the amount overdrawn
13 (e.g., the imposition of a $34 charge on an overdraft of less than $34) was itself unconscionable. Such
14 charges were not reasonably related to the Bank's cost of covering the overdraft and/or its risk of
15 nonpayment (where the Bank pays the overdraft), or to the Bank's cost of returning the item unpaid
16 (where the Bank does not pay the overdraft).

17     87.    Plaintiff and members of the National Class have sustained damages as a result of
18 Citibank's unconscionable policies and practices alleged herein.

19
20
21
### THIRD CAUSE OF ACTION
#### Conversion
#### (On Behalf of the National Class)

22     88.    Plaintiff repeats paragraphs 1 through 94 above.

23     89.    Citibank had and continues to have a duty to maintain and preserve its customers'
24 checking accounts and to prevent their diminishment through its own wrongful acts.

25     90.    Citibank has wrongfully collected overdraft fees from Plaintiff and the members of
26 the National Class, and has taken specific and readily identifiable funds from their accounts in payment
27 of these fees in order to satisfy them.

28

-17-

91.     Citibank has, without proper authorization, assumed and exercised the right of ownership over these funds, in hostility to the rights of Plaintiff and the members of the National Class, without legal justification.

92.     Citibank continues to retain these funds unlawfully without the consent of Plaintiff or members of the National Class.

93.     Citibank intends to permanently deprive Plaintiff and the members of the National Class of these funds.

94.     These funds are properly owned by Plaintiff and the members of the National Class, not Citibank, which claims that it is entitled to their ownership, contrary to the rights of Plaintiff and the members of the National Class.

95.     Plaintiff and the members of the National Class are entitled to the immediate possession of these funds.

96.     Citibank has wrongfully converted these specific and readily identifiable funds in violation of California law.

97.     As a direct and proximate result of this wrongful conversion, Plaintiff and the members of the National Class have suffered and continue to suffer damages.

98.     By reason of the foregoing, Plaintiff and the members of the National Class are entitled to recover from Citibank all damages and costs permitted by law, including all amounts that Citibank has wrongfully converted.

## FOURTH CAUSE OF ACTION
### Unjust Enrichment
### (On Behalf of the National Class)

99.     Plaintiff repeats paragraphs 1 through 94 above.

100.    Plaintiff, on behalf of himself and the National Class, assert a common law claim for unjust enrichment.

101.    By means of Citibank's wrongful conduct alleged herein, Citibank knowingly provided banking services to Plaintiff and members of the National Class that were unfair, unconscionable, and oppressive.

-18-

CLASS ACTION COMPLAINT

102.     Citibank knowingly received and retained wrongful benefits and funds from Plaintiff and members of the National Class. In so doing, Citibank acted with conscious disregard for the rights of Plaintiff and members of the National Class.

103.     As a result of Citibank's wrongful conduct as alleged herein, Citibank has been unjustly enriched at the expense of, and to the detriment of, Plaintiff and members of the National Class.

104.     Citibank's unjust enrichment is traceable to, and resulted directly and proximately from, the conduct alleged herein.

105.     Under the common law doctrine of unjust enrichment, it is inequitable for Citibank to be permitted to retain the benefits it received, without justification, from the imposition of overdraft fees on Plaintiff and members of the National Class in an unfair, unconscionable, and oppressive manner. Citibank's retention of such funds under circumstances making it inequitable to do so constitutes unjust enrichment.

106.     The financial benefits derived by Citibank rightfully belong to Plaintiff and members of the National Class. Citibank should be compelled to disgorge in a common fund for the benefit of Plaintiff and members of the National Class all wrongful or inequitable proceeds received by the Bank. A constructive trust should be imposed upon all wrongful or inequitable sums received by Citibank traceable to Plaintiff and the members of the National Class.

107.     Plaintiff and members of the National Class have no adequate remedy at law.

**FIFTH CAUSE OF ACTION**
**Violations of State Unfair Trade Practice Laws**
**(On Behalf of the State Subclasses)**

108.     Plaintiff repeats paragraphs 1 through 94 above.

109.     California Business & Professions Code § 17200, *et seq.* prohibits acts of unfair competition, which means and includes any "unlawful, unfair . . . act or practice."

110.     Citibank violated California Business & Professions Code § 17200, *et seq.*, by the conduct alleged above including, but not limited to, misleading customers as to its policies and practices of imposing overdraft fees on authorized debit card transactions, misleading customers concerning the balance of their accounts, failing to disclose the type of debit transactions which would result in the

CLASS ACTION COMPLAINT

1 | Bank imposing an overdraft fee, and failing to disclose that the authorized amounts of certain debit card

2 | transactions were less than the settled amounts and might give rise to an overdraft and overdraft fee.

3 |    111.    Plaintiff has been actually injured by Citibank's conduct as the Bank's policies and

4 | practices resulted in overdraft fees being charged to consumers.

5 |    112.    Pursuant to California business and Professions code section 17203, Plaintiff and the

6 | California Subclass are entitled to *inter alia*:

7 |         a.    an order requiring Citibank to cease the unlawful and unfair acts alleged herein;

8 |         b.    full restitution of all overdraft fees paid to Citibank on debit card transactions,

9 | including POS and ATM transactions, pursuant to California Code of Civil Procedure section 384;

10 |         c.    pre-judgment interest at the highest rate allowable by law; and

11 |         d.    payment of their attorneys' fees and costs pursuant to, *inter alia*, California Code

12 | of Civil Procedure section 1021.5.

13 |                                **PRAYER FOR RELIEF**

14 |

15 |    WHEREFORE, Plaintiff and the Classes demand a jury trial on all claims so triable and

16 | judgment as follows:

17 |    1.    Declaring Citibank's overdraft fee policies and practices to be wrongful, unfair and

18 | unconscionable;

19 |    2.    Restitution of all overdraft fees paid to Citibank by Plaintiff and the Classes, as a result of

20 | the wrongs alleged herein, within the applicable statutes of limitations, in an amount to be determined at

21 | trial;

22 |    3.    Disgorgement of the ill-gotten gains derived by Citibank from its misconduct;

23 |    4.    Actual damages in an amount according to proof;

24 |    5.    Punitive and exemplary damages;

25 |    6.    Pre-judgment interest at the maximum rate permitted by applicable law;

26 |    7.    Costs and disbursements assessed by Plaintiff in connection with this action, including

27 | reasonable attorneys' fees pursuant to applicable law; and

28 |

-20-

CLASS ACTION COMPLAINT

1        8.     Such other relief as this Court deems just and proper.

2    DATED:  December 19, 2011.          MCCUNEWRIGHT LLP

3

                                    BY:

4                                         Richard D. McCune

5                                         Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-21-

CLASS ACTION COMPLAINT

1 | **Additional Counsel for Plaintiff**:

2 | Michael W. Sobol, Esq. (CA State Bar No. 194857)
3 | msobol@lchb.com
4 | Roger N. Heller, Esq. (CA State Bar No. 215348)
rheller@lchb.com
5 | Jordan Elias, Esq. (CA State Bar No. 228731)
jelias@lchb.com
6 | LIEFF CABRASER HEIMANN &
7 | BERNSTEIN L.L.P.
Embarcadero Center West
8 | 275 Battery Street, 30th Floor
San Francisco, CA 94111
9 | Tel: 415-956-1000 / Fax: 415-956-1008

Ted E. Trief, Esq. (NY Bar No. 1476662)
(*Pro Hac Vice* Application To Be Submitted)
ttrief@triefandolk.com
Barbara E. Olk, Esq. (NY Bar No. 1459643)
(*Pro Hac Vice* Application To Be Submitted)
bolk@triefandolk.com
TRIEF & OLK
150 E. 58th Street, 34th Floor
New York, NY 10155
Tel: 212-486-6060
Fax: 212-317-2946

10 |
Aaron S. Podhurst, Esq. (FL Bar No. 063606)
11 | (*Pro Hac Vice* Application To Be Submitted)
apodhurst@podhurst.com
12 | Robert C. Josefsberg, Esq. (FL Bar No. 40856)
13 | (*Pro Hac Vice* Application To Be Submitted)
rjosefsberg@podhurst.com
14 | Steven C. Marks, Esq. (FL Bar No. 516414)
15 | (*Pro Hac Vice* Application To Be Submitted)
smarks@podhurst.com
16 | Peter Prieto, Esq. (FL Bar No. 501492)
(*Pro Hac Vice* Application To Be Submitted)
17 | pprieto@podhurst.com
Stephen F. Rosenthal, Esq. (FL Bar No. 0131458)
18 | (*Pro Hac Vice* Application To Be Submitted)
19 | srosenthal@podhurst.com
John Gravante, III, Esq. (FL Bar No. 617113)
20 | (*Pro Hac Vice* Application To Be Submitted)
21 | jgravante@podhurst.com
PODHURST ORSECK, P.A.
22 | City National Bank Building
25 W. Flagler Street, Suite 800
23 | Miami, FL 33130-1780
24 | Tel: 305-358-2800 / Fax: 305-358-2382

Bruce S. Rogow, Esq. (FL Bar No. 067999)
(*Pro Hac Vice* Application To Be Submitted)
brogow@rogowlaw.com
Bruce S. Rogow, P.A.
Broward Financial Center
500 East Broward Boulevard, Suite 1930
Fort Lauderdale, FL 33394
Tel: 954-767-8909
Fax: 954-764-1530

E. Adam Webb, Esq. (GA Bar No. 743910)
(*Pro Hac Vice* Application To Be Submitted)
Adam@WebbLLC.com
Matthew C. Klase, Esq. (GA Bar No. 141903)
(*Pro Hac Vice* Application To Be Submitted)
Matt@WebbLLC.com
G. Franklin Lemond, Jr., Esq.(GA Bar No. 141315)
(*Pro Hac Vice* Application To Be Submitted)
FLemond@WebbLLC.com
WEBB, KLASE & LEMOND, L.L.C.
1900 The Exchange, S.E., Suite 480
Atlanta, GA 30339
Tel: 770-444-9325 / Fax: 770-444-0271

25 | Robert C. Gilbert, Esq. (FL Bar No. 561861)
26 | (*Pro Hac Vice* Application To Be Submitted)
rcg@grossmanroth.com
27 | Stuart Z. Grossman, Esq. (FL Bar No. 156113)
(*Pro Hac Vice* Application To Be Submitted)
28 | szg@grossmanroth.com
David Buckner, Esq. (FL Bar No. 60550)

David S. Stellings, Esq. (NY Bar No. 2635282)
(*Pro Hac Vice* Application To Be Submitted)
dstellings@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN L.L.P.

-22-

1 | (*Pro Hac Vice* Application To Be Submitted) dbu@grossmanroth.com

250 Hudson Street, 8th Floor
New York, NY 10013
Tel: 212-355-9500 / Fax: 212-355-9592

2 | Seth E. Miles, Esq. (FL Bar No. 385530)
3 | (*Pro Hac Vice* Application To Be Submitted) sem@grossmanroth.com
4 | GROSSMAN ROTH, P.A.
2525 Ponce de Leon Boulevard
5 | Eleventh Floor
6 | Coral Gables, FL 33134
Tel: 305-442-8666 / Fax: 305-779-9596
7 | Russell W. Budd, Esq. (TX Bar No. 03312400)
(*Pro Hac Vice* Application To Be Submitted)
8 | rbudd@baronbudd.com
9 | Bruce W. Steckler, Esq. (TX Bar No. 00785039)
(*Pro Hac Vice* Application To Be Submitted)
10 | bsteckler@baronbudd.com
Mazin A. Sbaiti, Esq. (TX Bar No. 24058096)
11 | (*Pro Hac Vice* Application To Be Submitted)
12 | msbaiti@baronbudd.com
BARON & BUDD, P.C.
13 | 3102 Oak Lawn Avenue, Suite 1100
14 | Dallas, TX 75219
Tel: 214-521-3605
15 | Fax: 214-520-1181

Ruben Honik, Esq. (PA Bar No. 33109)
(*Pro Hac Vice* Application To Be Submitted)
rhonik@golombhonik.com
Kenneth J. Grunfeld, Esq. (PA Bar No. 84121)
(*Pro Hac Vice* Application To Be Submitted)
kgrunfeld@golombhonik.com
GOLOMB & HONIK, P.C.
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Tel: 215-985-9177
Fax: 215-985-4169

16
17
18
19
20
21
22
23
24
25
26
27
28

-23-

CLASS ACTION COMPLAINT

# EXHIBIT A

# Client Manual

## Consumer Accounts
### Including our Privacy Notice

**U.S. Markets**
**Effective February 15, 2009**



Item US70001SE-ALL (Rev. 1/09) Pkg. 25

## Table of Contents

**General Information**................................................................3
   Definitions ................................................................3
   Spanish Language Preference ................................4
   Customer Service................................................4
   Special Services for Persons with Disabilities........5
   Information Sharing..............................................5
   Amendments/Changes to This Agreement............5
   Disputed Consumer Reporting Agency Information...........6
   Legal Processing..................................................6
   Governing Law ....................................................6

**Quick Reference Guide**........................................................7
   Checking ..............................................................7
   Savings ................................................................7

**Package Pricing** ................................................................8

**Account Opening/Ownership**..............................................8
   Opening an Account ............................................8
   Account Ownership..............................................8
   FDIC Insurance ....................................................9
   Special Circumstances ........................................9
   Transferring Ownership of an Account ................11
   Assignments ......................................................11
   Closing a Deposit Account ..................................11

**Electronic Banking** ............................................................11
   The Citibank® Banking Card ................................12
   Citibank Proprietary ATMs and Network ATMs ....14
   Point-of-Sale Transactions ..................................17
   Transactions Made Outside the U.S. and Puerto Rico ......18
   CitiPhone Banking® ............................................18
   Direct Deposits....................................................19
   Bill Payment Service............................................19
   Citibank® Online ................................................19
   Citi Mobile℠ ........................................................20
   Citibank Global Transfer Service ........................21
   Lost or Stolen Citibank® Banking Cards and
   Unauthorized Electronic Transactions..................22
   Errors and Problem Resolution Procedures..........23
   Confidentiality at Citibank ..................................25

**Account Transactions** ........................................................25
   Deposits ..............................................................25
   Transfers (Other than Recurring Bill Payments) ....28
   Withdrawals........................................................31
   Account Statements and Notices..........................34
   How Checking Accounts are Maintained ..............35
   Substitute Checks and Your Rights ......................36

**Overdraft Protection**..........................................................37
   Checking Plus (variable rate)................................37
   Safety Check........................................................37
   Overdraft Protection Transfer Fee........................38

**Foreign Exchange Services** ................................................38

**Resolution of Disputes by Arbitration** ..............................39

**Signature Card (Reference Copy)**......................................42

**Our Privacy Notice**..............................................................i
   Privacy Choices Form ..........................................v

1

# General Information

The information in this Client Manual applies to accounts and services obtained at a Citibank Financial Center, through CitiPhone Banking or using Citibank Online. Some of the products and services described in this Client Manual may not be available through CitiPhone Banking® or Citibank Online. When you open an account, you are agreeing to the terms and conditions governing that account. This Client Manual and accompanying Marketplace Addendum contain important details, rules and procedures for checking, savings, money market accounts, Certificates of Deposit (CDs), and Market Rate accounts. They also explain when your deposits will become available for withdrawal, tax identification requirements and rules governing electronic transfers. The Client Manual and Marketplace Addendum do not contain information relating to specialized services such as Retirement Plan Services accounts, mortgages, Citi Private Bank accounts, CitiBusiness accounts, or investment services through Smith Barney, a division of Citigroup Global Markets Inc., member SIPC, and an affiliate of Citibank.

> **Investment products:**
> - **NOT FDIC INSURED**
> - **NO BANK GUARANTEE**
> - **MAY LOSE VALUE**

## Definitions

For the purpose of this Manual, the words "we," "us," "our," and "Citibank" refer to Citibank, N.A., a member of the FDIC.

The words "you" and "your" refer to you the Citibank client.

The term "Home Financial Center" refers to the Financial Center where you open your account or to which you transfer your account. If you open an account using Citibank Online please see the Marketplace Addendum — Citibank Online for information about the location of your Home Financial Center.

The term "business day" means any day of the week that is not a Saturday, Sunday or bank holiday. Non-business days are considered part of the following business day. The end of business day varies from Financial Center to Financial Center, and is posted in each Financial Center. For a definition of business day as to the availability of deposits you make, please refer to the Funds Availability at Citibank section of the Marketplace Addendum.

The terms "Smith Barney" and "SB" refer to the Smith Barney division of Citigroup Global Markets Inc., member SIPC, and its various businesses. Smith Barney is a division and service mark of Citigroup Global Markets Inc. and is used and registered throughout the world. Citigroup Global Markets Inc. and Citibank are affiliated companies under the common control of Citigroup Inc.

For the definition of the term "Non-Financial Center Based Smith Barney Account" please see the "Linking Your Account to a Smith Barney Investment Account" paragraph in the Citibank Account, Citibank Everything Counts Account and Citigold Account sections of the Marketplace Addendum.

This Client Manual applies to accounts in the geographical area where you open your account. Citibank deposit accounts maintained in other geographic areas throughout the U.S. and the Commonwealth of Puerto Rico cannot be linked for pricing, statements, safety check and certain transactions between accounts. For example, the New York area is treated as a separate geographical area from the California, New Jersey, or Florida areas.

Please note that if your country of residence is other than the United States or Commonwealth of Puerto Rico, your country of

residence may have laws, rules and regulations that govern, affect or may be prompted by your application for and use of our accounts, products, and services, including laws, rules and regulations regarding taxes and exchange controls.

## Spanish Language Preference

This section applies if you select Spanish as your preferred language for communicating with Citibank. Please note that we may not be able to accommodate this preference at all Citibank financial centers or for all products and services.

**Account Documents.** When you open a personal deposit account, you will receive a Spanish translation of the Client Manual and Marketplace Addendum along with the English version. The Spanish translation of the account documents you receive is for your convenience only and may not cover all services related to your account. While we have tried to ensure that the Spanish translation is correct, it may vary somewhat from the English version, which will govern your account. We recommend that you keep both versions for your records.

**Account Communications.** Although we may send you a Spanish version of your account statement, you can obtain an English translation upon request. (Citigold Account statements are not currently available in Spanish.) Certain other notices, disclosures and communications may be available only in English.

**Availability of Products and Services in Spanish.** Some products and services provided in our financial centers may be available only in English.

**Customer Service.** You can receive customer service in Spanish by calling CitiPhone Banking.

## Customer Service

**Changing Your Account Records.** It is important that your account records be kept up-to-date. Please keep us informed of any change in your address. Just call CitiPhone Banking.® Be sure to change the address on all of your accounts.

If you notify us of a change of address once your account is opened, it will not affect the Home Financial Center assigned for your accounts. Once your Home Financial Center is established, any additional accounts you open by phone, mail or using Citibank® Online will be assigned to that Financial Center.

**Statements and Notices.** Each statement or notice is sent to only one owner per account, regardless of the number of account owners. Notification given to any one owner is considered notification to all owners of the account. We use ordinary mail or electronic mail for delivery and pay all postage (when applicable). All statements and notices (including any returned to us as undeliverable) are considered delivered to you on the date we first place them in the mail or the date the electronic mail is first sent. We are not responsible for statements or notices lost in transmittal.

If two consecutive statements and/or notices are returned to us for any reason, you agree that we may hold subsequent notices and statements until we receive forwarding information from you.

**Account Errors.** You have a responsibility to review your account statements in a timely manner and to notify us promptly of any errors. You must notify us in writing within 30 days after we send or make available to you your account statement and accompanying items of any errors, discrepancies, or unauthorized transactions not involving an electronic funds transfer. If you fail to do so, we will not be liable for debits or charges to your account resulting from such errors, discrepancies or lack of authorization, or for losses resulting from subsequent related occurrences.

You also agree that any suit or demand for arbitration that you assert based on an account error, discrepancy, or unauthorized transaction must be brought within one year after the date of the first account statement on which the error, discrepancy, or unauthorized transaction appears.

4

If you think an error has been made or if you need more information, call CitiPhone Banking. *Please read the "Errors and Problem Resolution Procedures" section on page 23 for additional information about Electronic Banking transactions.*

If, by mistake, funds to which you are not entitled are deposited into your account, we have the right to remove these funds from the account at any time without prior notice to you. If there are insufficient funds in the account to correct the mistake, we may charge your other accounts for the necessary funds.

If your account is debited with a substitute check you have received from us and you believe that there is an error or discrepancy or that the transaction is unauthorized, you are entitled to additional rights under the law. Please refer to the "Substitute Checks and Your Rights" section on page 36 under the heading Account Transactions for a description of those rights.

**Recording Your Service Requests.** You agree that we may record the conversations our employees have with you or your agents. We do this from time to time to monitor the quality of service and accuracy of information our employees give you and to ensure that your instructions are followed.

**Accounts or Services No Longer Offered.** For information regarding accounts or services that are no longer offered, please consult your original account agreements.

## Special Services for Persons with Disabilities

At Citibank, access to services and facilities is available to all clients, including those with vision, hearing or physical disabilities.

- Clients with vision and reading disabilities can get cash and make deposits at our Citibank proprietary ATM locations (ATMs that are owned and operated by Citibank) via special screens and audio cues. Ask for instructions at your nearest Financial Center
- Text Telephone (TTY) service for individuals with speech and/or hearing disabilities is available to clients seeking service or account-opening assistance. For service inquiries, call the toll-free TTY number, located on the back cover of this agreement
- By prior arrangement, sign language interpreters can be made available in our Financial Centers
- Citibank proprietary ATM locations feature one lowered ATM machine serving the needs of individuals in wheelchairs

## Information Sharing

Our Privacy Notice describes personal information we may collect about you, including your name, address, telephone number, and other information we receive from you, information about your account and transactions, and information we receive from credit reporting agencies and other sources. You authorize us to disclose this information to affiliates and nonaffiliated third parties as permitted by applicable law except as you or we limit those disclosures under the terms of our Privacy Notice. We provide a copy of our Privacy Notice with this agreement and will provide it thereafter as required by applicable law. You can also receive a copy by calling us toll-free at 1-888-214-0017.

## Amendments/Changes to This Agreement

We reserve the right to change the terms and conditions contained in this Client Manual and the Marketplace Addendum, which may include adding to them or deleting certain provisions entirely or partially. In addition, we will revise this Client Manual and the Marketplace Addendum from time to time to reflect these changes. Copies of the current Client Manual and the Marketplace Addendum will be available at any Financial Center or you can call CitiPhone Banking® to request a new copy. We suggest that you keep any notification of changes to this agreement along with the rest of your Citibank account information. Unless otherwise required by law, we may amend this Client Manual and the Marketplace Addendum without prior notice to you. If we

5

choose to notify you or are required by law to notify you of changes to this agreement, we may mail or deliver a notice, a statement message, or an electronic message to you at the last address we have on file for you. Certain fees may change without notice to you.

## Disputed Consumer Reporting Agency Information

If your account has been maintained in an unsatisfactory manner, we sometimes report information about you and any joint account holders or authorized signers on the account to a Consumer Reporting Agency.

If you disagree with the accuracy of the information that we submit to a Consumer Reporting Agency, please call CitiPhone Banking (see the back cover for phone numbers) or write to us at Citibank – Credit Bureau Inquiry, P.O. Box 769004, San Antonio, TX 78245-9989. We will review our files and respond to you in writing.

### Legal Processing

You agree that we may comply with any state or federal legal process, including, without limitation, any writ of attachment, adverse claim, execution, garnishment, tax levy, restraining order, subpoena or warrant relating to you or your account which we believe to be valid, without any liability from us to you. You agree that if we are served with legal process at any of our financial centers or offices, we may comply with it, even if it is served at a location other than where your account was opened. Further, you agree that we may comply with such process as we deem appropriate under the circumstances even if the legal process or document appears to affect the interest of only one owner of a joint account. In such case, we may refuse to permit withdrawals or transfers from your account until such legal process is satisfied or dismissed even if such action results in insufficient funds to pay a check you have written or otherwise satisfy an obligation you may have incurred. Accounts opened with trust or fiduciary designations (e.g., "XYZ, Inc. client trust account") may be subject to legal process unless our records contain an express written trust or court order that provides otherwise.

You agree that we are entitled to a processing fee, for which you are liable to us, upon receipt of any legal process. We may deduct such fee, as well as any expenses, including without limitation attorneys' fees, in connection with any such document or legal process, from your account or any other account you may have with us without prior notice to you, or we may bill you directly for such expenses and fees. In addition, you agree that if we are not fully reimbursed for our record research, reproduction and handling costs by the party who served the process, you shall be similarly liable to us. Any garnishment, attachment or other levy against your account shall be subject to our right of setoff and security interest.

You agree to release and indemnify, defend and hold us harmless from all actions, claims, liabilities, losses, costs and damages including, without limitation, attorneys' fees, associated with our compliance with any legal process we believe to be valid.

You agree that we will not pay and you shall not be entitled to receive interest on any funds we hold or set aside in connection with or response to legal process. Finally, you agree that we may accept and comply with legal process, irrespective of how and/or where it was received even if the law requires any particular method of service.

### Governing Law

Accounts and services through Citibank are governed by Federal law and regulations. To the extent that such laws and regulations do not apply, these accounts and services shall be governed by and be construed in accordance with the laws of the State in which the Financial Center for your account is located.

## Quick Reference Guide

The following is a brief description of the deposit components offered at Citibank that could be linked for pricing. Some of the accounts listed below are not available in all marketplaces. Please refer to the Marketplace Addendum applicable to your market for further details.

### Checking

**Access Account**
The simplest transaction account among Citibank's offerings. The Access Account is a non-interest bearing transaction account that provides you with all the benefits of a Regular Checking account without having to write checks. A great way to start a relationship, and experience convenience of banking with Citibank.

**Regular Checking**
This is our core checking account. Regular checking is a non-interest bearing, transactional account that allows you to write checks against your account, and it provides all the benefits and convenience of managing your finances at Citibank.

**Interest Checking**
Citibank interest checking accounts are classified as Negotiable Order of Withdrawal (NOW) accounts. With this account, you earn interest on the funds in your account. This is an interest bearing, transactional account which allows you to write checks while giving you the additional flexibility of banking convenience. For Citigold customers, this account is called Citigold Interest Checking.

### Savings

**Day-to-Day Savings**
This is a statement savings account. It can operate with a Citibank® Banking Card, which enables you to make deposits, withdrawals and transfers through the convenience of an ATM, over the phone or at a Financial Center. Your activity is summarized in a periodic statement. Certain restrictions apply to the Basic Savings Account. See Marketplace Addendum for more details.

**Passbook Savings**
This savings account comes with a passbook in which your aggregate account activity can be entered. This passbook serves as your only record, no periodic statement is issued.

**Money Market Accounts**
These are limited transaction savings accounts that have a variable annual percentage yield that may change over time. Some money market accounts allow check writing ability.

**Certificate of Deposit**
A savings account for time deposits. Your funds are left in the account for a specified term and may be withdrawn at maturity. Terms range from 3 months to 5 years. There is a penalty for early withdrawal. For additional information please see the Marketplace Addendum.

**Market Rate and Market Rate Plus Accounts**
A savings deposit account with limited access and special terms and conditions. For additional information please see the Marketplace Addendum.

6

7

## Package Pricing

At Citibank, we're committed to giving our clients superior service and value. And that means providing you with solutions. You can achieve your financial goals and simplify the way you manage your money with our various offerings of account packages.

The banking and financial services you need today – and tomorrow – are available to you at any time. Now, you can keep track of your finances all in one place and receive the personalized service and recognition you deserve. This is possible because Citibank account packages provide you with more rewards for your accounts with Citibank and its affiliates. By bringing together your deposits, loans and credit cards through Citibank (South Dakota), N.A., an affiliated bank, and investments through Smith Barney, you can reduce or even eliminate service fees in some cases, obtain better rates on both your deposits and loans, and gain easier access to your accounts.

There are several ways to bring your accounts together, each package tailored with specialized pricing to make the most of your resources. We offer Basic Banking, Citibank Access Account, Citibank® Student Account, Citibank® EZ Checking, The Citibank Account, Citibank Everything Counts℠, and the Citigold® account. Based on your account balances and your monthly transactions, you will find one that provides the right solutions for your particular needs.

For additional information about the various checking account packages and deposit accounts available in your Financial Center, please refer to the Marketplace Addendum provided with this manual.

## Account Opening/Ownership

This section of the Client Manual contains the general information, rules and regulations that apply to all Citibank consumer deposit accounts.

### Opening an Account

**Required Information.** Savings and checking accounts are opened subject to our ability to verify your identity, address and signature. We require suitable forms of identification. When you open an account, we may obtain a report from a consumer reporting agency. We require a Social Security Number or Individual Taxpayer Identification Number (ITIN) for all accounts; and for accounts earning interest, we also require that you certify this number. This requirement does not apply to nonresident aliens, but these individuals may only open accounts at Financial Centers and must periodically certify their non-resident status.

**Account Summary Session Statement.** The Account Summary Session Statement summarizes the information you provided the Bank during account opening, it is not a deposit receipt.

### Account Ownership

**Individual Account.** An individual account is opened in the name of one person only. The authorization of this person is required for transactions on this account.

**Joint Account.** An account can be opened in the name of more than one individual. Such an account will be considered a Joint Account with Right of Survivorship. All money on deposit will be owned jointly. The signatures of all named joint account owners must be on file to establish their ownership rights.

With a joint account, we can act on the instructions of any one or more of the joint account owners whose signatures are on file with us. We will follow these instructions until we receive written notice to the contrary from any account owner or until we are aware of any dispute relating to the account. Thereafter, we may require all

8

owners to authorize any subsequent withdrawals. Either joint account owner may close a joint account.

EACH ACCOUNT HOLDER IS JOINTLY AND SEVERALLY RESPONSIBLE FOR PAYING OVERDRAFTS CREATED BY ANY AUTHORIZED SIGNER(S) OR PARTY TO THE ACCOUNT, WHETHER OR NOT THEY PARTICIPATE IN THE TRANSACTION OR BENEFIT FROM ITS PROCEEDS. WE MAY BE REQUIRED BY LEGAL PROCESS TO PAY ALL THE FUNDS IN A JOINT ACCOUNT TO SATISFY A JUDGMENT AGAINST ANY OR ALL ACCOUNT OWNERS.

If a joint account owner dies, full ownership and control of the balance of the account passes to the surviving account owner(s). See "Accounts of Deceased Persons" on page 10.

**In-Trust-For (ITF) Account.** This account establishes another person as beneficiary for an individual or joint account. The beneficiary receives the funds in the account only upon the death of all account owners and cannot make any withdrawals or account changes before this time. If more than one beneficiary is named in our records, they will share equally in the account proceeds. During the lifetime of one or more account owners, this account will be treated as an individual account or joint account, as applicable. To change the beneficiary, all account owners must sign an In Trust for Account Change Beneficiary form.

**Trust Account.** The funds in this type of account are owned by a trust. In some cases the trust must have its own Taxpayer Identification Number issued by the IRS. A trustee certification is required to open this type of account.

**Uniform Transfers to Minors Account ("UTMA Account").** The funds in this type of account are owned by a minor, who receives the funds as a permanent (irrevocable) gift. The Account is controlled by a custodian, who manages the account for the minor's benefit. One custodian and one minor are allowed per account, unless the account is established under Maryland's UTMA rules. We act only upon the custodian's instructions. You may wish to consult your tax advisor or attorney before opening a UTMA account.

### FDIC Insurance

Your Citibank deposits are insured by the Federal Deposit Insurance Corporation (FDIC) up to applicable limits. The FDIC website at www.fdic.gov allows you to determine the amount of your deposits which are insured. For more information, please contact the FDIC directly at 1-877-ASKFDIC (1-877-275-3342).

### Special Circumstances

**Restricted Access.** There are occasions when we restrict access to deposits, such as when your account application is being processed, when funds are assigned as collateral or when we are required by law to restrict access. If funds assigned as collateral are in interest-bearing accounts, they will continue to earn interest as usual. They may not, however, be used in connection with our Safety Check service.

When we receive an order instructing us to restrict access to funds in an account, we ensure compliance by removing the funds from the account and maintaining them separately. These funds will not earn interest and will not be considered as part of your combined balances when we determine account fees and rates.

**Forfeited Access.** If your account is seized by or forfeited to the United States government or a state government, you no longer have title to the account, and the funds in it will no longer earn interest, even if the funds are eventually returned to you.

**Right of Setoff.** Subject to applicable law, we may exercise our right of setoff against any and all of your accounts (except IRA, Keogh plan and certain Trust Accounts) without notice, for any liability or debt of any of you, whether joint or individual, whether direct or contingent, whether now or hereafter existing, and whether arising from overdrafts, endorsements, guarantees, loans, attachments, garnishments, levies,

9

attorneys' fees, or other obligations. If an account is a joint or multiple-party account, each joint or multiple-party account owner authorizes us to exercise our right of setoff against any and all accounts of each account owner.

You expressly agree that our right of setoff extends to, and may be directed towards, any Federal or state benefit payments (including Social Security benefits) directly deposited into your account. You acknowledge and agree that if you do not want your electronically deposited benefits to be subject to our right of setoff, you have the option of changing your direct deposit instructions by providing notice to the benefits payor at any time.

You also agree to allow us to apply any subsequently credited deposit made to your account against any overdraft and associated fees and charges, and that we may use any Federal or state benefits payment that is deposited into the account (including direct deposit of Social Security) for this purpose. You acknowledge and agree that if you do not want your electronically deposited benefits applied in this way, you have the option of changing your direct deposit instructions by providing notice to the benefits payor at any time.

**Dormant Accounts.** Under abandoned property statutes, we must turn over to the state your checking, savings, or matured certificates of deposit accounts if you have not done at least one of the following during a specified period of time:

• Deposited or withdrawn funds when you presented your Passbook or Certificate to have us record your interest.

• Signed our active account confirmation form

• Written to us concerning the account

A Certificate of Deposit account that has not reached maturity is not considered inactive, but if the account renews automatically, it can become inactive in our records starting after the maturity date.

Please note that the period of inactivity for an account to be considered abandoned property differs by state. The laws of the state of your last known address determine the inactivity period and the manner in which your funds are transferred to the state. Please contact CitiPhone Banking or your Home Financial Center if you would like specific information concerning the length of the inactivity period applicable to your account.

**Accounts of Deceased Persons.** In case of death of an account owner, we will continue to honor checks written on that account until we are notified of the death. Upon notification, we will block individual accounts; joint accounts may remain unblocked for up to 30 days after we have been notified of an account holder death. By law, certain documents must be presented to us before funds in such an account can be paid out and the account closed. These documents may include:

A. Certified Copy of Death Certificate

B. Letters Testamentary or Letters of Administration

C. Decree from Probate Court

D. Documents Evidencing that Estate Taxes are paid or not owed (New York only)

E. Foreign Deceased – (out of the Country). We require a certified copy of the Death Certificate translated into English and attested to by the American Consul. Ancillary letters issued from a court in the United States may also be required. NOTE: Additional documents may be required depending on the ownership of the account.

For more information about which documents are required, please speak to your Financial Center or contact CitiPhone Banking® (see the back cover for telephone numbers).

## Transferring Ownership of an Account

OWNERSHIP OF CHECKING, SAVINGS, MONEY MARKET AND CERTIFICATE OF DEPOSIT ACCOUNTS IS NOT TRANSFERABLE WITHOUT THE CONSENT OF CITIBANK. You may make any changes to the ownership of your account with our consent and by completing the appropriate Citibank forms.

## Assignments

Most accounts can be assigned as collateral for a loan from Citibank or another lender. Unless Citibank agrees in writing, any such assignment to another lender will remain subject and subordinate to Citibank's right of set off. For the assignment to be effective, Citibank must receive written notice of the assignment and acknowledge it in writing. We will then reflect the change on the records of the bank.

## Closing a Deposit Account

You may close your account at any time (except as stated otherwise in this Client Manual). The same signatures required for writing checks and making withdrawals are required to close the account.

If you close a Certificate of Deposit account before maturity, you will be subject to an early withdrawal penalty.

We reserve the right to close your account at any time for any reason. We will try to notify you in advance should this be necessary, but we are not obliged to do so. We also reserve the right to close your account if a zero balance remains for over 75 days.

If we close your account, we will send you a check for your final balance, if any, minus applicable service fees.

# Electronic Banking

Electronic Banking, which means extra convenience to most Citibank clients, refers to all transactions in which the transfer of money begins electronically, without paper.

Included among these transactions are deposits, transfers, withdrawals and payments you make at our 24-hour Citibank ATM locations; automatic transfers such as direct deposits of your Social Security checks; purchases you make with direct transfers of funds from your checking account; cash withdrawals and transfers you make at ATM network machines belonging to other financial institutions; transfers between your accounts via telephone; and transfers, withdrawals and payments you make using Citibank® Online. You may authorize a merchant or other payee to make a one-time electronic payment from your checking account using information from your check to pay for purchases and pay bills. Federal regulations refer to these types of transactions as Electronic Funds Transfers.

This section does not apply to Fedwire or similar wire transfers; transfers of funds to purchase certain securities; or certain automatic transfers between your accounts at Citibank, your account and an account of a family member at Citibank, or your account and Citibank (such as an automatic loan payment); and any other transactions excluded by federal regulations.

We encourage you to read this section carefully. It explains electronic banking at Citibank and your rights and responsibilities with handling transactions in this convenient way. *For further important information, please consult the "Lost or Stolen Citibank® Banking Cards and Unauthorized Electronic Transactions" section on page 22. See the Marketplace Addendum for a definition of "business day."*

If you have any questions or problems regarding an electronic transaction, please write or call CitiPhone Banking® (see page 19 for address and back cover for telephone numbers).

## The Citibank® Banking Card

The term "Citibank Banking Card" includes the following: Citibank® ATM Card; Citibank® Debit MasterCard®; Citibank® / AAdvantage® Debit MasterCard®; Citibank® Debit MasterCard® with PayPass™; Citibank® / AAdvantage® Debit MasterCard® with PayPass™ and to any other PayPass™ device issued by Citibank along with your Citibank Banking Card.

**General Information.** With an activated Citibank® Banking Card, you can handle your everyday banking needs — 24 hours a day. It gives you access to cash at hundreds of thousands of ATM network machines (located across the country and in many countries throughout the world), and your Citibank® Banking Card also enables you to purchase goods and services through Point-of-Sale (POS) terminals and utilize the convenient CitiPhone Banking® telephone service. Plus, you can get cash in local currencies at ATM network machines around the world.

Citibank proprietary ATMs are available in California, Connecticut, Delaware, Florida, Illinois, Maryland, Massachusetts, Nevada, New Jersey, New York, Pennsylvania, Texas, Virginia and Washington, D.C. and in more than 40 countries worldwide.

Citibank customers can get cash, get balance information and transfer funds, fee-free, between eligible linked Citibank accounts at participating 7-Eleven, Murphy Oil USA, MoneyPass, and Publix supermarket ATM locations. These ATMs are not owned or operated by Citibank. Not all functions available at all ATMs.

The names and symbols for some participating ATM networks are printed on the back cover of this agreement.

At Citibank proprietary ATMs, you can make the following types of transactions with accounts linked to your Citibank® Banking Card.

- Get cash from checking, savings and Money Market Accounts
- Get cash advances from Citibank credit cards and Ready Credit
- Access your Checking Plus® line of credit (overdraft protection)
- Borrow from Citibank Home Equity Line of Credit/Equity Source Account® with funds transferred to checking or withdrawn as cash
- Make envelope deposits to checking, savings and Money Market Accounts
- Transfer funds between checking, savings and Money Market Accounts
- See a summary of each of your accounts
- Make payments to your Mortgage, Citibank Home Equity Line of Credit/Equity Source Account accounts, Ready Credit, Checking Plus and Citibank credit cards with funds transferred from checking, savings and Money Market Accounts
- Make envelope payments to Citibank credit accounts
- Make payments to Citibank credit cards with funds transferred from checking, savings and Money Market Accounts
- Get account information and/or statement update for linked checking, savings, Money Market Accounts, Checking Plus, Ready Credit, Citibank Home Equity Line of Credit/Equity Source Account, Preferred Line and Citibank MasterCard® and Visa® credit cards
- Change your Personal Identification Number (PIN) at any touch-screen Citibank proprietary ATM machine in the U.S.
- See summary balances in your investment account with Smith Barney

Your Citibank® Banking Card displaying the MasterCard® logo on the front provides you with the ability to perform all of the above transactions and;
- Use funds in your Citibank checking account to purchase goods and services at any merchant displaying the MasterCard logo
- Make cash withdrawals from your Citibank checking account at any bank that honors MasterCard

12

If you have a Citigold Account you may link a Non-Financial Center Based Smith Barney Account to your Citigold Account and directly access the funds available in that account (including amounts available under the Smith Barney Portfolio CreditLine® (margin)) to make the following types of transactions with your Citibank® Banking Card at any touch-screen Citibank proprietary ATM located in the United States (excluding Puerto Rico):

- Get cash
- Transfer funds between your Non-Financial Center Based Smith Barney Account and your Citigold checking, savings and money market accounts[1]
- Borrow from your Portfolio CreditLine® (margin)
- See a summary balance of your Non-Financial Center Based Smith Barney Account (does not include account positions or the share prices of the securities in your account)

[1] *Transfers from a savings and money market account are subject to the restrictions in the "Limits on Transfers" section of this Client Manual on page 29.*

**Issuance and Access.** You can get a Citibank® Banking Card when you have any of the following accounts: Checking, Day-to-Day Savings, Money Market Accounts, and Citibank Home Equity Line of Credit. You can link additional accounts to your Citibank® Banking Card to expand the types of transactions or account information available to you electronically.

Your Citibank Banking Card/Debit Card indicates the expiration date for the card. A new Citibank Banking Card/Debit Card will be mailed to you before your current Citibank Banking Card/Debit card expires. Your Citibank Banking Card/Debit Card will work immediately unless it indicates the date when you can begin using it, in that case it will not work before that date. In either case your Citibank Banking Card/Debit Card will not work unless it has been activated.

**Your Personal Identification Number.** Your Personal Identification Number (PIN) is a secret number for your Citibank® Banking Card that you receive when you open your account. A PIN is required for all Citibank® Banking Card transactions at Citibank proprietary ATMs and ATM network machines. It ensures that you, and only you, can gain access to your money. You should keep your PIN confidential; no bank employee knows your PIN or will ever ask for it. If you change your PIN, you can choose any combination of the following:
- Four letters; and/or
- Four numbers (not all four zeros)

You may change your PIN at any time at a Citibank proprietary ATM location, or request your PIN be changed at any Financial Center or through CitiPhone Banking.

Overseas ATMs do not have keys with both letters and numbers. If your PIN contains letters, please learn their corresponding numbers, as letters will not always be noted on the keys. You should also be aware that non-Citibank ATMs and overseas ATMs may limit access to a primary checking account. While some non-Citibank ATMs will offer the choice of withdrawals from either checking or savings, others may not.

**Renewal.** We will automatically send you a new Citibank® Banking Card before your current card expires. When you receive your new Card you will need to activate it by following the instructions enclosed with the card. Don't forget to sign your new Citibank® Banking Card and destroy your old Citibank® Banking Card.

**Cancellation.** You may cancel your Citibank® Banking Card at any time for any reason. To do so, cut it in half and notify us through Citibank® Online, by phone or in person at any Citibank Financial Center. Please note that the Citibank® Banking Card we issue you is and remains the property of Citibank. We have the right to take possession of it, to demand its return, and to cancel it at any time.

13

**Lost or Stolen Citibank® Banking Card.** If your Citibank® Banking Card is lost or stolen, it is your responsibility to notify us immediately. Please call CitiPhone Banking at the telephone number on the back cover of this agreement. *Further information can be found in the "Lost or Stolen Citibank® Banking Cards and Unauthorized Electronic Transactions" section on page 22.*

**Restricted Use.** We retain the right to block/deny certain merchant categories when you are attempting to make purchases using your Citibank Banking card. These merchants include, but are not limited to, internet gambling sites.

### Citibank Proprietary ATMs and Network ATMs

**Cash Withdrawals.** You can use each of your Citibank Banking Cards to withdraw a maximum of $1,000 in cash, per card, per business day[2], from the following: Checking, Savings, Money Market Accounts. For Citibank Everything Counts Accounts, you can use each of your Citibank Banking Cards to withdraw a maximum of $2,000 in cash, per card, per business day[2]. These are per card limits and are not affected by the number of accounts linked to your card.

With a Citigold Account, you can use your Citibank Banking Card to withdraw a maximum of $2,000 ($5,000 with a combined average balance of $500,000 or more for the month which is two calendar months prior to the date of the withdrawal) in cash per business day[2] from each of the following: Checking, Savings, Money Market Accounts. These limits for Citigold Accounts are based on the number of linked accounts, and are not affected by the number of issued cards. There is no limit to the number of withdrawals you can make.

When using your Citibank MasterCard and Visa credit card accounts to obtain cash from an ATM, you can make a maximum of three withdrawals per calendar day. If you have been a Citibank credit card client for 2 months or more, you can withdraw a maximum of $1,000 in cash per calendar day. If you have been a credit card client for less than 2 months, you are limited to a maximum of $500 in cash per calendar day.

[2] *For purposes of determining business day withdrawal limits from Citibank proprietary ATMs, the following information applies: a business day is any day of the week that is not a Saturday, Sunday or bank holiday ending at the time shown in the chart below. Withdrawals done on non-business days are considered made on the following business day.*

NOTE: WE MAY CHANGE THESE WITHDRAWAL LIMITS THAT APPLY WHEN YOU USE YOUR CITIBANK BANKING CARD AND/OR CITIBANK MASTERCARD AND VISA CARDS AT ANY TIME, BASED UPON SECURITY ISSUES AND OTHER FACTORS.

| Marketplace: | Business Day Ends: |
|---|---|
| CT, DC, DE, FL, MA, MD, NJ, NY, PA, VA | 7:30 PM ET |
| California and Nevada | 8:30 PM PT |
| Illinois | 6:30 PM CT |
| Texas | 6:30 PM CT |

For transactions taking place involving your Non-Financial Center Based Smith Barney Account, Smith Barney's business day is any day Monday through Friday, except days when the New York Stock Exchange is closed. Excluding days on which the NYSE is closed, business days are defined as Eastern Standard Time Monday - Thursday 7:30 PM - 7:30 PM; Friday 7:30 PM - Monday 7:30 PM.

Please note that each withdrawal and cash advance is limited by the amount available in your account. Some ATM network machines may impose lower limits on cash withdrawals.

**Fees for Cash Withdrawals.** There is no charge for making cash withdrawals with a Citibank® Banking Card at Citibank ATM locations in the U.S. A cash withdrawal made with a Citibank MasterCard or Visa credit card at a Citibank ATM or a network ATM will generally be treated as a cash advance and may involve transaction fees and interest charges. Please refer to your credit card account agreement for details. Charges for cash withdrawals at non-Citibank ATM locations will vary depending on the checking account package you selected. *See the Marketplace Addendum for more details.*

**Fees for Using non-Citibank ATMs.** When you use a non-Citibank ATM, you may be charged a fee by the ATM operator and/or the network that processed the transaction. For example, if the fee is $2, your $100 cash withdrawal will be charged to your Citibank account as $102. A fee may be imposed for a balance inquiry, even if you do not make a withdrawal or complete another type of transaction.

**Deposits.** You may use any Citibank proprietary ATM location to make deposits to your Checking, Savings or Money Market Accounts any time of day or night. Deposits received before the end of a business day (or earlier posted cut-off time) on any business day will be reflected in your account balance on the day of deposit. Deposits received after the end of a business day, on a weekend or on legal bank holidays will be reflected the morning of the next business day the Financial Center is open. ATM deposits received before the processing cut-off time (as indicated on the ATM envelope or notice posted at the ATM) on a business day will be reflected in your account balance on the day of deposit. ATM deposits received after the processing cut-off time (as indicated on the ATM envelope or notice posted at the ATM), or on a weekend or bank holiday will be processed the following business day. Therefore, they will not be reflected in your account balance until the morning of the next business day the Financial Center is open. While we may make this deposit available to you immediately on the day of deposit, use of those funds to pay checks presented for payment against your account on the day of deposit will be subject to a fee for use of uncollected funds in accordance with our Schedule of Fees. Please refer to the Funds Availability at Citibank section of your Marketplace Addendum for a definition of business day.

**Transfers.** Your Citibank Banking Card enables you to transfer funds between certain linked accounts at Citibank ATMs, certain ATM network machines, by telephone with CitiPhone Banking or Citigold Services and through Citibank® Online. Check the "Transfers" chart below for details:

### Transfers at Citibank Proprietary ATMs or through CitiPhone Banking and Citibank Online

**FROM:**

| Checking | Savings | Money Market Accounts | Credit[1] | Credit Cards[2] | TO: |
|---|---|---|---|---|---|
| ✔ | ✔ | ✔ | ✔ | ✔ | Checking |
| ✔ | ✔ | ✔ | | | Checking Plus |
| ✔ | ✔ | ✔ | ✔ | ✔ | Savings |
| ✔ | ✔ | ✔ | ✔ | ✔ | Money Market Accts. |
| ✔ | ✔ | ✔ | | | Credit[1] |
| ✔ | ✔ | ✔ | | | Credit Cards[2] |

[1] *Citibank Ready Credit and Home Equity Line of Credit Accounts.*

[2] *Citibank MasterCard and Visa credit cards are issued by Citibank (South Dakota), N.A.*

When your Citibank® Banking Card is used to access your Non-Financial Center Based Smith Barney Account linked to your Citigold Account, you will be able to transfer funds between your Non-Financial Center Based Smith Barney Account and your Citigold checking, savings and money market accounts by using any touch-screen Citibank proprietary ATM located in the United States (excluding Puerto Rico), by telephone if you call Citigold Services and through Citibank® Online. Check the "Transfers" chart below for details:

### Transfers at Citibank Proprietary ATMs or through Citigold Services and Citibank Online

FROM:

| Citigold Checking | Savings | Money Market Accounts | Credit[1] | Credit Cards[2] | Non-Financial Center Based Smith Barney Accts. | TO: |
|---|---|---|---|---|---|---|
| ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | Citigold Checking |
| ✔ | ✔ | ✔ | | | | Checking Plus |
| ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | Savings |
| ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | Money Market Accts. |
| ✔ | ✔ | ✔ | | | | Credit[1] |
| ✔ | ✔ | ✔ | | | | Credit Cards[2] |
| ✔ | ✔ | ✔ | | | | Non-Financial Center Based Smith Barney Accts. |

[1] Citibank Ready Credit and Home Equity Line of Credit Accounts.
[2] Citibank MasterCard and Visa credit cards are issued by Citibank (South Dakota), N.A.

**Loan Payments.** Loan payments can be made in two ways at Citibank proprietary ATM locations. You can make an envelope payment to any Citibank credit account or you can transfer the payment between linked accounts as indicated in the chart above. Payments to Citibank MasterCard and Visa are posted within three to five business days.

**Paying Bills or Sending Money.** You can use your Citibank® Banking Card to pay bills or send money by telephone, or through Citibank® Online. For more detailed information on paying bills, see the "Bill Payment Service" section on page 19 of this agreement.

**Account Information.** With your Citibank® Banking Card, you can get account information conveniently and immediately on many of your linked accounts. Up-to-date account information is available at Citibank® Online, Citibank proprietary ATM locations, ATM network machines and by calling CitiPhone Banking.

**Access to Securities Account Information at Citibank Proprietary ATMs.** If you have a Smith Barney Investment Account linked to your Citibank® Banking Card, you can get summary information about your account at a Citibank proprietary ATM. Ask a Smith Barney Financial Advisor for more details.

**Transaction Records.** You can get a record detailing the transactions you perform at Citibank ATMs and ATM network machines. For deposits and payments made at Citibank ATMs, the record is not a formal receipt for a deposit or envelope payment; your deposits and payments are accepted subject to bank verification.

**Security Tips.** Citibank has taken extensive measures to protect your money from unauthorized access. These security measures include:
- A daily limit on withdrawals
- Not printing your account number on your Citibank® Banking Card
- Keeping your PIN secret even from Citibank employees. **Citibank employees will never ask you for your PIN.**
- Each Citibank proprietary ATM is equipped with surveillance cameras that record activity in the Center

We also expect you to help prevent unauthorized access to your accounts by remembering to follow these common sense rules:
- Keep your Citibank® Banking Card to yourself. Never use it to assist others; you might be allowing them to take money from your account
- Treat your Citibank® Banking Card like cash. Don't leave it where others can find it. Do not give it to anyone to hold as "security" for any reason or under any circumstance
- Keep your PIN (including your CitiPhone Banking Access Code) secret. Do not tell it to anyone. Do not write it on your Citibank® Banking Card or keep it in your wallet or purse

16

- Review your account statements regularly and notify us promptly of any discrepancies
- Always be aware of your surroundings when using ATMs, particularly after dark
- Be sure to close the door behind you when you enter or leave the facility
- Never begin an ATM transaction if you notice anything suspicious – go to a different location or return at another time
- Always cancel a transaction-in-progress, place your Citibank® Banking Card in a pocket, and leave an ATM location if you notice anything suspicious
- Always end your session before you leave the ATM
- Never display cash at ATM locations. Place cash and your Citibank® Banking Card in a pocket as soon as you complete your transaction. Count cash in a safe location, such as a locked car, home, or office
- Immediately report crimes and suspicious activity at ATM locations to local law enforcement officials as well as the owners/operators of the ATMs

Be sensible about using Citibank ATMs and ATM network machines. Remember to use the same caution and common sense you would use in any 24-hour facility.

Please address any complaints concerning security at Citibank ATMs as follows:

| **New York City area:** | or | NYS Banking Department |
|---|---|---|
| CitiAlert | | (NY Clients Only) |
| One Court Square, 42nd Floor | | ATM Hotline |
| Long Island City, NY 11120 | | 888-697-2861 |
| 212-ATM-HELP | | |

**Outside New York:** Contact CitiPhone Banking (see the back cover for telephone numbers).

For emergency assistance at any Citibank ATM, please call 911 at the nearest public telephone.

### Point-of-Sale Transactions

You can use your Citibank® Banking Card to purchase goods and services at selected retail locations. You can pay for your purchases from your primary checking account with your Citibank® Banking Card at merchants who are participating in and display the CIRRUS® and MAESTRO® network symbols.

Called "point-of-sale" or "POS" transactions, these purchases involve PIN-based immediate electronic withdrawals from your primary checking account. Your daily POS purchase limit is $5,000 per business day ($7,500 for Everything Counts Account, $10,000 for a Citigold Account and $25,000 for a Citigold Account with a combined average balance of $500,000 or more for the month which is two calendar months prior to the date of the transaction). These transactions will appear in detail on your checking statement. We reserve the right to set a lower dollar limit for POS purchases occurring during an interruption in the electronic connection between the retail outlet and Citibank. There is no Citibank fee charged for POS transactions. See page 14 for a definition of business day as it pertains to POS transactions.

If your card displays the MasterCard logo on the front, your daily limit for POS MasterCard transactions from your primary checking account that are not PIN-based is $5,000 per business day for Basic Banking, Citibank® EZ Checking and The Citibank Account and $7,500 per business day for Citibank Everything Counts account packages. In addition, for a Citigold Account, if your card displays the MasterCard logo on the front, your limit is $10,000 per business day for POS transactions that are not PIN-based. This limit increases to $25,000 if your Citigold Account has a combined average balance of $500,000 or more for the month which is two calendar months prior to the transaction.

17

Both PIN-based and non-PIN-based POS transaction limits are in addition to ATM cash withdrawal limits. For example: a Florida Citigold client with a combined balance under $500,000 can make a $10,000 non-PIN-based POS transaction, a $10,000 PIN-based POS transaction and a $2,000 cash withdrawal from the primary checking account on one business day.

## Transactions Made Outside the U.S. and Puerto Rico

**Transaction Charge.** Whenever you use your Citibank Banking Card outside of the U.S. and Puerto Rico to get cash at an ATM or to purchase goods or services, we will apply a foreign exchange fee equal to 3% of the transaction amount (including credits and reversals). This fee is waived for Citigold, Citi Private Bank, International Personal Banking and Global Executive Banking Clients.

**Currency Conversion Methods.** Transactions made in foreign currency will be converted into U.S. Dollars according to the current policies of the merchant, network or card association that processes the transaction:

- Transactions processed by Citibank are converted into a U.S. dollar amount using Citibank's procedures in effect at the time the transaction is processed. Currently, the currency conversion rate used to determine the transaction amount in U.S. dollars is based on either (1) a wholesale market rate or (2) a government-mandated rate in effect one day prior to the processing date. Transaction types currently processed by Citibank include ATM withdrawals made at many Citibank ATMs outside the United States or Puerto Rico
- Transactions processed by MasterCard currently use a conversion rate that is either: (a) selected from a range of rates available in the wholesale currency markets on the processing date (note: this rate may be different from the rate the MasterCard itself receives), or (b) the government-mandated rate. Transaction types currently processed by MasterCard include Point of Sale Transactions (both PIN-based and Non-PIN-based) and ATM withdrawals (including those at certain Citibank ATMs)

In all cases, the currency conversion rate in effect on the processing date may differ from the rate in effect on the transaction date or the posting date.

## CitiPhone Banking®

**Transferring Funds.** With our CitiPhone Banking service, you can get account information and make transfers – including payments – between accounts that are linked to your Citibank® Banking Card. To use this service, you will need your Citibank® Banking Card Identification Number (the number embossed on your Citibank® Banking Card) together with your CitiPhone Banking Access Code, which is sent to you when your account is opened.

Under certain circumstances, CitiPhone Banking will not permit you to make transfers: if the accounts are not linked; if you provide an incorrect CitiPhone Banking Access Code; if you have attempted to transfer an amount greater than the available balance in the paying account; or if the transfer would exceed the number allowed for such transactions. *See "Limits on Transfers" on page 29.*
**Other Services.** Among other services, CitiPhone Banking enables you to:

- Report errors or ask questions about transactions
- Obtain current interest rates and annual percentage yields
- Report a stolen or missing Citibank® Banking Card
- Order checks
- Request a stop payment
- Notify Citibank of your change of address

## Direct Deposits

If you have arranged to have direct deposits made to your account, such as a paycheck or social security check, you can always call us to be sure it was made. Just call customer service at the telephone number on the back cover of this agreement.

## Bill Payment Service

There are three ways to use Citibank's bill payment service: (1) by calling CitiPhone Banking; (2) through the internet using Citibank® Online; and (3) by using Citi Mobile, which enables the initiation of bill payments to established payees. When you pay your bills through our bill payment service, your payment is transferred electronically or mailed within 24 hours of the scheduled payment date, or on the following business day. And, of course, all the necessary information, such as your account or invoice number, is included with your payment, whether it's made electronically or by check. You can schedule a bill payment on one day's notice or up to one year in advance. You can also schedule a series of recurring payments.

If you want to cancel a scheduled bill payment, you must do so by 11:59 PM Eastern Time prior to the scheduled payment date. You can do this by calling CitiPhone Banking, through Citibank® Online or in writing to us at Online Services, Citibank Client Services, 100 Citibank Drive, San Antonio, TX 78245-9989. If you cancel one of a series of recurring payments, all subsequent payments of the series will be canceled.

If a bill payment is made by check, a stop payment order can be accepted under certain circumstances. Stop payment orders cannot be accepted for bill payments made electronically.

Your periodic Citibank Account statement will include all bill payment transactions made through our Bill Payment Service. If you suspect any error in these statements, or if you have questions or need help, you should write to us at Online Services, Citibank Client Services, 100 Citibank Dr., San Antonio TX 78245-9989. Or call CitiPhone Banking.

You should also call if you want to confirm that a pre-authorized bill payment was made in accordance with your instructions, or if you believe an unauthorized bill payment has been or might be made.

If an unauthorized person has obtained access to your CitiPhone Banking Access Code, notify Citibank immediately. Your rights and obligations in the case of unauthorized bill payments or unauthorized use of your CitiPhone Banking Access Code are the same as for lost or stolen Citibank® Banking Cards. These are described on page 22.

- There is no monthly charge or transaction fee for paying your bills using Citibank® Online
- There is a fee of $4.95 for each statement cycle during which you pay bill(s) by speaking with a Citibank representative. *Please see the Marketplace Addendum for more details.*

## Citibank® Online

If you are a Citibank banking client with an activated Citibank® Banking Card, you can access your bank account(s) through the internet using Citibank® Online. All you need is access to the internet with a browser that supports 128-bit encryption, your Citibank® Banking Card, ATM PIN and the number of one your linked accounts. You will then choose a User ID and online Password and you can enjoy the convenience and benefits of this service. Citibank Online allows you to access your bank accounts from anywhere there is access to the internet. The following is a sample of the services and features of Citibank Online:

- Apply for or open additional accounts and services.
- Get cash advances from Citi Credit Cards.
- Borrow from eligible Citibank loan accounts with funds transferred to checking, savings, money market accounts
- Transfer funds between checking, savings, and money market accounts

- Transfer funds between your Non-Financial Center Based Smith Barney Account and your Citigold checking, savings or money market accounts
- See a summary of your linked accounts.
- Make transfer payments to eligible Citibank loan accounts with funds transferred from checking, savings and money market accounts.
- Make transfer payments to Citi Credit Cards with funds transferred from checking, savings and money market accounts.
- Initiate domestic and international wire transfers subject to applicable limits. If you send funds in a foreign currency, the foreign currency exchange will be at the then current Citibank rate, which will include a commission.
- Pay bills or send money to payees you designate from checking, and eligible Citibank loan products.
- Request stop payment on your personal checks.
- Get account information and/or statement update for checking, savings, money market accounts, eligible Citibank loan accounts, eligible investment accounts and Citi Credit Cards.
- Access information about Citibank and other Citigroup subsidiaries' products and services, and other items of general interest.
- Receive and send electronic messages to Citibank and other Citigroup subsidiaries.

Before using Citibank Online for the first time, you will be asked to review and agree to the Citibank Online User Agreement. This agreement contains special terms and conditions about services provided to clients who access their account(s) through Citibank Online.

## Citi Mobile℠

Citi Mobile is a service available to every banking client with an activated Citibank® Banking Card ("Card"), a compatible wireless web-enabled cell phone or other type of mobile device ("Eligible Mobile Device") and a CitiPhone Banking® Access Code. You can enroll to obtain account information and make selected transactions using your Eligible Mobile Device. The list of Eligible Mobile Devices is published at Citibank® Online and is subject to change without notice. There is no charge for using the Citi Mobile service.[3]

You agree to use the Citi Mobile service, and all related software provided to you by Citibank ("Software"), solely to access and use the service and agree not to decompile or reverse engineer the Software. Certain Software that Citibank uses to provide the Citi Mobile service has been licensed from a third party ("Licensor") that is not affiliated with Citibank.

Transactions initiated using the Citi Mobile service may constitute electronic funds transfers under federal law and regulation. Please review the section of the Manual entitled "Lost or Stolen Citibank® Banking Cards and Unauthorized Electronic Transactions" for important information on your rights and responsibilities when making transactions using Citi Mobile. Instructions for reporting unauthorized electronic fund transfers are contained in each periodic statement for your account(s). You may only receive information about and/or make transfers between the accounts that are linked to your Card. You may only make bill payments to payees that are included in the Citibank bill payment Merchant Directory or to other personal payees that you set up in your account previously. The standard limitations on transfers[4] and bill payments apply to transactions made through Citi Mobile, as more fully explained in the Manual.

The Citi Mobile service is provided "as is" and without warranty. You acknowledge and agree that from time to time, the Citi Mobile service may be delayed, interrupted or disrupted for an indeterminate period of time due to circumstances beyond the reasonable control of Citibank including, without limitation, any inaccuracy, interruption or delay in transmission by the telecommunications carrier used with the Eligible Mobile Device to access the wireless web, or any interruption, disruption or failure in the provision of the service, whether caused by strikes, power failures, equipment malfunctions or other reasons. Citibank, its affiliates or a Licensor shall not be liable for any claim arising from or related to the Citi Mobile service arising from any such delay, interruption, disruption or similar failure. In no event will Citibank or any affiliate or Licensor be liable for indirect, consequential or special damages, including lost profits, arising from your use of the Citi Mobile service, even if such damages were reasonably foreseeable and notice was given regarding them. These limitations will apply to all causes of action, whether arising from breach of contract, tort (including negligence) or any other legal theory.

By identifying a cell phone or other device as an Eligible Mobile Device for use with the Citi Mobile service, Citibank does not recommend, endorse or make any representation or warranty of any kind regarding the performance or operation of such device. You are responsible for the selection of an Eligible Mobile Device and for all issues relating to the operation, performance and costs associated with such device with your telecommunications carrier.

Except as otherwise required by applicable law or regulation, Citibank may terminate your use of the Citi Mobile service and expand, reduce or suspend the type and or dollar amounts of transactions allowed using the service, change the enrollment process and transaction limits associated with it from time to time based on security issues and other factors at any time in its sole discretion without prior notice.

[3] *Regular account charges will apply to services and features that are accessible through the Citi Mobile service. The telecommunications carrier for your Eligible Mobile Device may impose an extra fee in order to make such device 'wireless web enabled'.*

[4] *Transfers using Citi Mobile from a Savings, Basic Savings, Market Rate, or any other type of savings or money market account are included in the six permitted transfers per statement period as described elsewhere in this Manual. The six limited transfers do not apply for savings accounts in Puerto Rico.*

## Citibank® Global Transfer Service

The Citibank Global Transfer Service is an optional service that allows you to make immediate funds transfers to other Citibank accounts in the U.S. or in selected markets outside the U.S. The funds will be debited from your account and credited to the recipient's account immediately. You can access this service via Citibank ATMS', via Citibank Online, and at Financial Centers. Domestic transfers are free. There is no transfer fee for Account-to-account or Account-to-cash transactions sent to Mexico. Transfers sent to the Philippines or Poland are $8.00 per transfer. There is no transfer fee for transfers sent to India. Transfers sent to other international destinations have a $10 fee per transfer. For Citigold clients, the following fee schedule applies for using the Citibank® Global Transfer Service to transfer funds from a client's Citigold Account:

| Country to which funds are transferred | If combined average balance in the Citigold Account two calendar months prior to the transfer was less than $500,000 | If combined average balance in the Citigold Account two calendar months prior to the transfer was $500,000 or more |
|---|---|---|
| U.S. or India | No fee | No fee |
| Mexico | No fee | No fee |
| Philippines or Poland | $8 | Waived |
| All other countries | $10 | Waived |

Citibank clients can use the optional Account to Cash feature of the Global Transfer Service to send money to Mexico for cash pick-up at any Banamex Branch in Mexico. At a Citibank ATM or Financial

Center, when prompted, the sender must provide the complete name and address of the recipient in Mexico. At the end of the session, the sender will be provided with a "pick-up" number to provide to the intended recipient. With a "pick-up" number and accepted form of photo ID, the recipient can pick up the funds — easily and conveniently.

There is no fee for receiving a Citibank Global Transfer into your account.

Any Citibank checking account or any Citibank savings, or Money Market account[1] can be used to fund a Citibank Global Transfer or to receive one. The minimum transaction limit is $1, exclusive of the transaction fee. The transfer limits of Account to Cash transactions are US$1,000 per day, and US$2,500 per calendar week; Account to Account transfers are limited to US$3,000 per day, and US$10,000 per calendar week. Both Account to Cash and Account to Account combine into total transfer limits from a single account. Citigold and IPB Account to Account transfers are limited to US$5,000 per day, and US$25,000 per week from a single account. If you initiate a Citibank Global Transfer via Citibank Online, a daily transfer limit of US $1,000 from a single account will apply. For Citigold and IPB accounts, the daily transfer limit is US $2,000 from a single account. We may change these limits and may change the permitted destinations for Citibank Global Transfers from time to time based on security issues and other factors.

Another feature of the Citibank Global Transfer is the ability to send funds in either U.S. dollars or in the currency of the destination country. For international transactions involving a currency conversion, Citibank's exchange rate includes a commission for conversion service which will be included in the periodic statements.

[1] This service is available at all Citibank ATMs except 7-Eleven® ATMs.

[2] Citibank® Global Transfers made through Citibank ATMs, Citibank Online or Financial Centers are included in the six pre-authorized or automatic transfers permitted each statement period from a Savings or Money Market account as described elsewhere in this manual.

## Lost or Stolen Citibank® Banking Cards and Unauthorized Electronic Transactions

Please remember that your Citibank® Banking Card is valuable, and it is important for you to exercise care with it. Never lend your Citibank® Banking Card to anyone, and never accept advice from strangers while you are using it. Be sure to keep your PIN and CitiPhone Banking Access Code to yourself; they are an important means of protection for you.

Contact us immediately if you think your Citibank® Banking Card has been lost or stolen, or if you believe that an electronic fund transfer has been made without your permission using information from your check. The telephone is the fastest way to alert us that someone may be using your Citibank® Banking Card without your permission. You could lose all the money in your account (plus your maximum overdraft line of credit). If you have linked your Non-Financial Center Based Smith Barney Account to your Citigold Account you could also lose all of the available funds in that account (including your maximum Portfolio CreditLine (margin)). You should refer to your Smith Barney Client Agreement and Smith Barney Linkage Agreement related to your obligations for Electronic Funds Transfers involving your linked Non-Financial Center Based Smith Barney Account. Call CitiPhone Banking at 1-888-Citibank or by using the number located on the back cover of this agreement. Someone will be available to receive your call 24 hours a day.

If you cannot telephone, write us at the following address: Citibank Client Services, P.O. Box 769004, San Antonio, TX 78245-9989. You should also call the number or write to the address above if you believe a transfer has been made using the information from your check without your permission.

### Notifying Us Quickly Limits Your Responsibility

(a) If you notify us within two business days after discovering your Citibank® Banking Card is lost or stolen or after discovering that someone has obtained access to your PIN, you will not be held responsible for any unauthorized transfers or withdrawals over $50, providing that you are not trying to defraud us. We consider Saturday, Sunday and Monday as one business day and federal or state holidays as part of the business day which follows the holiday.

(b) If you do not contact us within two business days, and we can prove that we could have stopped someone from using your Citibank® Banking Card without your permission if you had told us, we can hold you responsible for any unauthorized transfer or withdrawal if it occurred between the end of the two-business-day notice period and the time you actually notified us. In any event, your maximum liability for such unauthorized transfers or withdrawals during this period is $500.

(c) Also, if you think that a transfer or withdrawal shown on your periodic statement is incorrect, or if you believe an unauthorized transfer or withdrawal has taken place, including those made by card, code, or other means, contact us as soon as you can. We must be notified within 60 days from the postal date of the first statement we mailed to you on which the suspected problem appeared. By contacting us, you will not be liable for unauthorized transfers or withdrawals that occurred during the 60-day period, except for transfers and withdrawals resulting from a lost or stolen Citibank® Banking Card as indicated above. If you don't contact us within this 60-day time period, you could be held responsible for all unauthorized transfers and withdrawals that occurred between the end of the 60-day period and the time you actually notified us, and if the transaction could have been prevented if we had been notified.

(d) We'll extend the time periods if you were prevented from contacting us for a good reason (such as a long trip or hospital stay). If you call to notify us of a suspected error, we may request that you send us your complaint or question in writing. If we do, we must receive that information within 10 business days of your call.

(e) If your Citibank® Banking Card bears the MasterCard logo and is used in conjunction with an unauthorized transaction that does not require entry of the Personal Identification Number (PIN) assigned to your card, except as provided in paragraphs (c) and (d) immediately above, your liability for such unauthorized use will not exceed

(i) $0 if (1) you report the loss or theft of your card within 24 hours of discovery of such loss or theft; and (2) you exercised reasonable care in safeguarding your card from the risk of loss or theft; and (3) you have not reported two or more incidents of unauthorized use to the bank in the immediately preceding 12 month period and (4) the account to which transactions initiated with your card were posted is in good condition; or

(ii) The lesser of $50 or the amount of money, property, labor or services obtained by the unauthorized user before notification to the bank if all conditions of paragraph (e)(i), directly above have not been met.

### Errors and Problem Resolution Procedures

If you think there has been an error in an electronic transaction, including the wrong amount of cash dispensed at a Citibank ATM or ATM network machine, an automatic deposit or a transfer that has not been credited properly, an incorrect Citibank ATM record or improper POS purchase receipt, contact us as soon as possible. There is a 24-hour telephone at each Citibank ATM, or you can call CitiPhone Banking (see the back cover for phone numbers). NOTE: If the error concerns an ATM network transaction, be sure to contact Citibank or Smith Barney — depending on the account from which you were attempting to withdraw funds — not the financial institution that operates the machine.

To assist you, our CitiPhone Banking Center representative will need to know:

• Your name and account number
• The dollar amount of the suspected error
• The type, time and date of the transaction
• Why you believe there was an error
• Name of network (if applicable) and location of the machine

We will investigate and resolve each problem as quickly as possible. As soon as you contact us, we will start our investigation. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

**Telling You the Results of Our Investigation**

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**Our Responsibility to You**

If we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable, for instance:

1) If, through no fault of ours, you did not have enough money in your account to make the transfer.

2) If the transfer would have caused you to exceed your available credit.

3) If the automated teller machine where you are making the transfer did not have enough cash.

4) If you knew the Citibank proprietary ATM, network cash machine or POS outlet terminal was out of order and you used it anyway.

5) If circumstances beyond our control, or natural disasters such as fire or flood, prevented the transfer, despite reasonable precautions taken by us.

6) There are other exceptions stated in our agreement with you, such as:

a.) if we fail to stop payment on an automatic recurring transfer as you requested, but we did not receive your stop payment instructions at least three business days before the transfer was scheduled to be made, or

b.) if, through no fault of ours, the money in your account was attached, subject to legal process or was blocked in some other way, or

c.) if you are trying to defraud us.

## Confidentiality at Citibank

You have a right to confidentiality, and we will not give anyone other than our employees, agents, affiliates and subsidiaries of Citigroup specific information about your Citibank accounts, except:

• When you give us your permission to give out the information
• When you have given Citibank as a credit reference
• When an inquiry is made regarding a check you have written
• If we close your account because it has been maintained in an unsatisfactory manner
• When we are required or permitted by law. For example, we are required to report to the Internal Revenue Service (IRS) when we become aware of currency transactions totaling more than $10,000 in one day
• When we must give out the information to comply with legal process

Because our statements may include information about linked accounts belonging to more than one individual and your accounts with other Citigroup affiliates, statements released under a subpoena or as otherwise required or permitted by law may contain information regarding those other persons and accounts.

For additional information about our privacy practices, see "Our Privacy Notice," contained in this manual.

# Account Transactions

**What This Section Covers.** This section governs the following accounts at Citibank: Checking, Basic Checking, Day-to-Day Savings, Basic Savings, Passbook Savings, Money Market, Citibank Market Rate, and Market Rate Plus Accounts.

**Checkbook; Checks.** When you open your checking account, you can order personalized checks through us. When we place an order for your checks, we act as sales and billing agent for the check supplier, and we are compensated for our services. You can choose from a wide variety of styles and colors. The cost varies depending on the style and quantity you select and includes postage and handling. We will automatically deduct the amount from your account balance after your order is processed. You are responsible for checking the accuracy of all information shown on your checks. If you find an error, please notify us immediately.

If you prefer, you may choose to use an independent supplier for your printed checks. However, we may refuse to accept or process checks provided through an independent supplier unless we have approved those checks in advance. You are responsible for ensuring that magnetic ink character recognition (MICR) is properly encoded on those checks. We reserve the right to return unpaid any check that is not properly MICR-encoded and you agree that we will not be liable for any losses resulting from nonpayment of any such check. We also reserve the right to assess a fee to cover the costs associated with the manual processing of checks that have not been properly MICR-encoded.

## Deposits

**Location.** You can make deposits:

• By mail
• At any Citibank proprietary ATM in the U.S., 24 hours a day, 7 days a week, by using a deposit envelope and your Citibank® Banking Card. Envelopes are available at all Citibank ATM locations
• During regular banking hours, by going to a teller at any Citibank Financial Center in the United States or by using our Deposit/Payment Express boxes at selected branch locations

**When Deposits Are Credited to an Account.** Deposits received before the end of a business day will be credited to your account that day. However, there may be a delay before these funds are available for your use. *See the Funds Availability at Citibank section of the Marketplace Addendum and "Overdraft Protection" section on page 37 in this agreement for more information.*

**When Interest Begins To Accrue: Citigold Interest Checking, Interest Checking, Day-to-Day Savings, Passbook Savings, Basic Savings, Market Rate and Market Rate Plus Accounts.** Money deposited to these accounts at a Citibank ATM before the end of any business day (or earlier posted time) begins to earn interest on the day you make the deposit; funds deposited at a Citibank ATM after the end of a business day (or earlier posted time) or on a non-business day earn interest from the next business day. For interest purposes, the business day is extended to 6:00 PM (local time) for deposits made at Citibank ATMs. *Please see the Marketplace Addendum for definition of "Business Day."*

**When Interest Begins to Accrue: Money Market Accounts.** Interest will be paid on check deposits to these accounts beginning on the date Citibank receives credit for the funds. This date will be no later than the second business day after the business day the check deposit is received. Interest will be paid on cash deposits to these accounts beginning on the business day the cash deposit is received.

**Endorsements.** To ensure that your check is processed without delay, you must endorse your check correctly. The area reserved for your signature is on the back of the check, within 1-1/2 inches from the "top" edge (as shown in the picture below). Turn the check over and sign your name and write your account number. Do not make any additional marks or notations on the back of the check. The portion of the check not reserved for your endorsement must remain blank for processing purposes. We will not be responsible for any loss you incur if your check is improperly endorsed. You will be liable for unpaid checks returned late because your endorsement, a prior endorsement, or information you have printed on the back of the check obscures other endorsements.



**Our Right To Refuse Deposits.** We may, at our discretion, refuse to accept funds for deposit to your account for any reason, including but not limited to:

- Checks with multiple payees or endorsements, if we are unable to verify all signatures
- Checks which we have reason to doubt are collectible
- Double endorsed government checks

We will, to the extent practicable, try to facilitate your transaction by the best means available, including sending the item for collection or forwarding the item to the appropriate processing area. Your account will not be credited until collection or processing is completed.

**Direct Deposit.**
*Payroll.* Arrangements can be made to have your paycheck deposited directly to your checking, savings or money market accounts. Find out if your employer uses a Direct Deposit payroll service.

*Social Security.* You can have your Social Security checks or any other federal payment deposited directly to your checking, savings or money market accounts. Arrangements for direct deposits can be made at any financial center or through Citibank® Online.

**Returned Deposit.** If you deposit a check or other item that is returned to us unpaid, we will deduct the amount of the returned check or other item from your account balance and return the check or item to you. When checks or other items that you deposit to your account are returned for insufficient or uncollected funds, we may, at our discretion, represent those checks or other items for payment a second time without notifying you that the check or item was returned. You agree that Citibank is not responsible for any loss or damage you may incur as a result of us not notifying you when such check or other item was first returned. At our option, the check or other item may be represented electronically by us.

**Rate Information.** Rates for interest checking, savings, and Money Market accounts are determined by Citibank at its discretion and can change at any time. For current interest rates and annual percentage yields, visit your financial center and ask for a copy of the Consumer Rate Sheet, or call CitiPhone Banking® at the toll-free number located on the back cover of this manual or access this information on Citibank® Online.

**Interest Calculation.**
*CDs and Market Rate Accounts.* Please refer to your Marketplace Addendum for information concerning interest calculation for these accounts.

*All Other Accounts.* Interest is compounded daily and is credited to your account monthly. When interest begins to accrue, it is computed on a 365-day basis for the actual number of days your money is on deposit. Interest may be computed using a 366-day basis for leap years.

*Rates for Citigold Interest Checking.* We use the average daily balance method to calculate the interest on Citigold Interest Checking. This method applies a daily periodic rate to the average daily balance for the statement period. The average daily balance for the statement period is calculated by adding the principal in the account for each day during the statement period and dividing that figure by the number of days during this period that your account was open. The average daily balance for the statement period is not used for the calculation of the interest rate paid on the account.

The rate used to calculate interest for the statement period is the average of the daily periodic rates in effect during the statement period. The rates paid on the account are tiered so that amounts in higher balance levels in the account can earn a different rate. Please see the Citigold section of the Marketplace Addendum for a listing of the applicable tiers. When the balance exceeds the upper limit of a tier only the incremental amount in the higher tier will receive the rate paid for the higher balance range. This can result in your account earning a daily periodic rate that is a weighted average of the rates paid for the balances in each of the applicable tiers.

The daily periodic rate used in the interest calculation is determined by the average daily balance for interest calculation which is different than the average daily balance for the statement period because it is based upon the period that starts the business day before the first day of the statement period and ends the business day before the last day of the statement period. We will add the principal in the account for each day during this period and then divide that figure by the number of days during this period that your account was open to determine the average daily balance for interest rate calculation.

*Rates for Interest Checking, Money Market Accounts.* We use the average daily balance method to calculate the interest on these accounts. This method applies a periodic rate to the average daily balance for the applicable monthly period. The average daily balance is calculated by adding the principal in the account for

each day of the applicable monthly period and dividing that figure by the number of days in the period. For Interest Checking, the rate used to calculate interest for the period is the average of the daily periodic rates in effect during the period. For Money Market Accounts, except those linked to an EZ Checking account, the interest rate that is applied is the average of the daily rates for your balance range for each calendar month prior to the end of each applicable monthly period. Unless otherwise provided for in the Marketplace Addendum, Money Market Accounts linked to Citigold Checking account, earn the interest rate paid at the lowest tiered rate established for the account, regardless of the balance in your Money Market Account.

*Rates for Day-to-Day Savings, Basic Savings and Passbook Savings Accounts.* We use the daily balance method to calculate the interest on these accounts. This method applies a daily periodic rate to the principal in the account each day.

### Interest on Closed Accounts

*Passbook Savings Accounts.* No interest is paid on the account for the calendar month in which the account is closed.

*Citigold Interest Checking, Interest Checking, Basic Savings, Day-to-Day Savings Accounts.* No interest is paid on the account for the monthly period in which the account is closed.

*Money Market Accounts.* If the account is closed before the end of the monthly period, interest will be paid for the number of days the account was open during the period in accordance with the following terms:

• If the account was open for more than a full monthly period, interest will be paid at the rate paid on the account for the prior monthly period

• If the account was not open for a full monthly period, interest will be paid at the rate in effect on the day the account was opened for the lowest tiered balance range

### Transfers (Other than Recurring Bill Payments)

**Automatic Transfers.** You can arrange for us to make automatic transfers between accounts through Citibank® Online or by calling CitiPhone Banking at the number located on the back cover of this agreement. Transfers can be arranged on a weekly, every-other-week or monthly basis.

All checking, savings, Money Market Accounts permit automatic transfer withdrawals and accept automatic transfer deposits. Examples of these are monthly interest transfers from your savings to your checking or monthly transfers to fund your IRA. You can also pay some Citibank personal loans, real estate loans, as well as Checking Plus® overdraft protection with automatic monthly transfer payments from your checking, savings, Money Market account.

You authorize these transfers in advance and they do not require a Citibank® Banking Card or any further action on your part. If you've arranged for this type of transfer, you can use Citibank® Online, visit any Citibank ATM location or call CitiPhone Banking to confirm that it was made.

If we are making a pre-authorized payment to a person or company for you and the amount of that payment will vary, it is the responsibility of that person or company to notify you of that fact. If the amount of the payment is greater than it normally would be, the payee is required to notify you in writing at least 10 days prior to the specified payment date.

You may choose instead to get this notice only when the payment would differ by more than a certain amount or percentage from the previous payment, or when the amount or percentage would fall outside certain limits that are set.

**Canceling an Automatic Transfer.** You can cancel an automatic withdrawal or payment from your account by calling or writing to us. To cancel an automatic transaction, we must receive your instructions

at least three business days before the transfer is scheduled to be made. Write or call us at CitiPhone Banking (see the back cover and your periodic statement for telephone numbers and address). If you request a cancellation by phone, we may ask you to confirm your instructions in writing within two weeks. If you order us to cancel a scheduled transfer and we do not do so, we will be liable for your losses or damages.

**Limits on Transfers.** Federal regulations require us to limit the number of transfers of the following types from Passbook Savings, Day-to-Day Savings, Basic Savings, Money Market, and Market Rate Accounts: checks you write; automatic transfers (including Safety Check transfers); recurring payments you set up in advance; payments and transfers you authorize using a telephone or Citibank Online; and transfers you make using Citibank Global Transfer Service.

The maximum number of transfers of these types permitted are: six per statement period from Day-to-Day Savings, Basic Savings Account, Market Rate Accounts; and six per statement period for Money Market Accounts, of which no more than three may be check, Point of Sale (POS), and/or debit card. If you have reached either of these limits, we may refuse to process a transfer that you are requesting using a telephone.

If these limits are exceeded three times in a twelve month period, we will, in our sole discretion, either restrict access to your account, close your account, or transfer the funds in the account into another Citibank account you have (or that we open for you) that is not subject to these transaction limits, as will be further described in the notice that we will send concerning such excessive transaction activity.

There is no limit on the number of transfers between your linked accounts maintained at the same Citibank legal entity that you can make in person at a Financial Center, at a Citibank ATM, or at ATM network machines.

**Funds Transfers.** The following terms apply to domestic or international transfers of funds, other than transfers performed using the Citibank Global Transfer Service, initiated at or through a Citibank Financial Center, including wire or cable transfers. In addition to the information provided here, please refer to any funds transfer agreement you may receive when you initiate such a request.

When you place an order to transfer money, you authorize us to debit your account for the amount of the order, and you authorize us to charge your account a service fee in accordance with our fee schedule in effect at the time of your order.

In placing the order, you must select a financial institution ("beneficiary bank") to receive it. You may instruct the beneficiary bank to credit an account or hold the funds for the beneficiary. The beneficiary bank is responsible for following your instructions and letting the beneficiary know when the funds become available. If you specify an account number to credit, you are acknowledging three things:

• You know that the beneficiary bank may credit an account based on that account number

• The beneficiary bank is not obligated to verify that the account number belongs to the intended beneficiary of the transfer

• Any losses resulting from an incorrect account number or other misidentification of the beneficiary are your responsibility and not Citibank's

*International Transfers.* For funds transferred to beneficiaries and beneficiary banks in other countries, we will normally convert the funds to the currency of the destination country, at the current Citibank currency conversion rate. If you want the funds sent in U.S. dollars, we cannot guarantee that the beneficiary will receive the funds in U.S. currency.

be effective, you should call CitiPhone Banking® and give us the number, payee and date of the check. You may also send written notice of your postdated check request to us at the address printed on your periodic statement. An oral or written request to register a postdated check is good for six (6) months and may be renewed for additional six (6) month periods by giving written notice to us within the period during which the original notice is in effect. A postdated check will be registered only if the notice is received at such time and in such manner as to afford us a reasonable opportunity to act on it before we take action with respect to the check. We will pay any postdated check that has not been properly registered with us or not registered in a timely manner.

**Checks with Stale Dates:** We have the right to pay a check even though the date on it is more than 6 months old. To make sure a check will not be paid, you should place a Stop Payment Order on it.

**Stop Payment Orders:** Any signer on the account can instruct us to stop payment on a check that has not been paid.

You can issue a stop payment order by using Citibank Online or calling CitiPhone Banking®. Payment cannot be stopped on a check that has already been paid or that is in the process of being paid. At the time that you place a stop payment order, we may not be able to tell you whether the check has been paid or is in the process of being paid. We will confirm receipt of your order in writing, and you should advise us immediately of any changes or corrections. A stop payment order will stay in effect for 6 months, unless you instruct us to cancel it or to renew it, provided we have not already returned the check. The order may be renewed for additional six-month periods.

You'll need to provide your account number, the check number and amount, and the date the check was written. If this information is not exactly correct, the stop payment may not be effective.

We may pay the check when the stop payment order expires. Under certain circumstances, the law may allow the party in possession of the check to enforce payment, despite the stop payment order.

If you write a new check to replace one on which you have placed a stop payment order, be sure it has a different check number and date. It is also helpful if you write the word "replacement" on it so it is not mistaken for the original check.

You cannot place a stop payment order on official checks or international cheques, except when such checks have been lost, stolen, or destroyed. If such a check is lost, stolen, or destroyed within 90 days of the date the check was issued, you and/or the payee must sign a "Stop Payment Request and Indemnity" form. You may also be required to purchase a surety bond for twice the amount of the instrument. If you report the check lost, stolen or destroyed after 90 days of its issuance, the bank will require you to sign a "Stop Payment Request and Indemnity" form.

**Overdrawing Your Account.** In the event the available balance in your account is insufficient to cover your day's transactions, we generally will utilize the following payment hierarchy:

We pay all electronic debits (ATM withdrawals, ACH debits, online bill payments, and point-of-sale transactions) first. We then process all debits for purchasing of securities through Smith Barney. If available funds remain after processing these transactions, we pay your checks in the order of largest to smallest dollar amount. For accounts maintained with a Financial Center located in the state of Texas, we will pay your checks in order of the smallest to the largest dollar amount.

In the event of insufficient funds to pay your checks, we may return your checks and charge you a fee. At our sole discretion, we may create an overdraft by paying the check or permitting the transaction. Either way, there will be a service charge. *(See Service Fees and Charges section of the Marketplace Addendum.)* Each account owner is jointly and severally responsible for paying any overdrafts created by any

authorized signer(s) or party to the account, whether or not the owner participates in the transaction or benefits from its proceeds. We have a line of credit called Checking Plus, which will cover these checks and prevent returned or "bounced" checks. We also have Safety Check, which lets you link a Money Market or Day-to-Day Savings account to cover overdrafts or use of uncollected funds in your checking account.

**Withdrawal Refusals.** In some instances, we may refuse a request for a withdrawal from an account. The following is a list of the most common reasons we refuse withdrawal requests:

· If the funds you wish to withdraw are not yet available *(See the Funds Availability at Citibank section of the Marketplace Addendum.)*

· If there are insufficient funds in your account

· If you use a type of check not acceptable to us

· If the funds you wish to withdraw are being held to cover a checking account withdrawal under our Safety Check service

· If the withdrawal you are requesting is of the type that is limited by federal regulations, and you have already reached the applicable limit

· If, in the case of a joint account, any account signer gives us written instructions not to permit a withdrawal

· If the account is pledged as collateral for a loan

· If we have been ordered by a court or other legal process not to permit the withdrawal

· If you do not present us with appropriate identification or any other information that we may require

· If we are aware of any dispute relating to the account

· If we have some suspicion of fraud, irregularity, or illegality.

**Withdrawal Notice.** We reserve the right to require seven days advance notice before permitting a withdrawal from all Interest Checking, savings and Money Market accounts. We are required by law to reserve this right, but we do not presently exercise it.

**Check Cashing**

*Your Own Checks.* You can cash a check at any Financial Center, for any amount up to the available balance with your Citibank® Banking Card or acceptable identification.

*Third-Party Checks.* You can cash a third-party check (one you received from another person) at any Financial Center, up to the available balance in your accounts using your Citibank® Banking Card as identification. A hold will be placed on your Citibank accounts for the amount of the check until the check clears. If a check you deposit or wish to cash is payable to a party other than yourself, or is payable jointly to you and another party, we may require that the other party's endorsement be verified or guaranteed before we accept the check. We also reserve the right to refuse to accept such a check for either encashment or deposit. We do not accept double-endorsed government checks.

When you write one of your checks to another person, that person, with proper identification, may be able to cash it at a Financial Center if the check is for $5,000 or less.* Otherwise, the payee will be required to deposit the check to an account at Citibank or elsewhere. For checks presented for encashment to a California or Nevada financial center by a payee who does not bank with us, we may also require the payee to provide a fingerprint before cashing the check. If the payee refuses to provide a fingerprint, we may refuse to cash the check. You agree that our refusal to do so is reasonable and that we will not be liable to you for our refusal.

*Checks drawn on the Financial Center located in Delaware must be presented to that location for encashment.

**Demand Drafts.** If you provide your account number to a third party in order to charge your account by means of one or more

demand drafts (i.e., items which do not bear your actual signature, but purport to be drawn with your authorization), you authorize us to pay such drafts, even though they do not contain your signature and may exceed the amounts you authorized to be charged. This provision shall not obligate us to honor demand drafts. We may refuse to honor demand drafts without cause or prior notice, even if we have honored similar items previously.

You may not deposit demand drafts (items not bearing the maker's signature, but purporting to be authorized by the maker) to an account with us without our prior, express written consent. If you deposit demand drafts with us, you agree that we may withhold a portion of the proceeds of such drafts in a reserve account, in an amount that we reasonably believe may be needed to cover future chargebacks, returned items, and/or claims that such drafts were unauthorized. You grant us a security interest in the reserve account. Unless we agree otherwise in writing with you, reserve funds shall not bear interest. Our right to charge your account for returned demand drafts will not be limited by the balance or existence of any reserve. Our rights with respect to the reserve, as well as the security interest granted to us, shall survive the termination of this agreement. We may discontinue accepting demand drafts at any time without cause or prior notice.

**Electronic Presentment of Checks.** When you write a check to a third party, such as a merchant, that party or its depository institution may present that check electronically for payment instead of sending us the paper check. When we receive these items in electronic form, they are debited against your account the same as if we had received the actual paper check.

## Account Statements and Notices

You can get your current balance and available balance anytime at a Citibank ATM, by calling CitiPhone Banking (available 24 hours a day, seven days a week), at ATM network machines and through Citibank® Online. *See the section entitled "The Citibank® Banking Card" on page 12 for details on account information available to you.*

**Periodic Statements.** We will mail you a periodic account statement (except for Passbook Savings accounts) showing all activity, all transactions made with your Citibank® Banking Card, all transfers you authorize in advance, and other account information for the statement period. It will include:

- A summary of your linked balances
- An itemized listing of your transactions by date, including information about checks presented against your account.

Account packages with Checking, Checking Plus and linked Retirement Plans will receive monthly statements. All other account packages will receive a statement whenever there is consumer activity or every three months, whichever comes first. Quarterly statements are produced January, April, July and October of every year.

You can arrange to receive separate statements for your linked Citibank, N.A. account components by calling CitiPhone Banking.

**Cancelled Check Options for Citigold Accounts.** Unless you elect otherwise, we will not mail to you either your original cancelled checks or images of your cancelled checks with your periodic statement. Instead, Citibank will retain copies of your cancelled checks for a period of time.

Images of your cancelled checks presented within the past ninety (90) days are available to you through Citibank Online. If you prefer, you may elect to have your check images or original cancelled checks delivered with your periodic statements. You must speak with an Account Representative in order to sign up for this service. Please note that if you receive check images with your statement, included among those images may be some checks which were presented for payment but which were returned unpaid after your statement was

prepared and sent to you. The "Checking Activity" section of your statement will list all checks paid during the statement period.

Additionally, you may request a copy of any of your cancelled checks by calling Customer Service. Please refer to the Schedule of Service Fees and Charges for All Accounts in the Marketplace Addendum for applicable fees.

**Cancelled Check Options for all Other Accounts.** We will not mail to you either your original cancelled checks or images of your cancelled checks with your periodic statement. Instead, Citibank will retain copies of your cancelled checks for a period of time.

Images of your cancelled checks presented within the past ninety (90) days are always available to you at no charge through Citibank Online.

Depending on the account package you have chosen, you may also be able to elect to receive images of your cancelled checks with your periodic statement. If this option is available for the account you have opened, you must speak to an Account Representative in order to sign up for this service. Please refer to the Marketplace Addendum for additional information as to whether this service is available for the account you have selected.

Please note that if you receive check images with your statement, included among the imaged checks may be some checks which have been presented for payment but which were returned unpaid after your statement was prepared and sent to you. The "Checking Activity" section of your statement will list all checks paid during the statement period.

Additionally, you may request a copy of any of your cancelled checks by calling Customer Service. Please refer to the Schedule of Service Fees and Charges for All Accounts in the Marketplace Addendum for applicable fees.

**Passbook Savings Accounts.** When you open a Passbook Account, we will give you a passbook in which your aggregate account activity can be entered; however, you do not need to present your passbook to transact on your account. You can have your passbook brought up-to-date by bringing it to any Financial Center or by mailing it to your home Financial Center.

If your passbook is lost, stolen or destroyed, notify us immediately. Once the necessary forms are completed and processed, we will issue a replacement passbook with a new account number.

**Records and Receipts.** When you complete a transaction using your Citibank® Banking Card, you can get a Citibank ATM Banking Record or ATM network record indicating the date, time, amount, location and other details of the transaction.

## How Checking Accounts are Maintained

For accounting purposes, all Citibank consumer checking accounts (Regular Checking, Citigold Interest Checking, Interest Checking and Basic Banking Account) consist of two sub-accounts; a transaction sub-account to which all financial transactions are posted; and a holding sub-account into which available balances above a pre-set level are transferred daily. Funds will be transferred to your transaction sub-account to meet your transactional needs. For Regular Checking and Basic Banking Account, both sub-accounts are non-interest bearing. For Citigold Interest Checking and Interest Checking, both sub-accounts pay the same interest rate.

Transfers can occur on any business day. Transfers to the holding sub-account will be made whenever available balances in the transaction sub-account exceed a preset level. Transfers from the holding sub-account to the transaction sub-account will be made whenever transaction sub-account balances fall below a predetermined level. Because banking regulations limit the number of transfers between these types of sub-accounts, all balances in the holding sub-account will be transferred to the transaction sub-account in the sixth transfer in any calendar month.

Both sub-accounts are treated as a single account for purposes of the client's deposits and withdrawals, access and information, tax reporting, fees, etc.

## Substitute Checks and Your Rights
**What is a Substitute Check?** The following information applies to those customers who receive a "substitute" check from us instead of the original check (such as those customers receiving original paid checks with their periodic account statements).

Federal law allows banks to replace original checks with "substitute checks." A substitute check is a paper reproduction created from a digital image of the front and back of the original check and bears the legend "This is a legal copy of your check." Under the law, a substitute check is the "legal equivalent" of the original check. In other words, it can be used in the same way and for all purposes you would use the original check.

**Your Rights.** The following rights apply if you receive a substitute check from us in lieu of the original check. These rights do not apply to original checks or to electronic debits. Your rights as to these transactions remain unchanged and are described in other sections of this Manual. Please note these rights also do not apply to images of checks furnished to you or viewed through Citibank Online.

In certain cases, federal law provides a special procedure that allows you to request a refund for losses you incur if you believe a substitute check you have received from us is incorrectly posted to your account (for example, if your account was debited for the wrong amount) and production of the original check is needed to determine the validity of the charge. The losses you may attempt to recover may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, bounced check fees.) The amount of the refund you may request under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You are also entitled to interest if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other laws.

Under federal law, you may receive up to $2,500 of your refund (plus interest if you have an interest-bearing account) within 10 business days after we receive a complete claim from you and the remainder of your refund not later than 45 calendar days after we receive a complete claim from you. You will not be entitled to a refund if we determine that the substitute check was correctly posted to your account. Alternatively, we may reverse the refund (including any interest on the refund) if we later determine that the substitute check was correctly posted to your account.

**Filing a Claim.** If you believe a substitute check you have received from us was improperly debited to your account, please call CitiPhone Banking at the number indicated on the back cover of this Manual. You must contact us within 40 calendar days of the date we mailed or otherwise made available to you the substitute check in question. We may extend the time period if you were prevented from contacting us for extenuating reasons. In certain situations, such as forgery claims, we may require that you put your claim in writing. If so, we must receive the information in writing within ten business days from the day you first notified the bank of your claim. If you are not able to contact us by telephone, you may also write to us at the following address:

Citibank Client Services
P.O. Box 769014
San Antonio, TX 78245

In investigating your claim, we may request the following information from you:
- Description of how you suffered a loss;
- Amount of your loss;
- Explanation as to why original check is needed to determine validity of charge to your account; and
- A copy of the substitute check and/or information to help us identify the substitute check (such as check number, the amount of the check and payee).

# Overdraft Protection

This section outlines two services that are designed to help you cover overdrafts, as well as give you access to uncollected funds in your checking account.

## Checking Plus® (variable rate)
Checking Plus is a personal line of credit linked to your Citibank checking account that provides overdraft protection and allows you to borrow the extra cash you need. You can write checks or withdraw cash at any time directly from your credit line – without overdrawing your checking account – up to your available credit limit. Checking Plus also provides you with access to deposited funds that are not yet available in your checking account.

**For all Checking Plus® and Checking Plus® (variable rate) customers:** Please refer to your Checking Plus or Checking Plus (variable rate) Agreements and Disclosures, as applicable, for terms and conditions relating to transfers from Checking Plus or Checking Plus (variable rate) Accounts.

## Safety Check
Safety Check covers overdrafts with transfers from your linked Money Market or Day-to-Day Savings account. Safety Check will not permit you to get cash or transfer funds from your checking to other accounts if there are insufficient funds in your checking account. The linked contributing account also covers the use of deposited funds that are not yet available in your checking account.

**Contributing Accounts.** When you sign up for Safety Check, you may select one account you maintain at Citibank as your "contributing account." It can be either a Day-to-Day Savings or Money Market account. Other types of deposit accounts are not eligible contributing accounts. Only available funds in your contributing account can be used for Safety Check coverage. Funds in your contributing account will not be held or set aside until the funds are actually transferred to cover an overdraft or payment against uncollected funds. You will continue to have full access to them, and they will continue to earn interest.

If the checking or contributing account is a joint account, all owners must authorize Safety Check coverage.

**Safety Check Transfers.** Safety Check transfers from your contributing account will be made in the amount needed to cover your overdraft and any applicable fees, rounded up to the next $100 increment, not to exceed the available balance in your contributing account.

**Transfer Maximums.** No more than $99,999.99 per calendar month will be transferred from your Day-to-Day Savings account or per monthly period from your Money Market Account to cover overdrafts or use of uncollected funds in your checking account. If one or more transactions cause your checking account to have a negative available balance on a given day, and if you have available funds in your contributing account to cover them, only one transfer will be processed for the total amount transferred to cover the transactions.

Federal regulations require Citibank to limit the total number of certain kinds of transfers (including Safety Check transfers) from your contributing account. The total permitted from Day-to-Day Savings and Money Market Accounts is six per statement period. For details, see "Limits on Transfers" under "Transfers (Other than Recurring Bill Payments)." If the total number of transfers has reached the applicable limit, no Safety Check transfers will be made for the remainder of that calendar month or statement period, and checks which overdraw your checking account will be returned.

### Overdraft Protection Transfer Fee

We will charge an Overdraft Protection Transfer Fee each day we cover an overdraft by transferring money from your Checking Plus account, Checking Plus (variable rate) account, or Safety Check contributing account. The Overdraft Protection Transfer Fee will be charged to the account that receives the transfer. This fee will be waived for Citigold®, Citi Private Bank, International Personal Banking and Global Executive Banking customers. Please refer to the Schedule of Service Fees and Charges for All Accounts in the Marketplace Addendum for fee information.

## Foreign Exchange Services

Citibank's World Wallet® offers you the convenience of ordering foreign currency at competitive exchange rates quickly and easily. You can order foreign currency simply by visiting your local Financial Center or you may call CitiPhone Banking®.

If you place your order before 5:00 p.m. local time within each marketplace, your order will be delivered by the end of the next business day to a Financial Center you select, or directly to your address on record – no delivery to P.O. Boxes – for an additional nominal charge. For deliveries to your home or Place of Business (POB) limits apply as follows: foreign currency $3,000.00. Foreign currency is available in over 50 different currencies. For more information about these services, you may call CitiPhone Banking or 1-800-756-7050.

Your account will be automatically debited by us for the amount of your order, plus any applicable service and shipping charges. For redemptions of foreign currency, your account will be credited in U.S. dollars, less any applicable service charges.

The exchange rate for a purchase or redemption of foreign currency is the Citibank foreign currency banknote conversion rate in effect at the time you place your purchase order or redeem your currency. This rate includes a commission to Citibank for the conversion service.

**Limitation of Liability.** Citibank assumes no responsibility and makes no representation regarding (a) comparative exchange rates available from other sources, and (b) foreign laws relating to currencies, including without limitation, the importation of currencies and laws affecting the free convertibility of local currencies.

## Resolution of Disputes by Arbitration

PLEASE READ THIS PROVISION OF THE AGREEMENT CAREFULLY. THIS SECTION CONTAINS IMPORTANT INFORMATION REGARDING YOUR DEPOSIT, READY CREDIT®, CHECKING PLUS® OR CHECKING PLUS® (VARIABLE RATE) ACCOUNTS AND THE SERVICES RELATED THERETO. IT PROVIDES THAT EITHER YOU OR WE CAN REQUIRE THAT ANY DISPUTES BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, INCLUDING THE RIGHT TO PARTICIPATE IN A CLASS ACTION OR SIMILAR PROCEEDING. IN ARBITRATION, THE DISPUTE IS SUBMITTED TO A NEUTRAL PARTY, AN ARBITRATOR, INSTEAD OF A JUDGE OR JURY. ARBITRATION PROCEDURES ARE SIMPLER AND MORE LIMITED THAN RULES APPLICABLE IN COURT.

**Agreement to Arbitrate Disputes.** Either you or we may elect, without the other's consent, to require that any dispute between us, or concerning your Citibank deposit, Ready Credit®, Checking Plus® or Checking Plus® (variable rate) accounts, except those disputes specifically excluded below, be resolved by binding arbitration.

**Disputes Covered by Arbitration.** Any claim or dispute relating to or arising out of your deposit, Ready Credit®, Checking Plus® or Checking Plus® (variable rate) account, this Agreement, or our relationship will be subject to arbitration. All disputes are subject to arbitration, no matter what legal theory they are based on or what remedy (damages, or injunctive or declaratory relief) they seek. Disputes include any unresolved claims concerning any services relating to such account, including, without limitation, safe deposit box services, wire transfer services, and use of a Citibank® Banking Card or Citibank® Banking Card displaying the MasterCard logo. Disputes include not only claims made directly by you, but also made by anyone connected with you or claiming through you, such as a joint account holder, account beneficiary, employee, representative, agent, predecessor or successor, heir, assignee, or trustee in bankruptcy. Disputes include not only claims that relate directly to Citibank, but also its parent, affiliates, successors, assignees, employees, and agents and claims for which we may be directly or indirectly liable, even if we are not properly named at the time the claim is made. Disputes include claims based on any theory of law, contract, statute, regulation, tort (including fraud or any intentional tort), or any other legal or equitable ground, and include claims made as counterclaims, cross-claims, third party claims, interpleaders or otherwise. A party who initiates a proceeding in court may elect arbitration with respect to any dispute advanced in that proceeding by any other party. Disputes include claims made as part of a class action or other representative action, it being expressly understood and agreed to that the arbitration of such claims must proceed on an individual (non-class, non-representative) basis. Disputes also include claims relating to the enforceability or interpretation of any of these arbitration provisions. Any questions about whether disputes are subject to arbitration shall be resolved by interpreting this arbitration provision in the broadest way the law will allow it to be enforced.

**Disputes Excluded from Arbitration.** Disputes filed by you or by us individually in a small claims court are not subject to arbitration, so long as the disputes remain in such court and advance only an individual claim for relief.

**Commencing an Arbitration.** The party filing an arbitration must choose one of the following neutral arbitration forums and follow its rules and procedures for initiating and pursuing an arbitration: American Arbitration Association or National Arbitration Forum. If you initiate the arbitration, you must notify us in writing at Citibank, Litigation/ Arbitration Unit, One Court Square, 43rd Floor/ Zone 9, Long Island City, NY 11120. If we initiate the arbitration, we will notify you in writing at your last known address on file. You may obtain a copy of the arbitration rules for these forums, as well as additional information about initiating an arbitration by contacting these arbitration forums:

| **American Arbitration Association:** | 1633 Broadway, 10th Floor<br>New York, NY 10019<br>800-778-7879 (toll-free)<br>Website: www.adr.org<br>Email address: websitemail@adr.org |
|---|---|
| **National Arbitration Forum:** | P.O. Box 50191<br>Minneapolis, MN 55405-0191<br>800-474-2371 (toll-free)<br>Website: www.arbitration-forum.com<br>Email address: info@adrforum.com |

The arbitration shall be conducted in the same city as the U.S. District Court closest to your home address, unless the parties agree to a different location in writing.

**Administration of Arbitration.** The arbitration shall be decided by a single, neutral arbitrator. The arbitrator will be either a lawyer with at least ten years experience or a retired or former judge, selected in accordance with the rules of the arbitration forum. The arbitrator shall follow procedures and rules of the arbitration forum in effect on the date the arbitration is filed unless those rules and procedures are inconsistent with this arbitration provision, in which case this arbitration provision will prevail. Those procedures and rules may limit the discovery available to you or us. The arbitrator will take reasonable steps to protect customer account information and other confidential information if requested to do so by you or us. The arbitrator shall decide the dispute in accordance with applicable substantive law consistent with the Federal Arbitration Act and applicable statutes of limitations, will honor claims of privilege recognized at law, and will be empowered to award any damages or other relief provided for under applicable law. The arbitrator will not have the power to award relief to, or against, any person who is not a party to the arbitration. An award in arbitration shall determine the rights and obligations between the named parties only, and only in respect of the claims in arbitration, and shall not have any bearing on the rights and obligations of any other person, or on the resolution of any other dispute. You or we may choose to have a hearing and be represented by counsel. The decision rendered by the arbitrator shall be in writing; however, the arbitrator need not provide a statement of his reasons unless one is requested by you or us.

**Costs.** The party initiating the arbitration shall pay the initial filing fee. If you file the arbitration and an award is rendered in your favor, we will reimburse you for your filing fee. If there is a hearing, we will pay the fees and costs for the first day of that hearing. All other fees and costs will be allocated in accordance with the rules of the arbitration forum. However, we will advance or reimburse filing and other fees if the arbitrator rules that you cannot afford to pay them or finds other good cause for requiring us to do so, or if you ask us and we determine there is good reason for doing so. Each party shall bear the expense of their respective attorneys, experts,

and witnesses and other expenses, regardless of who prevails, but a party may recover any or all expenses from another party if the arbitrator, applying applicable law, so determines.

**No Class Action or Joinder of Parties.** You and we agree that no class action, private attorney general or other representative claims may be pursued in arbitration, nor may such action be pursued in court if either you or we elect arbitration. Unless mutually agreed to by you and us, claims of two or more persons may not be joined, consolidated, or otherwise brought together in the same arbitration (unless those persons are joint account holders or beneficiaries on your account and/or related accounts, or parties to a single transaction or related transaction); this is so whether or not the claim may have been assigned.

**Right to Resort to Provisional Remedies Preserved.** Nothing herein shall be deemed to limit or constrain our right to resort to self-help remedies, such as the right of setoff or the right to restrain funds in an account, to interplead funds in the event of a dispute, to exercise any security interest or lien we may hold in property, or to comply with legal process, or to obtain provisional remedies such as injunctive relief, attachment, or garnishment by a court having appropriate jurisdiction; provided, however, that you or we may elect to arbitrate any dispute related to such provisional remedies.

**Arbitration Award.** The arbitrator's award shall be final and binding unless a party appeals it in writing to the arbitration forum within fifteen days of notice of the award. The appeal must request a new arbitration before a panel of three neutral arbitrators selected in accordance with the rules of the same arbitration forum. The panel will consider all factual and legal issues anew, follow the same rules that apply to a proceeding using a single arbitrator, and make decisions based on the vote of the majority. Costs will be allocated in the same way they are allocated before a single arbitrator. An award by a panel is final and binding on the parties after fifteen days have passed. A final and binding award is subject to judicial intervention or review only to the extent allowed under the Federal Arbitration Act. A party may seek to have a final and binding award entered as a judgment in any court having jurisdiction.

**Governing Law.** You and we agree that our relationship includes transactions involving interstate commerce and that these arbitration provisions are governed by, and enforceable under, the Federal Arbitration Act. To the extent state law is applicable, the laws of the state governing your account relationship apply.

**Severability, Survival.** These arbitration provisions shall survive:

(i) termination or changes to your deposit, Checking Plus® or Checking Plus® (variable rate) or Ready Credit® accounts, or any related services we provide;

(ii) the bankruptcy of any party; and

(iii) the transfer or assignment of your deposit, Checking Plus® or Checking Plus® (variable rate) or Ready Credit® accounts, or any related services we provide.

If any portion of this arbitration provision is deemed invalid or unenforceable, the entire arbitration provision shall not remain in force. No provision of this arbitration provision may be amended, severed or waived absent a written agreement between you and us.

# EXHIBIT B

# Marketplace Addendum

Citibank® Online

Effective February 15, 2009

This Marketplace Addendum is part of the
"Client Manual — Consumer Accounts" and
contains additional information about
deposit products and services available
through Citibank® Online including:

- **Checking and Savings Accounts**
- **Balance Requirements**
- **Early Withdrawal Penalties**
- **Funds Availability Schedule**
- **Fees and Charges**

**...and other important information**



ITEM US70002SE-CBOL (Rev. 1/09) Pkg. 25

# Citibank has an account package to meet your individual needs.

At Citibank, we're committed to providing you with superior service and value by offering products designed to meet your individual needs. To do this, we offer a variety of pricing packages that reward you for having multiple accounts with Citibank and its affiliates.

For example, by bringing together the combined average balances in your linked deposit, loan, credit card accounts, and your investments through Smith Barney*, you may reduce or eliminate monthly service fees. In some cases, you may even earn better rates, These are the pricing packages we offer:

- Citibank® Access Account
- Basic Banking
- Citibank® EZ Checking
- The Citibank Account
- Citibank Everything Counts®

In addition, Citibank® Online offers an array of services that are available with all of the pricing packages described herein. These services include:

- Online Banking
- Online Bill Payment
- Online Bank Statements
- Online Check Images
- Online Money Transfers
- E-Mail & Wireless Banking Alerts

*Investment products and services are provided through Citigroup Global Markets Inc., Member SIPC. Smith Barney is a division and service mark of Citigroup Global Markets Inc. and is used and registered throughout the world. Citigroup Global Markets Inc. and Citibank are affiliated companies under the common control of Citigroup Inc.

---

**Investment products:**
- **NOT FDIC INSURED**
- **NO BANK GUARANTEE**
- **MAY LOSE VALUE**

---

# Contents

General Information about Citibank® Online ...............................1

Citibank Access Account ................................................2

Basic Banking..............................................................3

Citibank® EZ Checking.....................................................4

The Citibank Account......................................................7

Citibank Everything Counts® ............................................10

The Citigold® Account...................................................13

Savings and Money Market Accounts...........................17

Certificates of Deposit ................................................18

Funds Availability at Citibank .........................................21

Service Fees and Charges for All Accounts.............................44

---

## General Information about Citibank® Online

### Location of Your Home Financial Center

Citibank operates Financial Centers throughout the United States. If you have a Citibank account that you opened in a Financial Center and use Citibank® Online to add a new account to your existing account relationship, the new Citibank account will be located at the same Financial Center as your existing account. In all other cases when you open your account through Citibank® Online, your Home Financial Center is determined as follows:

| If you reside here when you open your first account... | Then your Home Financial Center is in the following marketplace... |
| --- | --- |
| California | California |
| Connecticut | Connecticut |
| Delaware | New Jersey |
| Florida | Florida |
| Illinois | Illinois |
| Maryland | Maryland |
| Massachusetts | Massachusetts & Connecticut* |
| Nevada | Nevada |
| New Jersey | New Jersey |
| New York | New York |
| Pennsylvania | Pennsylvania & New Jersey* |
| Texas | Texas |
| Virginia | Virginia |
| Washington, D.C. | Washington, D.C. |
| Any other states in the U.S. | Illinois |

* May apply to account relationships established through applications made online or via CitiPhone Banking®.

Once your home Financial Center is established, any additional account you open will be located there. If you notify us of a change of address after your account is opened, it will not affect the marketplace where your accounts are maintained.

### Additional Privacy Practices for Citibank® Online

Citibank® Online is a unique offering that allows you to manage your finances through the Internet. As a unique offering, Citibank® Online has adopted privacy practices in addition to those detailed in the Citibank Privacy Notice contained in the Client Manual – Consumer Accounts, to help ensure the privacy of consumer information.

1. Citibank® Online will continue to use industry standard technologies to protect transmissions over the Internet, including the use of Secure Sockets Layer (SSL) encryption.

2. In order to help provide better service or to help address security hazards, Citibank® Online will occasionally use a "cookie." A cookie is a small piece of information that a web site stores on your web browser and can later be retrieved. The cookie used by Citibank® Online cannot be read by another web site and does not contain information that will enable anyone to contact you via telephone, email or regular mail. Citibank® Online uses cookies for a number of administrative purposes, for example, to store your preferences that enable us to present certain kinds of information to you at our site. Most cookies only last a single session or visit. You can set up your web browser to inform you when cookies are set or to prevent cookies from being set. However, cookies are necessary to assure the proper operation of Citibank® Online.

## Reimbursement of Fees for Using Non-Citibank ATMs

Other banks may charge you a fee (i.e., surcharge) when you withdraw money from your Citibank accounts using their ATMs. Citibank will reimburse up to four (4) of these ATM fees per statement period if you establish your banking relationship online and meet the following criteria:

- You are a new client with a mailing address – as of 3 months after establishing your banking relationship online – that is outside a county where Citibank operates a Financial Center; and

- You established your banking relationship online and chose a Citibank® EZ Checking, Citibank Account, or Citibank Everything Counts® online; or you open an additional account within any such package online.

The reimbursement will be made at the beginning of the next statement period.

Please note that you are NOT eligible for ATM fee reimbursements if:

- You have either a Basic Banking or Citibank Access Account package.

- Your banking relationship was originally established at a Citibank Financial Center or through CitiPhone Banking® and you open additional accounts online.

Citibank customers can get cash, get information and transfer balances between eligible linked Citibank accounts fee-free at ATMs at participating 7-Eleven stores, Murphy Oil USA, MoneyPass and Publix supermarket locations. ATMs are not owned or operated by Citibank. Not all functions available at all ATMs.

# Citibank Access Account

This account is ideal if you don't need to write any checks at all and you do all your banking online. In addition, it doesn't require you to maintain a minimum monthly balance. Instead, for a low monthly fee – waived if a Direct Deposit is made to your account during the statement period – you get a regular checking account and an ATM/Debit Card, which you can use to get cash and make purchases nationwide.

## Definition of Account

The Citibank Access Account is a stand-alone package. This means other Citibank account household packages cannot be linked to an Access Account to offset its monthly fee. However, the Access Account balance may contribute to the combined balances of another Citibank household account package to offset the monthly maintenance fees for that account. We define a "household" as members of an account owner's immediate family who reside at the same address.[1]

## Minimum Opening Deposit

There is a $50 minimum opening deposit required to open a Citibank Access Account.

## Citibank Access Account Fees

Service charges and fees will appear as a charge on the following month's statement.

| Monthly Maintenance Fees | Non-Citibank ATM Fee[1]* |
|---|---|
| $3.00, which is waived if a Direct Deposit is made during the statement period. | $1.50 per withdrawal |

† Citibank customers can get cash, get information and transfer balances between eligible linked Citibank accounts fee-free at ATMs at participating 7-Eleven stores, Murphy Oil USA, MoneyPass and Publix supermarket locations. ATMs are not owned or operated by Citibank. Not all functions available at all ATMs.

* Fees charged by other institutions for your transactions on non-Citibank ATMs are beyond Citibank's control and are in addition to the fees listed here. If you are charged a fee for the use of a Citibank ATM, please contact us for a full refund.

Under federal regulations, immediate family members whose accounts can contribute pricing benefits are limited to the account owner and spouse, the account owner's parents, step-parents, siblings, step-brothers, step-sisters, children, step-children, grandchildren and their spouses. Retirement accounts that can contribute pricing benefits are limited to the retirement account owner and spouse, the retirement account owner's parents and grandparents, and the retirement account owner's children, siblings and their spouses.

2

# Basic Banking

This Citibank account is ideal if you need to write just a few checks a month without having to maintain a minimum monthly balance. It's designed for those with minimal transactional needs and who choose not to maintain other Citibank account relationships.

## Definition of Account

The Basic Banking Account consists of Basic Checking or Basic Savings. Basic Checking accounts can be linked to Checking Plus® (Variable Rate) overdraft protection. Basic Savings accounts can only be linked to a Citibank credit card. Although the fee for a Basic Banking account is not based on the combined balance of your other Citibank accounts, Basic Banking accounts may contribute to the combined balances of a household that has another Citibank account.

## Minimum Opening Balance

There is no opening deposit requirement.

## Basic Checking

If a Basic Checking account is part of another Citibank account household relationship that meets the requirements for eliminating monthly maintenance fees and transaction fees, or if there is a Citigold® Account that is part of the Citibank account household, there will be no monthly maintenance or withdrawal fees for the Basic Checking account. Otherwise, regardless of balances, the fees and charges shown below will apply.

## Basic Checking Fees

Service charges and fees will appear on the following month's statement. Basic Checking fees vary by region. Please note that a debit transaction is deemed to have been made on the date the transaction is posted to your account, which is not necessarily the date you initiated the transaction.

| | NY Area, NJ, CT, DE, MA, PA | IL, DC, MD, VA | FL | CA & NV | TX |
|---|---|---|---|---|---|
| Monthly Service Fee | 0-8 debits*, $3.00; 9+, $9.50 | $7.00 | $10.00 | $3.50 | 0-8 debits, $3.00; 9+ $9.50 |
| Non-Citibank ATM Fee** | | | $1.50 per withdrawal | | |
| Per Check Fee | 0-8 debits, free; 9+ per statement period $.50 each | 6 free per statement period; $1.50 each thereafter | | 0-8, free per statement period; 9+, $0.50 each | 0-8 debits, none; 9+, $0.50 each |

† Citibank customers can get cash, get information and transfer balances between eligible linked Citibank accounts fee-free at ATMs at participating 7-Eleven stores, Murphy Oil USA, MoneyPass and Publix supermarket locations. ATMs are not owned or operated by Citibank. Not all functions available at all ATMs.

*Debit transactions include checks paid. Citibank ATM cash withdrawals, automatic payments to a 3rd party, bill payments (automatic and staff-assisted), transfers using Citibank® Global Transfers or Inter Institution Transfers, and Financial Associate (teller) withdrawals. Staff-assisted bill payments are subject to a fee of $4.95 for each statement period that you use this service.

**Fees charged by other institutions for your transactions on non-Citibank ATMs are beyond Citibank's control and are in addition to the fees listed here. If you are charged a fee for the use of a Citibank ATM, please contact us for a full refund.

## Cancelled Checks

Original cancelled checks and images are not included with your statement. You can view and print copies of checks presented within the past 18 months on Citibankonline.com. If you need a copy of a cancelled check you may request a photocopy by calling Customer Service. Please refer to the Schedule of Service Fees and Charges for All Accounts on page 44 for applicable fees.

## Basic Savings

Basic Savings is a Day-to-Day Savings account. If a Basic Savings account is part of another Citibank account household relationship that meets the requirements for eliminating monthly maintenance and withdrawal fees, or if there is a Citigold® Account that is part of the Citibank account household, there will be no monthly maintenance or withdrawal fees for the Basic Savings account.

3

**Basic Savings Fees**

Monthly maintenance and withdrawal fees are based on the balance maintained in the Basic Savings account for the calendar month prior to the end of the monthly statement period.

| | NY Area, NJ, CT, MA, PA | IL, DC, MD, VA | FL | CA & NV | TX |
|---|---|---|---|---|---|
| Monthly Service Fee | $4.50 if balance is less than $500 | $5.00 if balance is less than $500 | 5.00 if balance is less than $500 | $6.50 if balance is less than $500 | $4.50 if balance is less than $500 |
| Minimum Balance to Avoid Monthly Service Fees | | | $500 | | |
| Non-Citibank ATM Fee†* | $1.50 per withdrawal | Free if balance is above $7,500; otherwise $1.50 each | Free if balance is above $10,000; otherwise $1.50 each | Free if balance is above $10,000; otherwise 2 free, then $1.50 each thereafter | $1.50 per withdrawal |

† Citibank customers can get cash, get information and transfer balances between eligible linked Citibank accounts fee-free at ATMs at participating 7-Eleven stores, Murphy Oil USA, MoneyPass and Publix supermarkets locations. ATMs are not owned or operated by Citibank. Not all functions available at all ATMs.

*Fees charged by other institutions for your transactions on non-Citibank ATMs are beyond Citibank's control and are in addition to the fees listed here. If you are charged a fee for the use of a Citibank ATM, please contact us for a full refund.

## Citibank® EZ Checking

EZ Checking is ideal if you prefer to bank and pay your bills online – and you use Direct Deposit. Why? Because if you have a Direct Deposit made into your account or make two online bill payments during the statement period, we will waive the monthly maintenance and per check fees. Another way to avoid fees is to meet the low minimum combined average balance of $1,500 in linked FDIC-insured deposit accounts.

**Definition of Account**

Citibank EZ Checking is any relationship that includes at least one of these components: Regular Checking, Day-to-Day Savings, or Money Market Accounts. Only one checking account can be included in any Citibank EZ Checking account.

**Minimum Opening Deposit**

There is a $100 minimum opening deposit required to open a Citibank EZ Checking Account.

**Linked Accounts**

Balances in the linked accounts listed below will be used to determine your combined average balance range.

| Deposits |
|---|
| Regular Checking |
| Day-to-Day Savings |
| Passbook Savings |
| Money Market Accounts |
| Certificates of Deposit |
| Market Rate Account |
| Market Rate Plus Account |

Business accounts, including business, corporate and purchasing credit cards, cannot be linked to consumer accounts.

Deposit accounts maintained in different geographic areas in the U.S. cannot be linked. For example, the New York area is treated as a separate geographic area from California, New Jersey, or Florida areas.

**Linking accounts among household members.** When a household has a least one Citibank EZ Checking account, we can make available to all household members the features and benefits of our relationship pricing structure; in addition, eligible accounts belonging to all household members can be counted when we determine the combined balance. We define a "household" as members of an account owner's immediate family who reside at the same address.¹

**Important:** When accounts in a household are linked, the statements for each linked Citibank EZ Checking account will show the household's combined average balance range. As a result, individual members of a linked household may, in some cases, be able to deduce the approximate balances of others in the household. Therefore, when deciding whether to link accounts within a household, clients should evaluate their privacy needs within the household, along with their needs for the rate and fee advantages.

**Combined Average Balance Ranges for Fees and Charges**

The following combined average balance ranges are for Citibank EZ Checking. Your combined balance range will be determined by computing an average of your daily linked deposit account balances during the calendar month. Monthly maintenance fees are applied only to accounts in the $0 - $1,499.99 combined average balance range that do not have Direct Deposit. If you are in this combined balance range and you have Direct Deposit, then your fees will be waived. Fees will be assessed based on the combined transaction activity in all your linked accounts in your EZ Checking relationship package. Assessed service charges will appear on the statement you receive for the next monthly period.

Any monthly maintenance fee will be applied as follows:

- If you have Regular Checking, your Citibank EZ Checking account charges will be deducted from it.
- If you do not have Regular Checking, the Citibank EZ Checking account monthly maintenance fees will be deducted from your Money Market Account or Day-to-Day Saving, in that order, depending on the combination of linked components you have in your Citibank EZ Checking account.

**Combined Balance Ranges for Fees and Charges**

**NY Area**

| Combined Average Balance Range | Monthly Maintenance Fee | Non-Citibank ATM Fee†* | Per Check Fee |
|---|---|---|---|
| $0 - $1,499.99 | $7.50** | $1.50 per withdrawal | 10 free per statement period; $1.00 each thereafter** |
| $1,500 and above | None | $1.50 per withdrawal | None |

† Citibank customers can get cash, get information and transfer balances between eligible linked Citibank accounts fee-free at ATMs at participating 7-Eleven stores, Murphy Oil USA, MoneyPass and Publix supermarket locations. ATMs are not owned or operated by Citibank. Not all functions available at all ATMs.

*Fees charged by other institutions for your transactions on non-Citibank ATMs are beyond Citibank's control and are in addition to the fees listed here. If you are charged a fee for the use of a Citibank ATM, please contact us for a full refund.

** Waived with 2 or more qualifying bill payments from, or a direct deposit to the checking account during the statement period. Qualifying electronic bill payments are individual or recurring bill payments that you make to a third party by preauthorized transfer, using Citibank Online or using the CitiPhone Banking bill payment service. Staff assisted bill payments are subject to a monthly service charge of $4.95. Payments you make by check do not qualify.

Under federal regulations, immediate family members whose accounts can contribute pricing benefits are limited to the account owner and spouse; the account owner's parents, step-parents, siblings, step-brothers, step-sisters, children, step-children, grandchildren and their spouses. Retirement accounts that can contribute pricing benefits are limited to the retirement account owner and spouse, the retirement account owner's parents and grandparents, and the retirement account owner's children, siblings and their spouses.

**NJ, CT, DE, MA, PA, Texas**

| Combined Average Balance Range | Monthly Maintenance Fee | Non-Citibank ATM Fee†* | Per Check Fee |
|---|---|---|---|
| $0 - $1,499.99 | $7.50** | 5 free per statement period; $1.50 per withdrawal thereafter | 10 free per statement period; $1.00 each thereafter** |
| $1,500 and above | None | 5 free per statement period; $1.50 per withdrawal thereafter | None |

† Citibank customers can get cash, get information and transfer balances between eligible linked Citibank accounts fee-free at ATMs at participating 7-Eleven stores, Murphy Oil USA, MoneyPass and Publix supermarket locations. ATMs are not owned or operated by Citibank. Not all functions available at all ATMs.

*Fees charged by other institutions for your transactions on non-Citibank ATMs are beyond Citibank's control and are in addition to the fees listed here. If you are charged a fee for the use of a Citibank ATM, please contact us for a full refund.

** Waived with 2 or more qualifying bill payments from, or a direct deposit to the checking account during the statement period. Qualifying electronic bill payments are individual or recurring bill payments that you make to a third party by preauthorized transfer, using Citibank Online or using the CitiPhone Banking bill payment service. Staff assisted bill payments are subject to a monthly service charge of $4.95. Payments you make by check do not qualify.

**IL, DC, MD, VA, FL**

| Combined Average Balance Range | Monthly Maintenance Fee | Non-Citibank ATM Fee†* | Per Check Fee |
|---|---|---|---|
| $0 - $1,499.99 | $9.50** | 5 free per statement period; $1.50 per withdrawal thereafter | 10 free per statement period; $1.00 each thereafter** |
| $1,500 and above | None | 5 free per statement period; $1.50 per withdrawal thereafter | None |

† Citibank customers can get cash, get information and transfer balances between eligible linked Citibank accounts fee-free at ATMs at participating 7-Eleven stores, Murphy Oil USA, MoneyPass and Publix supermarket locations. ATMs are not owned or operated by Citibank. Not all functions available at all ATMs.

*Fees charged by other institutions for your transactions on non-Citibank ATMs are beyond Citibank's control and are in addition to the fees listed here. If you are charged a fee for the use of a Citibank ATM, please contact us for a full refund.

** Waived with 2 or more qualifying bill payments from, or a direct deposit to the checking account during the statement period. Qualifying electronic bill payments are individual or recurring bill payments that you make to a third party by preauthorized transfer, using Citibank Online or using the CitiPhone Banking bill payment service. Staff assisted bill payments are subject to a monthly service charge of $4.95. Payments you make by check do not qualify.

**CA & NV**

| Combined Average Balance Range | Monthly Maintenance Fee | Non-Citibank ATM Fee†* | Per Check Fee |
|---|---|---|---|
| $0 - $1,499.99 | $9.50**† | $1.50 per withdrawal | $0.50**† |
| $1,500 and above | None | $1.50 per withdrawal | None |

† Citibank customers can get cash, get information and transfer balances between eligible linked Citibank accounts fee-free at ATMs at participating 7-Eleven stores, Murphy Oil USA, MoneyPass and Publix supermarket locations. ATMs are not owned or operated by Citibank. Not all functions available at all ATMs.

*Fees charged by other institutions for your transactions on non-Citibank ATMs are beyond Citibank's control and are in addition to the fees listed here. If you are charged a fee for the use of a Citibank ATM, please contact us for a full refund.

**If your account is charged a monthly maintenance fee, you can receive a $1.00 rebate off that fee if during the statement period there is an automatic deduction by a third party that you have authorized.

†Waived with 2 or more qualifying bill payments from, or a direct deposit to the checking account during the statement period. Qualifying electronic bill payments are individual or recurring bill payments that you make to a third party by preauthorized transfer, using Citibank Online or using the CitiPhone Banking bill payment service. Staff assisted bill payments are subject to a monthly service charge of $4.95. Payments you make by check do not qualify.

**Account charges when there is more than one linked account.** If a household has more than one linked Citibank account, we will review the combined average balances of the household when determining account charges.

If the combined balance for the household meets the Citibank EZ Checking account requirement for eliminating monthly maintenance fees, none of the linked accounts in the Citibank EZ Checking Package will be charged.

If the household's combined average balances do not meet the requirement, then the primary account will be charged.

**Cancelled Checks**

Original cancelled checks and images are not included with your statement. You can view and print copies of checks presented within the past 18 months on Citibankonline.com. If you need a copy of a cancelled check you may request a photocopy by calling Customer Service. Please refer to the Schedule of Service Fees and Charges for All Accounts on page 44 for applicable fees.

**Rate Calculations for Money Market Accounts.** If your Money Market Account is linked to an EZ Checking account, you will receive the lowest tiered interest rate on your Money Market Account, regardless of the balance in it.

## The Citibank Account

The Citibank Account is a full-service banking account that links all of your accounts together for ultimate control and simplicity. It includes unlimited check writing and ATM transactions with no Citibank ATM fee, when you meet the minimum balance requirements. And it's easy to maintain the minimum balance, because all of your Citibank linked accounts -- including deposits, loans, mortgage and credit card balances, as well as investments through Smith Barney* -- are considered.

*Investment products and services are provided through Citigroup Global Markets Inc., Member SIPC. Smith Barney is a division and service mark of Citigroup Global Markets Inc. and is used and registered throughout the world. Citigroup Global Markets Inc. and Citibank are affiliated companies under the common control of Citigroup Inc.

> **Investment products:**
> • **NOT FDIC INSURED**
> • **NO BANK GUARANTEE**
> • **MAY LOSE VALUE**

**Definition of Account**

A Citibank Account is any relationship that includes at least one of these components: Regular or Interest Checking, Day-to-Day Savings, or Money Market Accounts. Only one checking account may be included in any Citibank Account.

**Minimum Opening Deposit**

There is a $100 minimum opening deposit required to open a Citibank Account.

**Linking Your Account to a Smith Barney Investment Account**

If your Smith Barney Financial Advisor is located on the premises of a Citibank Financial Center, you can open a Smith Barney investment account (a "Financial Center Based Smith Barney Account") and link that account to your Citibank Account, provided that the account titles are identical.* Alternatively, an eligible Smith Barney account that is maintained in an office of Smith Barney located outside of a Citibank Financial Center (a "Non-Financial Center Based Smith Barney Account") may also be linked to your Citibank Account, provided that your same Citibank Account is not linked to a Financial Center Based Smith Barney Account.

*Offer may not be currently available for all Smith Barney Accounts opened in Massachusetts and Pennsylvania. Smith Barney Accounts with account numbers that begin with 17K or 61L can only be linked pursuant to the rules governing Non-Financial Center Based Smith Barney Accounts as described herein, until further notice.

Linking your Citibank Account to either a Financial Center Based Smith Barney Account or a Non-Financial Center Based Smith Barney Account (collectively "Linked Smith Barney Account") has many advantages, like being able to view the balances in your Linked Smith Barney Account using Citibank® Online and at ATMs located in Citibank Financial Centers. In addition, eligible balances in your Linked Smith Barney Account will be counted toward relationship pricing of your Citibank Account.

Smith Barney may have additional linking requirements concerning the Non-Financial Center Based Smith Barney Account that can be linked and may also require you to sign a Smith Barney Linkage Agreement. To arrange for this linkage, please contact your Smith Barney Financial Advisor.

If your Citibank Account is linked to a Non-Financial Center Based Smith Barney Account the following additional terms apply:

a. You can choose to link your Non-Financial Center Based Smith Barney Account to your Citibank Account provided that one of the Citibank account owners is also an account owner of the Non-Financial Center Based Smith Barney Account meeting Smith Barney's requirements for such linkage;

b. Only one common owner of the Citibank Account needs to agree to this arrangement and that agreement will bind all Citibank Account owners;

c. The Citibank Account cannot be used as a transaction account for settlement of your securities trades in your Non-Financial Center Based Smith Barney Account; and

d. The Citibank Account cannot also be linked to a Financial Center Based Smith Barney Account.

**Linked Accounts**

Balances in the linked accounts listed below will be included to determine your combined average balance range.

| Deposits | Retirement Accounts | Loans and Credit Lines | Investments | Credit Cards* |
|---|---|---|---|---|
| Checking<br>Day-to-Day Savings<br>Passbook Savings<br>Money Market Accounts<br>Certificates of Deposit<br>Market Rate Account<br>Market Rate Plus Account | IRAs (excluding IRAs held in your Non-Financial Center Based Smith Barney Account)<br>Keoghs (except Keogh plans with participants other than the account owner and spouse, or partners and their spouses) | Home Equity Line of Credit<br>Home Equity Loan<br>Checking Plus*<br>Personal Loan<br>Ready Credit*<br>Preferred Line<br>Preferred Loan<br>Mortgage | Investments held in your Linked Smith Barney Account and margin loans provided by Smith Barney***<br>Annuities (except tax-qualified annuities**) | • Citi® Platinum Select® Card<br>• Citi® Dividend Platinum Select® Card<br>• Citi®/ AAdvantage® World MasterCard®<br>• AAdvantage® Platinum Select®<br>• Certain other Citibank MasterCard® or Visa® credit cards (except Home Savings of America, Savings of America, Business Card, Purchasing Card and Corporate Card) |

\* Citibank MasterCard and Visa credit cards are issued by Citibank (South Dakota), N.A.<br>AAdvantage is a registered trademark of American Airlines, Inc.

\*\* Tax-qualified annuities include annuities that qualify under Sections 401, 403, 408 or 457 of the Internal Revenue Code.

\*\*\* See your Linkage Agreement with Smith Barney for information on eligible investments in Non-Financial Center Based Smith Barney Accounts.

Business accounts, including Business, Corporate and Purchasing credit cards cannot be linked to consumer accounts.

Deposit accounts maintained in different geographic areas in the U.S. cannot be linked. For example, the New York area is treated as a separate geographic area from California, New Jersey, or Florida areas.

**Linked loans and lines of credit balances.** When considering loan and line of credit balances for combined balance calculations, the outstanding principal balance will be recognized – not the amount of the original loan or the total approved credit line. With your Citibank MasterCard and Visa credit cards, your combined balance will include any current purchases and cash advances as well as any unpaid previous balances. Your combined balances do not include: balances in delinquent accounts; balances that exceed your approved credit limit for any line of credit or credit card; and outstanding balances in any line of credit or credit card account that is no longer open.

**Linking accounts among household members.** When a household has at least one Citibank Account, we can make available to all household members the features and benefits of our relationship pricing structure. This means eligible accounts belonging to all household members can be counted when we determine the combined balance. We define a "household" as members of an account owner's immediate family who reside at the same address.[1]

[1] Under federal regulations, immediate family members whose accounts can contribute pricing benefits are limited to the account owner and spouse; the account owner's parents, step-parents, siblings, step-brothers, step-sisters, children, step-children, grandchildren and their spouses. Retirement accounts that can contribute pricing benefits are limited to the retirement account owner and

8

spouse, the retirement account owner's parents and grandparents, and the retirement account owner's children, siblings and their spouses.

**Important:** When accounts in a household are linked for combined balances, statements for each linked Citibank Account will show the household combined average balance range. As a result, individual members of a linked household may in some cases be able to deduce approximate balances of others in the household. Therefore, when deciding whether to link accounts, clients should evaluate their privacy needs within the household, along with their needs for the rate and fee advantages.

**Combined Average Balance Ranges for Fees and Charges**

The following combined average balance ranges have been established for the Citibank Account. Your combined balance range will be determined by computing an average of your daily linked account balances during the calendar month. Monthly maintenance fees are applied only to accounts in the $0 - $5,999.99 combined balance range. Service charges assessed will appear as a charge on the statement you receive for the next monthly period.

Your combined balance range at the end of each calendar month will be used to determine whether account charges for the Citibank Account will appear as charges on the next statement. Any monthly service charge will be applied as follows:

• If you have Regular or Interest Checking, your Citibank Account monthly maintenance fees will be deducted from your checking account.

• If you do not have Regular or Interest Checking, your Citibank Account monthly maintenance fees will be deducted from Money Market Accounts, or Day-to-Day Savings, in that order, depending on the combination of linked components you have in your Citibank Account.

**Combined Balance Range for Fees and Charges**

**NY Area, NJ, CT, DE, MA, PA, Texas**

| Combined Average Balance Range | Monthly Maintenance Fee | | Non-Citibank ATM Fee*† | Per Check Fee** |
|---|---|---|---|---|
| $0-$5,999.99 | $9.50 w/Regular Checking, Day-to-Day Savings, Money Market Accounts | $12.00 w/Interest Checking | $1.50 per withdrawal | $0.50 |
| $6,000 and above | None | | None | None |

† Citibank customers can get cash, get information and transfer balances between eligible linked Citibank accounts fee-free at ATMs at participating 7-Eleven stores, Murphy Oil USA, MoneyPass and Publix supermarket locations. ATMs are not owned or operated by Citibank. Not all functions available at all ATMs.

\*Fees charged by other institutions for your transactions on non-Citibank ATMs are beyond Citibank's control and are in addition to the fees listed here. If you are charged a fee for the use of a Citibank ATM, please contact us for a full refund.

\*\*No per check fee for stand -alone Day-to-Day Savings, or Money Market Accounts.

**IL, DC, MD, VA, FL, CA, NV**

| Combined Average Balance Range | Monthly Maintenance Fee | | Non-Citibank ATM Fee*† | Per Check Fee** |
|---|---|---|---|---|
| $0-$5,999.99 | $12.50*** w/Regular Checking, Day-to-Day Savings, Money Market Accounts | $15.00*** w/Interest Checking | $1.50 per withdrawal | $0.50 |
| $6,000 and above | None | | None | None |

† Citibank customers can get cash, get information and transfer balances between eligible linked Citibank accounts fee-free at ATMs at participating 7-Eleven stores, Murphy Oil USA, MoneyPass and Publix supermarket locations. ATMs are not owned or operated by Citibank. Not all functions available at all ATMs.

\*Fees charged by other institutions for your transactions on non-Citibank ATMs are beyond Citibank's control and are in addition to the fees listed here. If you are charged a fee for the use of a Citibank ATM, please contact us for a full refund.

\*\*No per check fee for stand-alone Day-to-Day Savings, or Money Market Accounts.

\*\*\*If you're charged a monthly maintenance fee, you may earn a rebate of up to $2.00 per statement period if you use the free Citibank services listed below. For each service you use, you'll receive $1 off that month's fee. These are the services that qualify:

• Two or more electronic bill payment made through CitiPhone® Banking (automated) or Citibank® Online

• An automatic deduction initiated by a third party that you have authorized.

9

**Account charges when there is more than one linked account.**
If a household has more than one linked Citibank account, we will review the combined balances of the household when determining account charges.

If the combined average balance for the household meets the Citibank Account requirement for eliminating monthly maintenance fees, then none of the linked accounts in the Citibank Account Package will be charged. If the household's combined balances do not meet the requirement, then the primary account will be charged.

**Cancelled Checks**
Original cancelled checks and images are not included with your statement. Check images can be included upon request. You must speak with a Customer Service Representative in order to sign up for this service. You can view and print copies of checks presented within the past 18 months on Citibankonline.com. If you need a copy of a cancelled check you may request a photocopy by calling Customer Service. Please refer to the Schedule of Service Fees and Charges for All Accounts on page 44 for applicable fees.

## Citibank Everything Counts

Citibank Everything Counts provides premier banking services, with access to brokerage, including online brokerage through Smith Barney¹ including:
• Online stock trading and mutual fund trading status.
• Online access to your orders and positions.
• Gold Citibank ATM card
• Free standard checkbook orders, official checks, travelers checks, money orders, and stop payment requests
*Investment products and services are provided through Citigroup Global Markets Inc., Member SIPC. Smith Barney is a division and service mark of Citigroup Global Markets Inc. and is used and registered throughout the world. Citigroup Global Markets Inc. and Citibank are affiliated companies under the common control of Citigroup Inc.

> **Investment products:**
> • **NOT FDIC INSURED**
> • **NO BANK GUARANTEE**
> • **MAY LOSE VALUE**

**Definition of Account**
Citibank Everything Counts is any relationship that includes at least one of these components: Regular or Interest Checking, Day-to-Day Savings, or Money Market Accounts. Only one checking account may be included in any Citibank Everything Counts account.

**Minimum Opening Deposit**
There is a $100 minimum opening deposit required to open a Citibank Everything Counts Account.

**Linking Your Account to a Smith Barney Investment Account**
If your Smith Barney Financial Advisor is located on the premises of a Citibank Financial Center, you can open a Smith Barney investment account (a "Financial Center Based Smith Barney Account") and link that account to your Citibank Everything Counts® account, provided that titles of the account are identical.* Alternatively, an eligible Smith Barney account that is maintained in an office of Smith Barney located outside of a Citibank Financial Center (a "Non-Financial Center Based Smith Barney Account") may also be linked to your Citibank Everything Counts account, provided that your same Citibank Everything Counts account is not linked to a Financial Center Based Smith Barney Account.

*Offer may not be currently available for all Smith Barney Accounts opened in Massachusetts and Pennsylvania. Smith Barney Accounts with account numbers that begin with 17X or 61L can only be linked pursuant to the rules governing Non-Financial Center Based Smith Barney Accounts as described herein, until further notice.

Linking your Citibank Everything Counts account to either a Financial Center Based Smith Barney Account or a Non-Financial Center Based Smith Barney Account (collectively "Linked Smith Barney Account") has many advantages, like being able to view the balances in your Linked Smith Barney Account using Citibank® Online and at ATMs located in Citibank Financial Centers. In addition, eligible balances in your Linked Smith Barney Account will be counted toward relationship pricing of your Citibank Everything Counts account.

10

Smith Barney may have additional linking requirements concerning the Non-Financial Center Based Smith Barney Account that can be linked and may also require you to sign a Smith Barney Linkage Agreement. To arrange for this linkage, please contact your Smith Barney Financial Advisor.

If your Citibank Everything Counts account is linked to a Non-Financial Center Based Smith Barney Account, the following additional terms apply:

a. You can choose to link your Non-Financial Center Based Smith Barney Account to your Citibank Everything Counts account provided that one of the Citibank account owners is also an account owner of the Non-Financial Center Based Smith Barney Account meeting Smith Barney's requirements for such linkage;

b. Only one common owner of the Citibank Everything Counts account needs to agree to this arrangement and that agreement will bind all Citibank Everything Counts account owners;

c. The Citibank Everything Counts account cannot be used as a transaction account for settlement of your securities trades in your Non-Financial Center Based Smith Barney Account; and

d. The Citibank Everything Counts account cannot also be linked to a Financial Center Based Smith Barney Account.

**Linked Accounts**
Balances in the linked accounts listed below will be included when your average combined balance range is determined.

| Deposits | Retirement Accounts | Loans and Credit Lines | Investments | Credit Cards* |
|---|---|---|---|---|
| Checking<br>Day-to-Day Savings<br>Passbook Savings<br>Money Market Accounts<br>Certificates of Deposit<br>Market Rate Account<br>Market Rate Plus Account | IRAs (excluding IRAs held in your Non-Financial Center Based Smith Barney Account)<br>Keoghs (except Keogh plans with participants other than the account owner and spouse, or partners and their spouses) | Home Equity Line of Credit<br>Home Equity Loan<br>Checking Plus®<br>Personal Loan<br>Ready Credit®<br>Preferred Line<br>Preferred Loan<br>Mortgage | Investments held in your Linked Smith Barney Account and margin loans provided by Smith Barney***<br>Annuities (except tax-qualified annuities**) | • Citi® Platinum Select® Card<br>• Citi® Dividend Platinum Select® Card<br>• Citi® / AAdvantage® World MasterCard®<br>• AAdvantage® Platinum Select®<br>• Certain other Citibank MasterCard® or Visa® credit cards (except Home Savings of America, Savings of America, Business Card, Purchasing Card and Corporate Card) |

\* Citibank MasterCard and Visa credit cards are issued by Citibank (South Dakota), N.A. AAdvantage is a registered trademark of American Airlines, Inc.

\*\* Tax-qualified annuities include annuities that qualify under Sections 401, 403, 408 or 457 of the Internal Revenue Code.

\*\*\*See your Linkage Agreement with Smith Barney for information on eligible investments in Non-Financial Center Based Smith Barney Accounts.

Business accounts, including Business, Corporate and Purchasing credit cards, cannot be linked to consumer accounts.

Deposit balances maintained in different geographic areas in the U.S. cannot be linked. For example, the New York area is treated as a separate geographic area from California, New Jersey, or Florida areas.

**Linked loans and lines of credit balances.** When considering loan and line of credit balances for combined balance calculations, the outstanding principal balance will be recognized-not the amount of the original loan or the total approved credit line. With your Citibank MasterCard and Visa credit cards, your combined balance will include any current purchases and cash advances as well as any unpaid previous balances. Your combined balances do not include: balances in delinquent accounts; balances that exceed your approved credit limit for any line of credit or credit card; and outstanding balances in any line of credit or credit card account that is no longer open.

**Linking accounts among household members.** When a household has at least one Citibank Account component, we can make available to all household members the features and benefits of our relationship pricing

11

structure and eligible accounts belonging to all household members can be counted when we determine the combined balance. We define a "household" as members of an account owner's immediate family who reside at the same address.[1]

Under federal regulations, immediate family members whose accounts can contribute pricing benefits are limited to the account owner and spouse; the account owner's parents, step-parents, siblings, step-brothers, step-sisters, children, step-children, grandchildren and their spouses. Retirement accounts that can contribute pricing benefits are limited to the retirement account owner and spouse, the retirement account owner's parents and grandparents, and the retirement account owner's children, siblings and their spouses.

**Important:** When accounts in a household are linked for combined balances, statements for each linked Citibank account will show the household's combined balance range. As a result, individual members of a linked household may in some cases be able to deduce approximate balances of others in the household. Therefore, when deciding whether to link accounts, clients should evaluate their privacy needs within the household, along with their needs for the rate and fee advantages.

### Combined Balance Ranges for Fees and Charges

The following combined average balance ranges are used to calculate fees and charges for the Citibank Everything Counts®. Your combined balance range will be determined by computing an average of your daily linked account balances during the calendar month. Monthly maintenance fees are applied only to accounts with a combined balance range below $10,000 in deposits or below $20,000 in all qualifying accounts. Assessed service charges will appear the statement you receive for the next monthly period.

Any monthly maintenance fee will be applied as follows:

- If you have Regular or Interest Checking, your Citibank Everything Counts charges will be deducted from your checking account.
- If you do not have Regular or Interest Checking, then the Citibank Everything Counts monthly maintenance fees will be deducted from Money Market Accounts, or Day-to-Day Savings, in that order, depending on the combination of linked components you have in your Citibank Everything Counts.

| Contributing Balances Include: FDIC Insured Deposits only | $0 - $9,999.99 | $10,000 and above |
|---|---|---|
| Monthly Maintenance Fee | $25.00 | None |
| Non-Citibank ATM Fee[1]* | $1.50 per withdrawal | None |
| Per Check Fee | $0.50 | None |
| Staff-assisted bill payment (monthly) | $4.95 | None |

OR

| Contributing Balances Include: Deposits, Retirement Accounts, Loans, Investments, Margin Loans, and Credit Cards | $0 - $19,999.99 | $20,000 and above |
|---|---|---|
| Monthly Maintenance Fee | $25.00 | None |
| Non-Citibank ATM Fee[1]* | $1.50 per withdrawal | None |
| Per Check Fee | $0.50 | None |
| Staff-assisted bill payment | $4.95 per month | None |

† Citibank customers can get cash, get information and transfer balances between eligible linked Citibank accounts fee-free at ATMs at participating 7-Eleven stores, Murphy Oil USA, MoneyPass and Publix supermarket locations. ATMs are not owned or operated by Citibank. Not all functions available at all ATMs.

* Fees charged by other institutions for your transactions on non-Citibank ATMs are beyond Citibank's control and are in addition to the fees listed here. If you are charged a fee for the use of a Citibank ATM, please contact us for a full refund.

**Account charges when there is more than one linked account.** If a household has more than one linked Citibank account, we will review the combined balances of the household when determining account charges. If the combined balance for the household meets the Citibank Everything Counts requirement for eliminating monthly maintenance fees

12

then none of the linked accounts in the Citibank Everything Counts Package will be charged. If the household's combined balances do not meet the requirement, the primary account will be charged.

### Cancelled Checks

Original cancelled checks and images are not included with your statement. Check images can be included upon request. You must speak with a Customer Service Representative in order to sign up for this service. You can view and print copies of checks presented within the past 18 months on Citibankonline.com. If you need a copy of a cancelled check you may request a photocopy by calling Customer Service. Please refer to the Schedule of Service Fees and Charges for All Accounts on page 44 for applicable fees.

## The Citigold℠ Account

Citigold is a financial service offer that gives you the option to combine your banking, credit, investment and retirement accounts into a consolidated package. A Citigold Account gives you access to:

- a dedicated team of professional specialists to help you plan and reach your financial goals
- financial planning tools, educational seminars and other resources to help broaden your financial knowledge
- premium investment products and services from Smith Barney[1]
- risk management and estate planning through long term care and life insurance[2]
- exclusive benefits, features and services including preferred pricing and fees on various bank and credit products through Citibank

[1] Investment products and services are provided through Citigroup Global Markets Inc., Member SIPC. Smith Barney is a division and service mark of Citigroup Global Markets Inc. and is used and registered throughout the world. Citigroup Global Markets Inc. and Citibank are affiliated companies under the common control of Citigroup Inc.

[2] Insurance products are offered through SBHU Life Agency, Inc. or another licensed insurance agency affiliate www.ctfi.com/us/insurance (collectively "SBHU"). SBHU and Citibank are affiliated companies under the common control of Citigroup Inc.

### Definition of Account

A Citigold Account is any relationship that includes at least one of these components: Regular or Citigold Interest Checking. Only one checking account can be included in any Citigold Account.

### Linking Your Account to a Smith Barney Investment Account

If your Smith Barney Financial Advisor is located on the premises of a Citibank Financial Center, you can include a Smith Barney investment account (a "Financial Center Based Smith Barney Account") in your Citigold relationship, provided that the account titles are identical.* If you do so, you will receive a combined monthly statement for your Citigold deposit accounts and your linked Financial Center Based Smith Barney Account. Alternatively, an eligible Smith Barney account that is maintained in an office of Smith Barney located outside of a Citibank Financial Center (a "Non-Financial Center Based Smith Barney Account") may also be linked to your Citigold Account, provided that your same Citigold Account is not linked to a Financial Center Based Smith Barney Account. *Offer may not be currently available for all Smith Barney Accounts opened in Massachusetts and Pennsylvania. Smith Barney Accounts with account numbers that begin with 17K or 61L can only be linked pursuant to the rules governing Non-Financial Center Based Smith Barney Accounts as described herein, until further notice.

As a result, you will be able to transfer funds between your Non-Financial Center Based Smith Barney Account and your linked Citigold checking, savings and money market accounts, subject to any applicable account restrictions. Smith Barney may have additional linking requirements and require you to sign a Smith Barney Linkage Agreement. To arrange for this linkage, please contact your Smith Barney Financial Advisor.

If your Citigold Account is linked to a Non-Financial Center Based Smith Barney Account the following additional terms apply:

a. You can choose to link your Non-Financial Center Based Smith Barney Account to your Citigold Account provided that one of the Citigold Account owners is also an account owner of the Non-Financial Center Based Smith Barney Account meeting Smith Barney's requirements for such linkage;

b. Only one common owner of the Citigold Account needs to agree to this arrangement and that agreement will bind all Citigold Account owners;

13

c. As a result of this linkage, you will not receive a consolidated monthly statement of your Citigold Account and your Non-Financial Center Based Smith Barney Account. Instead, the balance and account type information of all of the accounts linked to the Citigold Account (whether or not owned by you) will be shared by Citibank with Smith Barney and will appear as a summary on the brokerage account statement issued by Smith Barney for your Non-Financial Center Based Smith Barney Account. Reminder: Linking your Citigold Account will cause this information to appear on the investment statement issued for the Non-Financial Center Based Smith Barney Account;

d. Furthermore, the common account owner can authorize transfer capability between the Non-Financial Center Based Smith Barney Account holdings and your linked Citigold checking, savings and money market accounts which will result in the ability to transfer funds on a "real time" basis for immediate access subject to account restrictions;

e. The Citigold Account cannot be used as a transaction account for settlement of your securities trades in your Non-Financial Center Based Smith Barney Account; and

f. The Citigold Account cannot also be linked to a Financial Center Based Smith Barney Account.

---

### INVESTMENT AND INSURANCE PRODUCTS:
- **NOT A DEPOSIT**
- **NOT FDIC INSURED**
- **NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY**
- **NO BANK GUARANTEE**
- **SECURITIES MAY LOSE VALUE**

---

### Minimum Opening Deposit
There is a $500 minimum opening deposit required to open a Citigold Account.

### Linked Accounts
Balances in the linked accounts listed below will be included to determine your combined balance range.

| Deposits | Retirement Accounts | Loans and Lines of Credit | Investments | Credit Cards* |
|---|---|---|---|---|
| Checking<br>Day-to-Day Savings<br>Money Market Accounts<br>Passbook Savings<br>Certificates of Deposit<br>Market Rate Account<br>Market Rate Plus Account | IRAs (excluding IRAs held in your Non-Financial Center Based Smith Barney Account)<br>Keoghs (except Keogh plans with participants other than the account owner and spouse, or partners and their spouses) | Home Equity Line of Credit<br>Home Equity Loan<br>Checking Plus*<br>Personal Loan<br>Ready Credit*<br>Preferred Line<br>Preferred Loan<br>Mortgage | Investments held in either your Smith Barney Financial Center Based Smith Barney Account or your Non-Financial Center Based Smith Barney Account and margin loans provided by Smith Barney***<br>Annuities (except tax-qualified annuities**) | Citibank Silver, Citibank Gold, Citi* Platinum Select,* Citi* Platinum Select*/ AAdvantage* World MasterCard,* and certain other Citibank MasterCard* or Visa* credit cards you may have (except Home Savings of America Business Card, Purchasing Card and Corporate Card) |

\* Citibank MasterCard and Visa credit cards are issued by Citibank (South Dakota), N.A. AAdvantage is a registered trademark of American Airlines, Inc.

\*\* Tax-qualified annuities include annuities that qualify under Sections 401, 403, 408 or 457 of the Internal Revenue Code.

\*\*\*See your Linkage Agreement with Smith Barney for information on eligible investments in Non-Financial Center Based Smith Barney Accounts.

Deposit accounts maintained in different geographic areas in the U.S. cannot be linked. For example, the New York area is treated as a separate geographic area from California, New Jersey, or Florida areas.

### Linked Loans and Lines of Credit Balances
When considering loan and line of credit balances for combined balance calculations, the outstanding principal balance will be recognized – not the amount of the original loan or the total approved credit line. With your

Citibank MasterCard® and Visa® credit cards, your combined balance will include any current purchases and cash advances as well as any unpaid previous balances. Your combined balances do not include: balances in delinquent accounts; balances that exceed your approved credit limit for any line of credit or credit card; and, outstanding balances in any line of credit or credit card account that is no longer open.

### Linking Accounts Among Household Members
When a household has at least one Citibank account component, we can make available to all household members the features and benefits of our relationship pricing structure, and eligible accounts belonging to all household members can be counted when we determine the combined balance.

We define a "household" as members of an account owner's immediate family who reside at the same address.[i]

[i] Under federal regulations, immediate family members whose accounts can contribute pricing benefits are limited to the account owner and spouse; the account owner's parents, step-parents, siblings, step-brothers, step-sisters, children, step-children, grandchildren and their spouses. Retirement accounts that can contribute pricing benefits are limited to the retirement account owner and spouse, the retirement account owner's parents and grandparents, and the retirement account owner's children, siblings and their spouses.

**Important:** When accounts in a household are linked for combined balances, statements for each linked Citibank account component will show the household combined balance range. As a result, individual members of a linked household may in some cases be able to deduce approximate balances of others in the household. Therefore, when deciding whether to link accounts, clients should evaluate their privacy needs within the household, along with their need for the rate and fee advantages.

### Combined Balance Ranges for Fees and Charges
The following combined average balance ranges have been established for the Citigold Account. Your combined balance range will be determined by computing an average of your daily linked account balances during the calendar month. Your combined average balance will be calculated using end-of-month newly-linked balances (1) the account was linked after the first of the month and (2) the account has not previously contributed balances to any household.

Monthly maintenance fees are applied only to accounts with a combined balance range under $100,000 (or under $250,000 if you elect to include the amount outstanding on your Citibank first mortgage) starting six months after account opening. Maintenance fees assessed will appear as a charge on the statement you receive for the next monthly period. Any applicable monthly maintenance fee will be deducted from your Citigold checking account.

| Combined Balance Range | Monthly Maintenance Fee | Non-Citibank ATM Fee†** | Per Check Fee |
|---|---|---|---|
| under $100,000 | $25.00 | None | None |
| $100,000 or more | None* | None | None |

† Citibank customers can get cash, get information and transfer balances between eligible linked Citibank accounts fee-free at ATMs at participating 7-Eleven stores, Murphy Oil USA, MoneyPass and Publix supermarket locations. ATMs are not owned or operated by Citibank. Not all functions available at all ATMs.

\* If your combined balance range is under $100,000, you can elect to include the outstanding on your Citibank first mortgage in order to avoid the monthly maintenance fee described above. However this combined balance range must be at least $250,000.

\*\* Fees charged to you by other institutions for your transactions using non-Citibank ATMs are beyond Citibank's control and are in addition to the fees listed here. If you are charged a fee for the use of a Citibank ATM, please contact us for a full refund.

### Account Charges When There Is More Than One Linked Account
If a household has more than one linked Citibank account component, we will review the combined balances of the household when determining account charges.

If the combined balance for the household meets the Citigold Account requirement for eliminating monthly maintenance fees, none of the linked accounts in the Citigold Account Package will be charged a monthly maintenance fee. If the household's combined balances do not meet the requirements, the primary account will be charged.

### Reimbursement of Fees for Using Non-Citibank ATMs
Other banks may charge you a fee (i.e., surcharge) when you withdraw money from your Citigold Account using their ATMs. Citibank will reimburse you (by crediting your Citigold checking account on your next monthly

statement) for up to six (6) of these ATM fees incurred during the statement period by any deposit account appearing on the statement if you meet one of the following sets of criteria:

Criteria #1:Your Citigold Account had a combined balance range of $500,000 or more for the calendar month prior to the ATM transaction

OR

Criteria #2:Your Citigold Account was opened outside of a Citibank Financial Center (via Citibank® Online, by calling either CitiPhone Banking® or Citigold® Services, or with the assistance of a Smith Barney Financial Advisor who has an office outside a Citibank Financial Center) and your Account address at the time of account opening was outside one of the counties where Citibank operates a Citibank Financial Center

OR

Criteria #3:Your Citigold Account was opened in a Citibank Financial Center in DE, MA or PA or outside of a Citibank Financial Center (via Citibank® Online, by calling either CitiPhone Banking® or Citigold® Services, or with the assistance of a Smith Barney Financial Advisor who has an office outside a Citibank Financial Center) and your Account address at the time of account opening was in DE, MA or PA.

| ATM Surcharge Reimbursements | Combined balance in Citigold Account for the month prior to the ATM transaction was less than $500,000 | Combined balance in Citigold Account for the month prior to the ATM transaction was $500,000 or more |
|---|---|---|
| Criteria #1 | No rebate | Up to 6 per month |
| Criteria #2 (Account opened outside of financial center with an address outside of county with a Citibank Financial Center) | Up to 6 per month | Up to 6 per month |
| Criteria #3 (DE, MA & PA Accounts) | Up to 6 per month | Up to 6 per month |

Citibank customers can get cash, get information and transfer balances between eligible linked Citibank accounts fee-free at ATMs at participating 7-Eleven stores, Murphy Oil USA, MoneyPass and Publix supermarket locations. ATMs are not owned or operated by Citibank. Not all functions available at all ATMs.

**Cancelled Checks**

Original cancelled checks and images are not automatically included with your statement. Check images or original cancelled checks can be included upon request. You must speak with a Customer Service Representative in order to sign up for this service. You can view and print copies of checks presented within the past 18 months on Citibankonline.com. If you need a copy of a cancelled check you may request a photocopy by calling Customer Service.

<div align="center">

**Citigold Interest Checking**

</div>

The following tiers have been established for Citigold Interest Checking. The same rate may be assigned to more than one tier.

<div align="center">

**Average Daily Balance Tiers for Interest Rate Calculation**

</div>

| 0-$24,999.99 | $25,000 -$49,999.99 | $50,000 & over |
|---|---|---|

Please see the "Rates for Citigold Interest Checking" section of the Client Manual – Consumer Accounts for more information.

<div style="background:black;color:white;text-align:center;">

## Savings and Money Market Accounts

</div>

Transfer Limitations apply. Please refer to the Limits on Transfers section of the Client Manual for details.

<div align="center">

### Day-to-Day Savings

</div>

This is a statement savings account that can be linked to other deposit, retirement, loan, or Citibank credit card accounts.

It comes with a Citibank® Banking Card that lets you manage your account at ATMs, using CitiPhone Banking®, or at Citibank® Online. Your activity is summarized in a periodic statement.

Day-to-Day accounts opened as part of a Basic Savings package can be linked only to certain Citibank credit cards.

Service fees for a Day-to-Day Savings account are based on the linked banking package. Service fees are waived for Uniform Transfers to Minors Account (UTMA).

**Minimum Opening Deposit.** There is a $100 minimum opening balance required to open the Citibank® Day-to-Day Savings Account.

<div align="center">

### Citibank® e-Savings Account

</div>

**General Information.** Your Citibank e-Savings Account is a special money market account that gives you the ability to earn competitive interest rates. All terms and conditions in the Client Manual – Consumer Accounts and this Marketplace Addendum that apply to a Citi Money Market Account apply to the e-Savings Account, except as provided below.

The account does not have check writing features. It must be opened with, or linked to, an existing Citibank checking account in a Citibank® EZ Checking, Citibank Account, Citibank Everything Counts®, or Citigold® relationship package and appear on the same statement as the checking account.

This account is available only to customers that apply online through Citibank® Online or call CitiPhone Banking®.

**Minimum Opening Deposit.** There is a $100 minimum deposit required to open a Citibank e-Savings Account.

The account earns an interest rate that is not determined by the balance in your account or your other accounts at Citibank. The rate is variable and can change after account opening. If at any time your e-Savings Account is not statement linked to a checking account in a relationship package listed above, your e-Savings Account will earn interest at the rate paid on the Citibank Day-to-Day savings account.

The balance in the e-Savings Account may be linked to contribute to the minimum balance requirements of other eligible Citibank accounts.

**Rate Information.** The rate for the e-Savings Account is determined by Citibank at its sole discretion and can change at any time. For current rates and Annual Percentage Yields, please visit citibank.com or call CitiPhone Banking® at 800-627-3999.

<div align="center">

### Citibank® Ultimate Savings Account

</div>

**General Information.** Your Citibank® Ultimate Savings Account is a money market account that gives you the ability to earn short-term market rates in an FDIC-insured account. It also provides the convenience of account access via Citibank® Online or through CitiPhone Banking®, our automated telephone service, or ATMs. It differs from other money market accounts in that the account must be opened in a Citibank® EZ Checking, Citibank Account, Citibank Everything Counts® or Citigold® Account relationship package.

This account is available only to customers who apply online through Citibank® Online or call CitiPhone Banking®. It does not have check-writing features. The balance in the account may be linked to contribute to the minimum balance requirements of other eligible Citibank accounts.

**Minimum Opening Deposit.** There is a $100 minimum deposit required to open a Citibank® Ultimate Savings Account.

**Rate Information.** The rate for the Citibank® Ultimate Savings Account is determined by Citibank at its sole discretion and can change at any time. The rate is variable and can change after account opening. For current rates and Annual Percentage Yields, please visit citibank.com or call CitiPhone Banking® at 800-627-3999.

## Citibank® Ultimate Money Account

**General Information.** Your Citibank® Ultimate Money Account is a money market account that gives you the ability to earn competitive interest rates in an FDIC-insured account. It also provides the convenience of account access via Citibank® Online or through CitiPhone Banking®, our automated telephone service, or Citibank Financial Centers and ATMs. This type of money market account must be opened with (or linked to) an existing checking account in one of the following qualifying relationship packages: Citibank® EZ Checking, Citibank Account, Citibank Everything Counts®, or Citigold® Account. It must also appear on the same statement as the linked checking account.

This account is available only to customers who apply online through Citibank® Online or who call CitiPhone Banking®. It does not have check-writing features. The balance in the account may be linked to contribute to the minimum balance requirements of other eligible Citibank accounts.

**Minimum Opening Deposit.** There is a $100 minimum deposit required to open a Citibank® Ultimate Money Account.

**Rate Information.** The account earns an interest rate that is not determined by the balance in your account or your other accounts at Citibank. Two interest rates can be applied to the balance in your account. To qualify for the higher rate, you must make at least two electronic bill payments through Citibank Online, Citi Mobile℠ or CitiPhone Banking from your linked checking account in a qualifying relationship package during the calendar month preceding the statement cycle date. If the bill payment requirement is not met, a lower rate will be applied for that statement cycle.

The rate for the Citibank® Ultimate Money Account is determined by Citibank at its sole discretion and can change at any time. The rate is variable and can change after account opening. For current rates and Annual Percentage Yields, please visit citibank.com or call CitiPhone Banking® at 800-627-3999.

## Certificates of Deposit

### Certificates of Deposit

**General Information.** Citibank offers a variety of Certificates of Deposit (CDs):

- 3-, 4-, 5-, 6-, 7-, 8-, 9-, and 10-Month CDs with monthly interest or interest at maturity
- 1-Year CD with monthly interest or interest at maturity
- 13-, 18-, and 30-Month CDs, and 2-Year, 3-Year, 4-Year, and 5-Year CDs with monthly interest.

All our certificates are time deposits. With a time deposit, you agree to leave your funds in the account for a specific period, called the term. The last day of the term is called the maturity date. The maturity date is the first day on which you may withdraw funds without paying an early withdrawal penalty, explained below.

**Minimum Opening Balance Requirement.** A balance of at least $500 is required to open a CD. No additional deposits are permitted during the term of the account.

**Rate Information.** The interest rate and annual percentage yield (APY) for all new and renewing CDs are fixed for the term of the CD. For a new CD, the interest rate and APY are based on the balance you deposit into the CD as disclosed on the applicable rate sheet delivered when your CD is opened. For a renewing CD, the interest rate and APY will be based on the balance in the CD after the conclusion of the applicable grace period and subject to the rates in effect on the date of CD renewal.

**CD Balance Ranges for Rate Calculations**

| |
|---|
| $0 - $9,999.99 |
| $10,000 - $24,999.99 |
| $25,000 - $49,999.99 |
| $50,000 - $99,999.99 |
| $100,000 and above |

The same rate may be assigned to more than one balance range. We may offer different rates for CDs depending upon which Citibank relationship package contains the CD. Please see the applicable rate sheet for details.

**Interest Calculation.** We use the daily balance method to calculate the interest on CDs. This method applies a daily periodic rate to the balance in the account each day. Interest is compounded daily starting on the business day when the account is opened, and is credited monthly (except on CDs with the interest at maturity feature, where interest is credited to the account on the maturity date). Interest is computed on a 365-day basis for the actual number of days your money is on deposit. Interest may be computed using a 366-day basis for leap year.

**Early Withdrawal Penalties.** When you open a Certificate of Deposit, you agree to keep the principal on deposit with us for the term you have selected. We will impose a substantial penalty if you withdraw any principal before the maturity date. It may be necessary to deduct all or a portion of the penalty from the principal amount of the deposit.

The early withdrawal penalty based on the term of the CD will be assessed as follows: 30 days simple interest for accounts 1 year or less; 90 days simple interest for accounts greater than one (1) year up to and including two (2) years; 180 days simple interest for accounts over two (2) years but less than 5 years; and 270 days simple interest for 5 years or more.

Early withdrawal penalties are calculated on the amount of the principal withdrawn. There is no early withdrawal penalty if the account holder dies or is declared legally incompetent.

**Automatic Renewal and Grace Period.** All CDs renew automatically at maturity for the same term unless we receive other instructions. The renewal CD will be for the same term, but at the interest rate currently being offered. There is a 7-calendar day grace period after the maturity date, during which additional funds can be deposited and funds can be withdrawn without paying an early withdrawal penalty.

**Interest Withdrawal.** You may withdraw interest from your Certificate of Deposit at any time during the term after it has been credited without an early withdrawal penalty. However, if your account renews automatically, after the grace period your interest is added to your principal balance and is no longer available for withdrawal without penalty.

You may request to have the interest from your certificate deposited to another account you have with us or sent to you in the form of a check. This service is not available for any Certificates of Deposit that pay interest at maturity.

The annual percentage yield on your account assumes interest will remain on deposit until maturity. A withdrawal will reduce earnings.

**Interest Payment.** Interest is credited to your account after the close of business on the last day of the month for all CDs. You may also choose a CD of one year or less that pays interest at maturity instead of monthly. Since some months are slightly longer than others, the amount of interest you earn may vary slightly from one month to another. Interest is paid up to but not including the maturity date. If you open your account on or

18

19

after the 25th of the month, interest from the date opened to the end of the month will be included in the interest payment for the first full month the account is opened.

## Citibank Option CD

The Citibank Option CD is a special one-year term CD that allows you to transfer the entire balance during the term to a regular Citibank one-year CD, without penalty.

All terms and conditions for regular Citibank CDs, as contained in the Certificates of Deposit section of this addendum apply to the Citibank Option CD except as noted below.

**Additional Deposits.** Additional deposit of funds to the account at the time you exercise your option to convert the account to a regular Citibank one-year CD is allowed. The original deposit amount and accrued interest will be converted at the prevailing one-year CD rate.

**Rate Information.** The interest rate and annual percentage yield (APY) for all new and renewing CDs are fixed for the term of the CD or to the point that you exercise your option to convert to a regular Citibank one-year CD. For a new CD, the interest rate and APY are based on the balance you deposit into the CD as disclosed on the applicable rate sheet delivered when your CD is opened. For a renewing CD, the interest rate and APY will be based on the balance in the CD after the conclusion of the applicable grace period and subject to the rates in effect on the date of CD renewal. If you exercise your option, the interest rate and APY in effect for regular Citibank one-year CDs upon date of notification will apply to your CD and the term of the CD will be extended for one year.

### Account Balance Ranges for Rate Calculations

| |
|---|
| $0 - $9,999.99 |
| $10,000 - $24,999.99 |
| $25,000 - $49,999.99 |
| $50,000 - $99,999.99 |
| $100,000 and above |

The same rate may be assigned to more than one balance range. We may offer different rates for Option CDs and CDs depending upon which relationship package contains the Option CD and CD. Please see the applicable rate sheet for details.

**Option Limitations.** You may exercise your option to transfer the entire balance to a regular Citibank one-year CD only once without penalty. Once you have exercised your option and the CD is converted to a regular Citibank one-year CD the new maturity date will be one year from the business day that we receive your instruction and all standard terms and conditions governing Citibank CDs will apply. For purposes of this section our business day ends at 5:00 p.m., local time. Instructions received after 5:00 p.m., local time, on a business day or on a non-business day will be processed effective the following business day.

The Option CD is not currently available for account opening in a Citigold relationship package.

**Automatic Rollover.** If you do not exercise your option during the term of the option CD, the CD will automatically renew for another term of one year to an option CD with the same terms and conditions.

If you do exercise your option, your account will renew as a regular Citibank one-year CD without the option feature.

## Funds Availability at Citibank

### General Information (All Marketplaces)

**Business Day.** A business day is any day of the week that is not a Saturday, Sunday or bank holiday. Transactions you initiate on a non-business day will be considered to have an effective posting date of the next business day. The end of business day varies among our Financial Centers. The end of business day is posted at each Financial Center. If you make a deposit after the close of a business day or on a weekend or holiday, your deposit will be considered received on the next business day. Please note that the end of business day for transactions at Citibank ATMs may be different than transactions done in a Financial Center. If you need specific information about transaction cut-off times, speak with a Financial Associate.

**Saturday Availability.** You will notice that "business days" are used to calculate the time it will take for your deposited funds to become available for withdrawal. An exception occurs when you deposit funds that would, according to these schedules, become available on Monday. For your convenience, Citibank will make those funds available for withdrawal on Saturday.

**Available Balance Information.** You can get information about your available account balances any time, day or night, from our full-service, 24-hour Citibank ATM locations, our CitiPhone® Banking service, Citibank® Online, or CitiBusiness® Online.

**Deposits Subject to Verification.** All deposits accepted from you are subject to verification. Your account is credited for the amount shown on your deposit slip. Adjustments for errors in addition or subtraction may be posted to your account. Your account also may be adjusted for items you have in your deposit that we determine require special handling (e.g., verification of prior endorsements).

**Special "Payable At/Through" Schedule.** We must apply special procedures to any check that is drawn on one banking institution, including a credit union, but payable at or through another. Funds from these deposits will be made available in accordance with the location of the bank on which the check is drawn, not the "Payable At" or "Payable Through" institution whose location number appears on the bottom line of the check.

**Availability of Deposits Made in a Night Depository.** Deposits made at a night depository after the posted cut-off time or on a non-business day will be considered received on the next business day.

**Availability of Deposits Made in a Lock Box.** A deposit received in a lock box is considered made on the day we receive it for processing.

**Deposits at Citibank Financial Centers outside of your marketplace.** Check deposits at other Citibank locations will receive availability delays based upon the delay schedule of the location where you make that deposit. Your checks will be processed as local or non-local in accordance with the schedule in place for that deposit location.

**Changes to Our Policy.** We will notify you of any change(s) to our Funds Availability policies as required by applicable law.

**Holds on Other Funds** If we cash a check for you that is drawn on another bank, and the amount of the check you cash is not entitled to same day availability in accordance with our general policy, we will place a hold on funds already in your account for an amount equal to the amount of the check you have cashed. In this event you will receive a notice indicating when the funds will be available for withdrawal.

**Bank's Right to Chargeback.** The Bank's policy on availability of funds from checks that you deposit will not affect your obligation to repay the Bank for any check that you deposit that is not paid nor will it affect the Bank's right to charge back your account or obtain reimbursement for any check that is not finally paid for any reason.

## Citibank's Standard Funds Availability Policy — California and Nevada Financial Centers

**General Policy** Our policy is to generally make funds from checks you deposit available to you on the same business day we receive your deposit. Funds from electronic direct deposits and incoming wire transfers are available to you on the same business day we receive your deposit. Deposits of cash are generally available to you immediately, except if made at a Citibank ATM in which case they will be made available for withdrawal no later than the business day after the business day of deposit. Check deposits made at ATMS located in 7-Eleven® Convenience Stores are generally made available in accordance with the policies set forth on page 23 of this Section.

**Check Deposits Given Special Availability.** Funds from the following types of checks are available immediately on the business day of deposit if made with a Teller:

US Treasury Checks, Federal Reserve Bank Checks, Federal Home Loan Bank Checks, U.S. Postal Money Orders, Citibank, N.A. checks drawn on Citibank Financial Centers in California or Nevada and deposited in a Financial Center in California or Nevada, Cashier's Checks, Teller Checks, Certified Checks, Travelers Checks, and State and Local Government Checks issued by the State or by the general purpose units of the Local Government.

**Special Deposit Procedures** You must utilize the following procedures to receive special availability for deposits of State and Local Government Checks, Cashier's Checks, Teller's Checks, Certified Checks, and Travelers Checks. You must take your check deposit to a Teller and advise the Teller that you have a check eligible for immediate availability. The Teller will help you complete a special deposit ticket.

If you deposit any of the types of checks described above at a Citibank ATM, your deposit will become available no later than the business day after the business day of deposit.

**Longer Delays May Apply** In some cases we will not make all the funds that you deposit by check available to you in accordance with our general policies. Should this occur, we will notify you at the time you make the deposit. We will also tell you when the funds will be available. If your deposit is not made directly with one of our associates, or if we decide to take this action after you have left the Financial Center, we will mail you the notice by the next business day.

If you need the funds from a deposit right away, please ask us when the funds will be available.

Depending on the type of check that you deposit, funds will be available no later than the fifth business day after the day of your deposit. The first $100 of your total business day's deposits will be available immediately on the business day of deposit if made with a Teller or at a Citibank ATM.

**Bank's Right to Chargeback.** The Bank's policy on availability of funds from checks that you deposit will not affect your obligation to repay the Bank for any check that you deposit that is not paid nor will it effect the Bank's right to charge back your account or obtain reimbursement for any check that is not finally paid for any reason.

**Check Deposits at Automated Teller Machines located in 7-Eleven® Convenience Stores.** Our general policy is to make funds from checks you deposit to your checking accounts made at these select locations available on the same business day we receive your deposit. Check deposits made to your money market account are generally available on the business day after the business day of deposit, except for the first $100 of your total business day's deposits which are available immediately. Check deposits made to your savings account will be made available in accordance with our "Standard Availability Schedule for Check Deposits to Savings Accounts at ATMs located in 7-Eleven Convenience Stores" appearing on page 23. Depending on the type of check that you deposit, funds may not be available until the 5th business day after the business day of deposit.

¹ 7-ELEVEN® is a registered trademark of 7-Eleven, Inc. ATMs at 7-Eleven locations are not Citibank property and are not operated by Citibank. Not all functions, including deposits of cash, can be performed at these ATMs.

Funds from the following types of checks deposited to your checking, savings, or money market account will be made available on the same business day we receive your deposit: U.S. Treasury Checks; Federal Reserve Bank Checks; Federal Home Loan Bank Checks, U.S. Postal Money Orders; Citibank, N.A. checks (checks drawn on a Citibank Financial·Center located in California or Nevada); Cashier's Checks; Teller Checks; Certified Checks; Travelers Checks, and State and Local Government Checks issued by the State or by general purpose units of local government.

Check deposits received at these locations after 4:30pm local time or on a non-business day will be considered received on the next business day.

### STANDARD AVAILABILITY SCHEDULE FOR CHECK DEPOSITS TO SAVINGS ACCOUNTS AT ATMS LOCATED IN 7-ELEVEN CONVENIENCE STORES

The schedule below shows the number of business days (after the business day of deposit) that it will take for check deposits to savings accounts made at ATMs located in 7-Eleven Convenience Stores in California to become available.

The second column of the schedule shows the number of business days (after the business day of deposit) that it will take for check deposits that total $5,000 or less on a given business day to become available for withdrawal.

The third column shows the number of business days (after the business day of deposit) that it will take for that portion of your check deposit in excess of $5,000 to become available for withdrawal.

When you make multiple check deposits in the course of a business day totaling more than $5,000, the portion in excess will likewise be available based on the third column.

The first $100 of your total business day's deposits will be available on the business day after the business day of deposit.

### Bank Location Number

To calculate when funds from your check deposit will be available for withdrawal, you must: 1) make note of the bank location number listed on your check, and 2) determine the total amount of the check(s) you deposit on a given business day.



The bank location number (as shown above) is printed along the bottom of the check you are depositing. This four-digit number represents the geographical location of the bank and determines when funds become available. When depositing a personal check, refer to the first four digits (as illustrated). When depositing a business check, refer to the first four digits in the second group (as illustrated).

### Availabilities by Local Bank Routing Number

| Bank Location Number | Deposits of $5,000 or less | Deposit(s) of more than $5,000 |
|---|---|---|
| Local:<br>1210, 1211, 1212, 1213, 1220, 1221, 1222, 1223, 1224, 3210, 3211, 3212, 3213, 3220, 3221, 3222, 3223, 3224 | 2 days | 3 days |
| Non-Local:<br>All Other Numbers | 2 days | 5 days |

## Exceptions

**Special Rule for New Clients** You are considered a new client if you have not had a deposit account with Citibank for at least 30 days prior to your opening the account. For the first 30 days your new account is open, funds from check deposits are generally available no later than the sixth business day after the business day of deposit.

**Collection Items.** We may require that any check you present for deposit be sent out for collection. That is, your funds will be available after we have received payment from the bank on which the check is drawn. You will be charged a fee for this service. See chart on page 44

**Checks That May Not Be Collectible.** Occasionally, a check is given to Citibank that we decide not to accept for deposit or payment because we doubt the collectibility of the funds. When this happens, we will return the check to you or, if you request, send the check out for collection. On other occasions, we will learn that a check we have accepted for deposit may not be honored. Should this happen, we will delay the availability of the deposit for a reasonable period of time until the check is either paid or returned. In all cases, we will notify you of the action we take.

**Special "Payable At/Through" Schedule:** We must apply special procedures to any check that is drawn on one banking institution, including a credit union, but payable at or through another. Funds from these deposits will be made available in accordance with the location of the bank on which the check is drawn, not the "Payable At" or "Payable Through" institution whose location number appears on the bottom line of the check. If you wish to deposit such a check, please present it to a Financial Associate so that we can identify it for special handling. All other credit union share drafts will be considered non-local.

**Foreign Checks.** Checks that are drawn on banks outside the United States are generally sent for collection. Your account will be credited for the US dollar equivalent of the check based upon a timetable which reflects when we would customarily receive payment from the bank on which the item is drawn.

**Events Beyond Our Control.** In the event that we are unable to conduct business due to an interruption of communication facilities, suspension of payments by another bank, war, other emergency conditions or other circumstances beyond our control, it may be necessary to increase some or all of the time periods specified in these availability schedules. If this happens, we will try to inform you if possible.

**Redeposit of Check(s) Returned Unpaid.** We reserve the right to extend the time within which these checks become available.

**Overdrafts.** We may delay the availability of the deposit if you have overdrawn your account or have had frequent returned deposits.

**Double-Endorsed Checks** When you deposit a check into your Citibank account, we ask you to endorse it with your signature or endorsement stamp. However, we reserve the right to refuse to accept for deposit any check that is not made payable directly to you. A double-endorsed check is one that is made payable to someone else and then endorsed to you by that person. In some cases, we will accept such checks on a "collection basis," which means that the funds will not be available to you until we have received payment from the bank on which the check is drawn. If you deposit a double-endorsed check by mail or at any of our automated facilities, we may return the check to you.

**Changes to Our Policy** We will notify you of any change to these Funds Availability policies as required by applicable law.

## Citibank's Standard Funds Availability Policy – Maryland, Virginia and the District of Columbia Financial Centers

### General Policy

**Check Deposits with Tellers** Our policy is to generally make funds from checks you deposit to your checking, savings, or money market account available to you on the same business day we receive your deposit if the deposit is made with a Teller.

**Direct Deposits and Wire Transfers** Funds from electronic direct deposits and incoming wire transfers are available to you on the same business day we receive your deposit.

**Cash Deposits** Deposits of cash are generally available to you immediately, except if made at a Citibank ATM in which case they will be made available for withdrawal no later than the business day after the business day of deposit.

**Check Deposits at Citibank ATMs** Funds from check deposits to a checking account are generally available on the same business day if made at a Citibank ATM. Funds from check deposits to money market accounts are generally available on the business day after the business day of deposit if made at a Citibank ATM. Funds from check deposits to a savings account will be made available in accordance with the schedule provided below under "Check Deposits to Savings Accounts at Citibank ATM locations" if made at a Citibank ATM.

**Immediate Availability of Certain Check Deposits** Funds from U.S. Treasury checks, Federal Reserve Bank Checks, Federal Home Loan Bank Checks, U.S. Postal Money Orders and Citibank N.A. checks drawn on Citibank Financial Centers in Maryland, Virginia, and the District of Columbia and deposited in a financial center in any of these geographical areas are available on the business day of deposit, unless made with a teller in which case they are available immediately.

Funds from the following types of checks are available on the business day of deposit, unless made with a Teller in which case they are available immediately. You must follow the special deposit procedures described below to obtain immediate availability:

• Cashier's Checks, Teller's Checks, Certified Checks, and Travelers Checks.

• State and Local Government Checks issued by the State or by the general purpose units of local government.

**Special Deposit Procedures** You must utilize the following procedures to receive immediate availability for deposits of State and Local Government Checks, Cashier's Checks, Teller's Checks, Certified Checks, and Travelers Checks. You must take your check deposit to a Teller and advise the Teller that you have a check eligible for immediate availability. The Teller will help you complete a special deposit ticket.

**Longer Delays May Apply** In some cases we will not make all the funds that you deposit by check available to you in accordance with our general policy. If that should occur, we will notify you at the time you make the deposit. We will also tell you when the funds will be available. If your deposit is not made directly with one of our associates, or if we decide to take this action after you have left the Financial Center, we will mail you the notice by the next business day.

If you need the funds from a deposit right away, please ask us when the funds will be available.

Depending on the type of check that you deposit, funds will be available no later than the fifth business day after the day of your deposit. The first $100 of your total business day's deposits will be available on the business day after the business day of deposit, unless the deposit is made to a checking or money market account in which case it is available immediately.

## Standard Availability Schedule
## (Check Deposits to Savings Accounts
## at Citibank ATM Locations)

The following schedule shows the number of business days (after the business day of deposit) that it will take for check deposits to savings accounts made at Citibank ATMs to become available.

The second column in the schedule shows the number of business days (after the business day of deposit) that it will take for check deposits of $5,000 or less to become available for withdrawal. The third column shows the number of business days (after the business day of deposit) that it will take for check deposits in excess of $5,000 to become available for withdrawal. When you make a deposit (or multiple check deposits at a Citibank ATM in the course of a business day), the portion in excess of $5,000 will likewise be available based on the third column.

**Bank Location Number.** To calculate when funds from your check deposits will be available for withdrawal, you must 1) make note of the bank location number listed on your check, and 2) determine the total amount of the check(s) you deposit on a given business day.

**Bank Location Number** 

The Bank location number (as shown above) is printed along the bottom of the check you are depositing. This four-digit number represents the geographic location of the bank and determines when funds become available. When depositing a personal check, refer to the first four digits (as illustrated) to determine availability of funds. When depositing a business check, refer to the first four digits in the second group of numbers.

### Availabilities by Local Bank Location Number

| Location Number | Deposits of $5,000 or less | Deposits of more than $5,000 |
|---|---|---|
| Local<br>0510 0514 0520 0521 0522<br>0540 0550 0560 0570 2510<br>2514 2520 2521 2522 2540<br>2550 2560 2570 | 2 business days | 3 business days |
| Non-Local<br>All other numbers | 4 business days | 5 business days |

**The First $100.** When you deposit a check, the first $100 of the total amount of your check deposits on that business day will be available on the business day after the business day of deposit.

## Special Rules for New Clients

**New Clients.** You are considered a new client if you have not had an account at Citibank for at least 30 days prior to your opening the account. For the first 30 days your new account is open, the following rules apply:

1. You will be entitled to all the benefits described in the "Immediate Availability of Certain Check Deposits" section of your Manual/Marketplace Addendum.

2. For local check deposits not entitled to special availability your deposit will become available on the 4th business day after the business day of deposit.

3. For non-local check deposits not entitled to special availability your deposit will become available on the 6th business day after the business day of deposit.

## Exceptions to Standard Funds Availability Policy

**Collection Items.** We may require that any check you present for deposit be sent out for collection. That is, your funds will be available after we have received payment from the bank on which the check is drawn. You will be charged a fee for this service. See chart on page 44.

**Checks That May Not Be Collectible.** Occasionally, a check is given to Citibank that we decide not to accept for deposit or payment because we doubt the collectibility of the funds. When this happens, we will return the check to you or, if you request, send the check out for collection. On other occasions, we will learn that a check we have accepted for deposit may not be honored. Should this happen, we will delay the availability of the deposit for a reasonable period of time until the check is either paid or returned. In all cases, we will notify you of the action we take.

**Special "Payable At/Through" Schedule.** We must apply special procedures to any check that is drawn on one banking institution, including a credit union, but payable at or through another. Funds from these deposits will be made available in accordance with the location of the bank on which the check is drawn, not the "Payable At" or "Payable Through" institution whose location number appears on the bottom line of the check. If you wish to deposit such a check, please present it to a Financial Associate so that we can identify it for special handling. All other credit union share drafts will be considered non-local.

**Foreign Checks.** Checks that are drawn on banks outside the United States are generally sent for collection. Your account will be credited for the US dollar equivalent of the check based upon a timetable which reflects when we would customarily receive payment from the bank on which the item is drawn.

**Events Beyond Our Control.** In the event that we are unable to conduct business due to an interruption of communication facilities, suspension of payments by another bank, war, other emergency conditions or other circumstances beyond our control, it may be necessary to increase some or all of the time periods specified in these availability schedules. If this happens, we will try to inform you if possible.

**Redeposit of Check(s) Returned Unpaid.** We reserve the right to extend the time within which these checks become available.

**Overdrafts.** We may delay the availability of the deposit if you have overdrawn your account or have had frequent returned deposits.

**Changes to Our Policy.** We will notify you of any change to these Funds Availability policies as required by applicable law.

**Double-Endorsed Checks:** When you deposit a check into your Citibank account, we ask you to endorse it with your signature or endorsement stamp. However, we reserve the right to refuse to accept for deposit any check that is not made payable directly to you. A double-endorsed check is one that is made payable to someone else and then endorsed to you by that person. In some cases, we will accept such checks on a "collection basis," which means that the funds will not be available to you until we have received payment from the bank on which the check is drawn. If you deposit a double-endorsed check by mail or at any of our automated facilities, we may return the check to you.

## Citibank's Standard Funds Availability Policy – Florida Financial Centers

### General Policy

**Check Deposits with Tellers** Our policy is to generally make funds from checks you deposit to your checking, savings, or money market account available to you on the same business day we receive your deposit if the deposit is made with a Teller.

**Direct Deposits and Wire Transfers** Funds from electronic direct deposits and incoming wire transfers are available to you on the same business day we receive your deposit.

**Cash Deposits** Deposits of cash are generally available to you immediately, except if made at a Citibank ATM in which case they will be made available for withdrawal no later than the business day after the business day of deposit.

**Check Deposits at Citibank ATMs** Funds from check deposits to a checking account are generally available on the same business day if made at a Citibank ATM. Funds from check deposits to money market accounts are generally available on the business day after the business day of deposit if made at a Citibank ATM. Funds from check deposits to a savings account will be made available in accordance with the schedule provided below under "Check Deposits to Savings Accounts at Citibank ATM locations" if made at a Citibank ATM.

**Immediate Availability of Certain Check Deposits** Funds from U.S. Treasury checks, Federal Reserve Bank Checks, Federal Home Loan Bank Checks, U.S. Postal Money Orders and Citibank N.A. checks drawn on Citibank Financial Centers in Florida and deposited in a financial center in Florida are available on the business day of deposit, unless made with a teller in which case they are available immediately.

Funds from the following types of checks are available on the business day of deposit, unless made with a Teller in which case they are available immediately. You must follow the special deposit procedures described below to obtain immediate availability:

• Cashier's Checks, Teller's Checks, Certified Checks, and Travelers Checks.
• State and Local Government Checks issued by the State or by the general purpose units of local government.

**Special Deposit Procedures** You must utilize the following procedures to receive immediate availability for deposits of State and Local Government Checks, Cashier's Checks, Teller's Checks, Certified Checks, and Travelers Checks. You must take your check deposit to a Teller and advise the Teller that you have a check eligible for immediate availability. The Teller will help you complete a special deposit ticket.

**Longer Delays May Apply** In some cases we will not make all the funds that you deposit by check available to you in accordance with our general policy. If that should occur, we will notify you at the time you make the deposit. We will also tell you when the funds will be available. If your deposit is not made directly with one of our associates, or if we decide to take this action after you have left the Financial Center, we will mail you the notice by the next business day.

If you need the funds from a deposit right away, please ask us when the funds will be available.

Depending on the type of check that you deposit, funds will be available no later than the fifth business day after the day of your deposit. The first $100 of your total business day's deposits will be available on the business day after the business day of deposit, unless the deposit is made to a checking or money market account in which case it is available immediately.

## Standard Availability Schedule (Check Deposits to Savings Accounts at Citibank ATM Locations)

The following schedule shows the number of business days (after the business day of deposit) that it will take for check deposits to savings accounts made at Citibank ATMs to become available.

The second column in the schedule shows the number of business days (after the business day of deposit) that it will take for check deposits of $5,000 or less to become available for withdrawal. The third column shows the number of business days (after the business day of deposit) that it will take for check deposits in excess of $5,000 to become available for withdrawal. When you make a deposit (or multiple check deposits at a Citibank ATM in the course of a business day), the portion in excess of $5,000 will likewise be available based on the third column.

**Bank Location Number.** To calculate when funds from your check deposits will be available for withdrawal, you must 1) make note of the bank location number listed on your check, and 2) determine the total amount of the check(s) you deposit on a given business day.



The Bank location number (as shown above) is printed along the bottom of the check you are depositing. This four-digit number represents the geographic location of the bank and determines when funds become available.

When depositing a personal check, refer to the first four digits (as illustrated) to determine availability of funds. When depositing a business check, refer to the first four digits in the second group of numbers.

### Availabilities by Local Bank Location Number

| Location Number | Deposits of $5,000 or less | Deposits of more than $5,000 |
|---|---|---|
| Local<br>0610, 0611, 0612, 0613, 0620, 0621, 0622, 0630, 0631, 0632, 0640, 0641, 0642, 0650, 0651, 0652, 0653, 0654, 0655, 0660, 0670, 0820, 0829, 0840, 0841, 0842, 0843, 2610, 2611, 2612, 2613, 2620, 2621, 2622, 2630, 2631, 2632, 2640, 2641, 2647, 2650, 2651, 2652, 2653, 2654, 2655, 2660, 2670, 2820, 2829, 2840, 2841, 2842, 2843<br>**Please Note:** Effective February 21, 2009, the following additional location numbers will be treated as local: 0810, 0812, 0815, 0819, 0865, 2810, 2812, 2815, 2819, and 7865. | 2 Business Days | 3 Business Days |
| Non-Local | 2 business days | 5 business days |

**The First $100.** When you deposit a check, the first $100 of the total amount of your check deposits on that business day will be available on the business day after the business day of deposit.

## Special Rules for New Clients

**New Clients.** You are considered a new client if you have not had an account at Citibank for at least 30 days prior to your opening the account. For the first 30 days your new account is open, the following rules apply:

1. You will be entitled to all the benefits described in the "Immediate Availability of Certain Check Deposits" section of your Manual/Marketplace Addendum.

2. For local check deposits not entitled to special availability your deposit will become available on the 4th business day after the business day of deposit.

3. For non-local check deposits not entitled to special availability your deposit will become available on the 6th business day after the business day of deposit.

## Exceptions to Standard Funds Availability Policy

**Collection Items.** We may require that any check you present for deposit be sent out for collection. That is, your funds will be available after we have received payment from the bank on which the check is drawn. You will be charged a fee for this service. See chart on page 44.

**Checks That May Not Be Collectible.** Occasionally, a check is given to Citibank that we decide not to accept for deposit or payment because we doubt the collectibility of the funds. When this happens, we will return the check to you or, if you request, send the check out for collection. On other occasions, we will learn that a check we have accepted for deposit may not be honored. Should this happen, we will delay the availability of the deposit for a reasonable period of time until the check is either paid or returned. In all cases, we will notify you of the action we take.

**Special "Payable At/Through" Schedule.** We must apply special procedures to any check that is drawn on one banking institution, including a credit union, but payable at or through another. Funds from these deposits will be made available in accordance with the location of the bank on which the check is drawn, not the "Payable At" or "Payable Through" institution whose location number appears on the bottom line of the check. If you wish to deposit such a check, please present it to a Financial Associate so that we can identify it for special handling. All other credit union share drafts will be considered non-local.

**Foreign Checks.** Checks that are drawn on banks outside the United States are generally sent for collection. Your account will be credited for the US dollar equivalent of the check based upon a timetable which reflects when we would customarily receive payment from the bank on which the item is drawn.

**Events Beyond Our Control.** In the event that we are unable to conduct business due to an interruption of communication facilities, suspension of payments by another bank, war, other emergency conditions or other circumstances beyond our control, it may be necessary to increase some or all of the time periods specified in these availability schedules. If this happens, we will try to inform you if possible.

**Redeposit of Check(s) Returned Unpaid.** We reserve the right to extend the time within which these checks become available.

**Overdrafts.** We may delay the availability of the deposit if you have overdrawn your account or have had frequent returned deposits.

**Changes to Our Policy.** We will notify you of any change to these Funds Availability policies as required by applicable law.

**Double-Endorsed Checks:** When you deposit a check into your Citibank account, we ask you to endorse it with your signature or endorsement stamp. However, we reserve the right to refuse to accept for deposit any check that is not made payable directly to you. A double-endorsed check is one that is made payable to someone else and then endorsed to you by that person. In some cases, we will accept such checks on a "collection basis," which means that the funds will not be available to you until we have received payment from the bank on which the check is drawn. If you deposit a double-endorsed check by mail or at any of our automated facilities, we may return the check to you.

30

## Citibank's Standard Funds Availability Policy – ` Illinois Financial Centers

**General Policy** Our policy is to generally make funds from checks you deposit available to you on the same business day we receive your deposit. Funds from electronic direct deposits and incoming wire transfers are available to you on the same business day we receive your deposit. Deposits of cash are generally available to you immediately, except if made at a Citibank ATM in which case they will be made available for withdrawal no later than the business day after the business day of deposit. Check deposits made at ATMS located in 7-Eleven®¹ Convenience Stores are generally made available in accordance with the policies set forth on page 31 of this Section.

**Check Deposits Given Special Availability.** Funds from the following types of checks are available immediately on the business day of deposit if made with a Teller:

US Treasury Checks, Federal Reserve Bank Checks, Federal Home Loan Bank Checks, U.S. Postal Money Orders, Citibank, N.A. checks drawn on Citibank Financial Centers in Illinois and deposited in a Financial Center in Illinois, Cashier's Checks, Teller Checks, Certified Checks, Travelers Checks, and State and Local Government Checks issued by the State or by the general purpose units of the Local Government.

**Special Deposit Procedures** You must utilize the following procedures to receive special availability for deposits of State and Local Government Checks, Cashier's Checks, Teller's Checks, Certified Checks, and Travelers Checks. You must take your check deposit to a Teller and advise the Teller that you have a check eligible for immediate availability. The Teller will help you complete a special deposit ticket.

If you deposit any of the types of checks described above at a Citibank ATM, your deposit will become available no later than the business day after the business day of deposit.

**Longer Delays May Apply** In some cases we will not make all the funds that you deposit by check available to you in accordance with our general policies. Should this occur, we will notify you at the time you make the deposit. We will also tell you when the funds will be available. If your deposit is not made directly with one of our associates, or if we decide to take this action after you have left the Financial Center, we will mail you the notice by the next business day.

If you need the funds from a deposit right away, please ask us when the funds will be available.

Depending on the type of check that you deposit, funds will be available no later than the fifth business day after the day of your deposit. The first $100 of your total business day's deposits will be available immediately on the business day of deposit if made with a Teller or at a Citibank ATM.

**Bank's Right to Chargeback.** The Bank's policy on availability of funds from checks that you deposit will not affect your obligation to repay the Bank for any check that you deposit that is not paid nor will it effect the Bank's right to charge back your account or obtain reimbursement for any check that is not finally paid for any reason.

**Check Deposits at Automated Teller Machines located in 7-Eleven® Convenience Stores.** Our general policy is to make funds from checks you deposit to your checking accounts made at these select locations available on the same business day we receive your deposit. Check deposits made to your money market account are generally available on the business day after the business day of deposit, except for the first $100 of your total business day's deposits which are available immediately. Check deposits made to your savings accounts will be made available in accordance with our "Standard Availability Schedule for Check Deposits to Savings Accounts at ATMs located in 7-Eleven Convenience Stores" appearing on page 32. Depending on the type of check that you deposit, funds may not be available until the 5th business day after the business day of deposit.

---

7-ELEVEN® is a registered trademark of 7-Eleven, Inc. ATMs at 7-Eleven locations are not Citibank property and are not operated by Citibank. Not all functions, including deposits of cash, can be performed at these ATMs.

31

Funds from the following types of checks will be made available on the same business day we receive your deposit: U.S. Treasury Checks; Federal Reserve Bank Checks; Federal Home Loan Bank Checks, U.S. Postal Money Orders; Citibank, N.A. checks (checks drawn on a Citibank Financial Center located in California or Nevada); Cashier's Checks; Teller Checks; Certified Checks; Travelers Checks, and State and Local Government Checks issued by the State or by general purpose units of local government.

Check deposits received at these locations after 4:30pm local time or on a non-business day will be considered received on the next business day.

### STANDARD AVAILABILITY SCHEDULE FOR CHECK DEPOSITS TO SAVINGS ACCOUNTS AT ATMS LOCATED IN 7-ELEVEN CONVENIENCE STORES

The schedule below shows the number of business days (after the business day of deposit) that it will take for check deposits to savings accounts made at ATMs located in 7-Eleven Convenience Stores to become available.

The second column of the schedule shows the number of business days (after the business day of deposit) that it will take for check deposits that total $5,000 or less on a given business day to become available for withdrawal.

The third column shows the number of business days (after the business day of deposit) that it will take for that portion of your check deposit in excess of $5,000 to become available for withdrawal.

When you make multiple check deposits in the course of a business day totaling more than $5,000, the portion in excess will likewise be available based on the third column.

The first $100 of your total business day's deposits will be available on the business day after the business day of deposit.

### Bank Location Number

To calculate when funds from your check deposit will be available for withdrawal, you must: 1) make note of the bank location number listed on your check, and 2) determine the total amount of the check(s) you deposit on a given business day.



**Bank Location Number**

The bank location number (as shown above) is printed along the bottom of the check you are depositing. This four-digit number represents the geographical location of the bank and determines when funds become available. When depositing a personal check, refer to the first four digits (as illustrated). When depositing a business check, refer to the first four digits in the second group (as illustrated).

### Availabilities by Local Bank Routing Number

| Bank Location Number | Deposits of $5,000 or less | Deposit(s) of more than $5,000 |
|---|---|---|
| Local: 1210, 1211, 1212, 1213, 1220, 1221, 1222, 1223, 1224, 3210, 3211, 3212, 3213, 3220, 3221, 3222, 3223, 3224 | 2 days | 3 days |
| Non-Local: All Other Numbers | 2 days | 5 days |

## Exceptions

**Special Rule for New Clients** You are considered a new client if you have not had a deposit account with Citibank for at least 30 days prior to your opening the account. For the first 30 days your new account is open, funds from check deposits are generally available no later than the sixth business day after the business day of deposit.

**Collection Items.** We may require that any check you present for deposit be sent out for collection. That is, your funds will be available after we have received payment from the bank on which the check is drawn. You will be charged a fee for this service. See chart on page 44.

**Checks That May Not Be Collectible.** Occasionally, a check is given to Citibank that we decide not to accept for deposit or payment because we doubt the collectibility of the funds. When this happens, we will return the check to you or, if you request, send the check out for collection. On other occasions, we will learn that a check we have accepted for deposit may not be honored. Should this happen, we will delay the availability of the deposit for a reasonable period of time until the check is either paid or returned. In all cases, we will notify you of the action we take.

**Special "Payable At/Through" Schedule:** We must apply special procedures to any check that is drawn on one banking institution, including a credit union, but payable at or through another. Funds from these deposits will be made available in accordance with the location of the bank on which the check is drawn, not the "Payable At" or "Payable Through" institution whose location number appears on the bottom line of the check. If you wish to deposit such a check, please present it to a Financial Associate so that we can identify it for special handling. All other credit union share drafts will be considered non-local.

**Foreign Checks.** Checks that are drawn on banks outside the United States are generally sent for collection. Your account will be credited for the US dollar equivalent of the check based upon a timetable which reflects when we would customarily receive payment from the bank on which the item is drawn.

**Events Beyond Our Control.** In the event that we are unable to conduct business due to an interruption of communication facilities, suspension of payments by another bank, war, other emergency conditions or other circumstances beyond our control, it may be necessary to increase some or all of the time periods specified in these availability schedules. If this happens, we will try to inform you if possible.

**Redeposit of Check(s) Returned Unpaid.** We reserve the right to extend the time within which these checks become available.

**Overdrafts.** We may delay the availability of the deposit if you have overdrawn your account or have had frequent returned deposits.

**Double-Endorsed Checks** When you deposit a check into your Citibank account, we ask you to endorse it with your signature or endorsement stamp. However, we reserve the right to refuse to accept for deposit any check that is not made payable directly to you. A double-endorsed check is one that is made payable to someone else and then endorsed to you by that person. In some cases, we will accept such checks on a "collection basis," which means that the funds will not be available to you until we have received payment from the bank on which the check is drawn. If you deposit a double-endorsed check by mail or at any of our automated facilities, we may return the check to you.

**Changes to Our Policy.** We will notify you of any change to these Funds Availability policies as required by applicable law.

## Citibank's Standard Funds Availability Policy – New York Financial Centers

### General Policy

**Check Deposits with Tellers** Our policy is to generally make funds from checks you deposit to your checking, savings, or money market account available to you on the same business day we receive your deposit if the deposit is made with a Teller.

**Direct Deposits and Wire Transfers** Funds from electronic direct deposits and incoming wire transfers are available to you on the same business day we receive your deposit.

**Cash Deposits** Deposits of cash are generally available to you immediately, except if made at a Citibank ATM in which case they will be made available for withdrawal no later than the business day after the business day of deposit.

**Check Deposits at Citibank ATMs** Funds from check deposits to a checking account are generally available on the same business day if made at a Citibank ATM. Funds from check deposits to money market accounts are generally available on the business day after the business day of deposit if made at a Citibank ATM. Funds from check deposits to a savings account will be made available in accordance with the schedule provided below under "Check Deposits to Savings Accounts at Citibank ATM locations" if made at a Citibank ATM.

**Immediate Availability of Certain Check Deposits** Funds from U.S. Treasury checks, Federal Reserve Bank Checks, Federal Home Loan Bank Checks, U.S. Postal Money Orders and Citibank N.A. checks drawn on Citibank Financial Centers in the New York area, Connecticut, New Jersey, Massachusetts and Pennsylvania and deposited in a financial center in any of these geographical areas are available on the business day of deposit, unless made with a teller in which case they are available immediately.

Funds from the following types of checks are available on the business day of deposit, unless made with a Teller in which case they are available immediately. You must follow the special deposit procedures described below to obtain immediate availability:

• Cashier's Checks, Teller's Checks, Certified Checks, and Travelers Checks.

• State and Local Government Checks issued by the State or by the general purpose units of local government.

**Special Deposit Procedures** You must utilize the following procedures to receive immediate availability for deposits of State and Local Government Checks, Cashier's Checks, Teller's Checks, Certified Checks, and Travelers Checks. You must take your check deposit to a Teller and advise the Teller that you have a check eligible for immediate availability. The Teller will help you complete a special deposit ticket.

**Longer Delays May Apply** In some cases we will not make all the funds that you deposit by check available to you in accordance with our general policy. If that should occur, we will notify you at the time you make the deposit. We will also tell you when the funds will be available. If your deposit is not made directly with one of our associates, or if we decide to take this action after you have left the Financial Center, we will mail you the notice by the next business day.

If you need the funds from a deposit right away, please ask us when the funds will be available.

Depending on the type of check that you deposit, funds will be available no later than the fifth business day after the day of your deposit. The first $100 of your total business day's deposits will be available on the business day after the business day of deposit, unless the deposit is made to a checking or money market account in which case it is available immediately.

## Standard Availability Schedule (Check Deposits to Savings Accounts at Citibank ATM Locations)

The following schedule shows the number of business days (after the business day of deposit) that it will take for check deposits to savings accounts made at Citibank ATMs to become available.

The second column in the schedule shows the number of business days (after the business day of deposit) that it will take for check deposits of $5,000 or less to become available for withdrawal. The third column shows the number of business days (after the business day of deposit) that it will take for check deposits in excess of $5,000 to become available for withdrawal. When you make a deposit (or multiple check deposits at a Citibank ATM in the course of a business day), the portion in excess of $5,000 will likewise be available based on the third column.

**Bank Location Number:** To calculate when funds from your check deposits will be available for withdrawal, you must 1) make note of the bank location number listed on your check, and 2) determine the total amount of the check(s) you deposit on a given business day.



Bank Location Number

The Bank location number (as shown above) is printed along the bottom of the check you are depositing. This four-digit number represents the geographic location of the bank and determines when funds become available.

When depositing a personal check, refer to the first four digits (as illustrated) to determine availability of funds. When depositing a business check, refer to the first four digits in the second group of numbers.

### Availabilities by Local Bank Location Number

| Location Number | Deposits of $5,000 or less | Deposits of more than $5,000 |
|---|---|---|
| Local<br>0110  0111   0112   0113   0114<br>0115  0116  0117   0118   0119<br>0210  0211   0212  0213  0214<br>0215  0216  0219  0220 0223<br>0260 0280 0310  0311   0312<br>0313  0319  0360 2110   2111<br>2112  2113  2114  2115  2116<br>2117  2118  2119   2211   2212<br>2213  2214 2215  2216  2219<br>2220 2223 2260 2310  2311<br>2312  2313  2319  2360 | 2 business days | 3 business days |
| Non-Local (all other locations) | 2 business days | 5 business days |

**The First $100.** When you deposit a check, the first $100 of the total amount of your check deposits on that business day will be available on the business day after the business day of deposit.

## Special Rules for New Clients

**New Clients.** You are considered a new client if you have not had an account at Citibank for at least 30 days prior to your opening the account. For the first 30 days your new account is open, the following rules apply:

1. You will be entitled to all the benefits described in the "Immediate Availability of Certain Check Deposits" section of your Manual/Marketplace Addendum.

2. For local check deposits not entitled to special availability your deposit will become available on the 4th business day after the business day of deposit.

3. For non-local check deposits not entitled to special availability your deposit will become available on the 6th business day after the business day of deposit.

## Exceptions to Funds Availability Schedules

**Collection Items.** We may require that any check you present for deposit be sent out for collection. That is, your funds will be available after we have received payment from the bank on which the check is drawn. You will be charged a fee for this service. See chart on page 44.

**Checks That May Not Be Collectible.** Occasionally, a check is given to Citibank that we decide not to accept for deposit or payment because we doubt the collectibility of the funds. When this happens, we will return the check to you or, if you request, send the check out for collection. On other occasions, we will learn that a check we have accepted for deposit may not be honored. Should this happen, we will delay the availability of the deposit for a reasonable period of time until the check is either paid or returned. In all cases, we will notify you of the action we take.

**Special "Payable At/Through" Schedule.** We must apply special procedures to any check that is drawn on one banking institution, including a credit union, but payable at or through another. Funds from these deposits will be made available in accordance with the location of the bank on which the check is drawn, not the "Payable At" or "Payable Through" institution whose location number appears on the bottom line of the check. If you wish to deposit such a check, please present it to a Financial Associate so that we can identify it for special handling. All other credit union share drafts will be considered non-local.

**Foreign Checks.** Checks that are drawn on banks outside the United States are generally sent for collection. Your account will be credited for the US dollar equivalent of the check based upon a timetable which reflects when we would customarily receive payment from the bank on which the item is drawn.

**Events Beyond Our Control.** In the event that we are unable to conduct business due to an interruption of communication facilities, suspension of payments by another bank, war, other emergency conditions or other circumstances beyond our control, it may be necessary to increase some or all of the time periods specified in these availability schedules. If this happens, we will try to inform you if possible.

**Redeposit of Check(s) Returned Unpaid.** We reserve the right to extend the time within which these checks become available.

**Overdrafts.** We may delay the availability of the deposit if you have overdrawn your account or have had frequent returned deposits.

**Changes to Our Policy.** We will notify you of any change to these Funds Availability policies as required by applicable law.

**Double-Endorsed Checks:** When you deposit a check into your Citibank account, we ask you to endorse it with your signature or endorsement stamp. However, we reserve the right to refuse to accept for deposit any check that is not made payable directly to you. A double-endorsed check is one that is made payable to someone else and then endorsed to you by that person. In some cases, we will accept such checks on a "collection basis," which means that the funds will not be available to you until we have received payment from the bank on which the check is drawn. If you deposit a double-endorsed check by mail or at any of our automated facilities, we may return the check to you.

36

## Citibank's Standard Funds Availability Policy – Connecticut, Delaware, New Jersey, Massachusetts and Pennsylvania Financial Centers

### General Policy

**Check Deposits with Tellers** Our policy is to generally make funds from checks you deposit to your checking, savings, or money market account available to you on the same business day we receive your deposit if the deposit is made with a Teller.

**Direct Deposits and Wire Transfers** Funds from electronic direct deposits and incoming wire transfers are available to you on the same business day we receive your deposit.

**Cash Deposits** Deposits of cash are generally available to you immediately, except if made at a Citibank ATM in which case they will be made available for withdrawal no later than the business day after the business day of deposit.

**Check Deposits at Citibank ATMs** Funds from check deposits to a checking account are generally available on the same business day if made at a Citibank ATM. Funds from check deposits to money market accounts are generally available on the business day after the business day of deposit if made at a Citibank ATM. Funds from check deposits to a savings account will be made available in accordance with the schedule provided below under "Check Deposits to Savings Accounts at Citibank ATM locations" if made at a Citibank ATM.

**Immediate Availability of Certain Check Deposits** Funds from U.S. Treasury checks, Federal Reserve Bank Checks, Federal Home Loan Bank Checks, U.S. Postal Money Orders and Citibank N.A. checks drawn on Citibank Financial Centers in Connecticut, Delaware, the New York Metro area, New Jersey, Massachusetts, and Pennsylvania and deposited in a financial center in any of these geographical areas are available on the business day of deposit, unless made with a teller in which case they are available immediately.

Funds from the following types of checks are available on the business day of deposit, unless made with a Teller in which case they are available immediately. You must follow the special deposit procedures described below to obtain immediate availability:

• Cashier's Checks, Teller's Checks, Certified Checks, and Travelers Checks.
• State and Local Government Checks issued by the State or by the general purpose units of local government.

**Special Deposit Procedures** You must utilize the following procedures to receive immediate availability for deposits of State and Local Government Checks, Cashier's Checks, Teller's Checks, Certified Checks, and Travelers Checks. You must take your check deposit to a Teller and advise the Teller that you have a check eligible for immediate availability. The Teller will help you complete a special deposit ticket.

**Longer Delays May Apply** In some cases we will not make all the funds that you deposit by check available to you in accordance with our general policy. If that should occur, we will notify you at the time you make the deposit. We will also tell you when the funds will be available. If your deposit is not made directly with one of our associates, or if we decide to take this action after you have left the Financial Center, we will mail you the notice by the next business day.

If you need the funds from a deposit right away, please ask us when the funds will be available.

Depending on the type of check that you deposit, funds will be available no later than the fifth business day after the business day of your deposit. The first $100 of your total business day's deposits will be available on the business day after the business day of deposit, unless the deposit is made to a checking or money market account in which case it is available immediately.

37

## Standard Availability Schedule (Check Deposits to Savings Accounts at Citibank ATM Locations)

The following schedule shows the number of business days (after the business day of deposit) that it will take for check deposits to savings accounts that are made at Citibank ATMs located in Connecticut, Delaware, Massachusetts, New Jersey and Pennsylvania to become available.

The second column in the schedule shows the number of business days (after the business day of deposit) that it will take for check deposits of $5,000 or less to become available for withdrawal. The third column shows the number of business days (after the business day of deposit) that it will take for check deposits in excess of $5,000 to become available for withdrawal. When you make a deposit (or multiple check deposits at a Citibank ATM in the course of a business day), the portion in excess of $5,000 will likewise be available based on the third column.

**Bank Location Number** To calculate when funds from your check deposits will be available for withdrawal, you must 1) make note of the bank location number listed on your check, and 2) determine the total amount of the check(s) you deposit on a given business day.



**Bank Location Number**

The Bank location number (as shown above) is printed along the bottom of the check you are depositing. This four-digit number represents the geographic location of the bank and determines when funds become available.

When depositing a personal check, refer to the first four digits (as illustrated) to determine availability of funds. When depositing a business check, refer to the first four digits in the second group of numbers.

**The First $100.** When you deposit a check, the first $100 of the total amount of your check deposits on that business day will be available on the business day after the business day of deposit.

**Schedule of Availability of Funds for Check Deposits to Savings Accounts made in the ATMs located in Delaware, New Jersey and Pennsylvania**

| Location Number | | | | | Deposits of $5,000 or less | Deposits of more than $5,000 |
|---|---|---|---|---|---|---|
| Local | | | | | | |
| 0110 | 0111 | 0112 | 0113 | 0114 | 2 business days | 3 business days |
| 0115 | 0116 | 0117 | 0118 | 0119 | | |
| 0210 | 0211 | 0212 | 0213 | 0214 | | |
| 0215 | 0216 | 0219 | 0260 | 0280 | | |
| 0310 | 0311 | 0312 | 0313 | 0319 | | |
| 0360 | 2110 | 2111 | 2112 | 2113 | | |
| 2114 | 2115 | 2116 | 2117 | 2118 | | |
| 2119 | 2211 | 2212 | 2213 | 2214 | | |
| 2215 | 2216 | 2219 | 2260 | 2310 | | |
| 2311 | 2312 | 2313 | 2319 | 2360 | | |
| All other Non-Local | | | | | 2 business days | 5 business days |

**Schedule of Availability of Funds for Check Deposits to Savings Accounts made in the ATMs located in Connecticut and Massachusetts**

| Location Number | | | | | Deposits of $5,000 or less | Deposits of more than $5,000 |
|---|---|---|---|---|---|---|
| Local | | | | | | |
| 0110 | 0116 | 0117 | 0118 | 0119 | 2 business days | 3 business days |
| 0210 | 0211 | 0212 | 0219 | 0260 | | |
| 0280 | 2111 | 2211 | 2116 | 2117 | | |
| 2118 | 2119 | 2219 | 2260 | 0110 | | |
| 0112 | 0113 | 0114 | 0115 | 2110 | | |
| 2112 | 2113 | 2114 | 2115 | | | |
| Non-Local | | | | | | |
| 0213 | 0220 | 0223 | 2213 | 0310 | 2 business days | 4 business days |
| 2220 | 2223 | 2310 | | | | |
| All other Non-Local | | | | | 2 business days | 5 business days |

**Deposits at Citibank Locations Outside Connecticut, Delaware, Massachusetts, New Jersey and Pennsylvania.**
Check deposits at other Citibank locations will receive availability delays based upon the delay schedule of the location where you make that deposit. Your checks will be processed as local or non-local in accordance with the schedule in place for that deposit location.

## Special Rules for New Clients

**New Clients.** You are considered a new client if you have not had an account at Citibank for at least 30 days prior to your opening the account. For the first 30 days your new account is open, the following rules apply:

1. You will be entitled to all the benefits described in the "Immediate Availability of Certain Check Deposits" section of your Manual/ Marketplace Addendum.
2. For local check deposits not entitled to special availability your deposit will become available on the 4th business day after the business day of deposit.
3. For non-local check deposits not entitled to special availability your deposit will become available on the 5th business day after the business day of deposit.
4. For all other check deposits not entitled to special availability your deposit will become available on the 6th business day after the business day of deposit.

## Exceptions to Funds Availability Schedules

**Collection Items.** We may require that any check you present for deposit be sent out for collection. That is, your funds will be available after we have received payment from the bank on which the check is drawn. You will be charged a fee for this service. See chart on page 44.

**Checks That May Not Be Collectible.** Occasionally, a check is given to Citibank that we decide not to accept for deposit or payment because we doubt the collectibility of the funds. When this happens, we will return the check to you or, if you request, send the check out for collection. On other occasions, we will learn that a check we have accepted for deposit may not be honored. Should this happen, we will delay the availability of the deposit for a reasonable period of time until the check is either paid or returned. In all cases, we will notify you of the action we take.

**Special "Payable At/Through" Schedule.** We must apply special procedures to any check that is drawn on one banking institution, including a credit union, but payable at or through another. Funds from these deposits will be made available in accordance with the location of the bank on which the check is drawn, not the "Payable At" or "Payable Through" institution whose location number appears on the bottom line of the check. If you wish to deposit such a check, please present it to a Financial Associate so that we can identify it for special handling. All other credit union share drafts will be considered non-local.

**Foreign Checks.** Checks that are drawn on banks outside the United States are generally sent for collection. Your account will be credited for the US dollar equivalent of the check based upon a timetable which reflects when we would customarily receive payment from the bank on which the item is drawn.

**Events Beyond Our Control.** In the event that we are unable to conduct business due to an interruption of communication facilities, suspension of payments by another bank, war, other emergency conditions or other circumstances beyond our control, it may be necessary to increase some or all of the time periods specified in these availability schedules. If this happens, we will try to inform you if possible.

**Redeposit of Check(s) Returned Unpaid.** We reserve the right to extend the time within which these checks become available.

**Overdrafts.** We may delay the availability of the deposit if you have overdrawn your account or have had frequent returned deposits.

**Changes to Our Policy.** We will notify you of any change to these Funds Availability policies as required by applicable law.

**Double-Endorsed Checks:** When you deposit a check into your Citibank account, we ask you to endorse it with your signature or endorsement stamp. However, we reserve the right to refuse to accept for deposit any check that is not made payable directly to you. A double-endorsed check is one that is made payable to someone else and then endorsed to you by that person. In some cases, we will accept such checks on a "collection basis," which means that the funds will not be available to you until we have received payment from the bank on which the check is drawn. If you deposit a double-endorsed check by mail or at any of our automated facilities, we may return the check to you.

## Citibank's Standard Funds Availability Policy – Texas Financial Centers

### General Policy

**Check Deposits with Tellers** Our policy is to generally make funds from checks you deposit to your checking, savings, or money market account available to you on the same business day we receive your deposit if the deposit is made with a Teller.

**Direct Deposits and Wire Transfers** Funds from electronic direct deposits and incoming wire transfers are available to you on the same business day we receive your deposit.

**Cash Deposits** Deposits of cash are generally available to you immediately, except if made at a Citibank ATM in which case they will be made available for withdrawal no later than the business day after the business day of deposit.

**Check Deposits at Citibank ATMs** Funds from check deposits to a checking account are generally available on the same business day if made at a Citibank ATM. Funds from check deposits to money market accounts are generally available on the business day after the business day of deposit if made at a Citibank ATM. Funds from check deposits to a savings account will be made available in accordance with the schedule provided below under "Check Deposits to Savings Accounts at Citibank ATM locations" if made at a Citibank ATM.

**Immediate Availability of Certain Check Deposits** Funds from U.S. Treasury checks, Federal Reserve Bank Checks, Federal Home Loan Bank Checks, U.S. Postal Money Orders and Citibank N.A. checks drawn on Citibank Financial Centers in Texas and deposited in a financial center in Texas are available on the business day of deposit, unless made with a teller in which case they are available immediately.

Funds from the following types of checks are available on the business day of deposit, unless made with a Teller in which case they are available immediately. You must follow the special deposit procedures described below to obtain immediate availability.

• Cashier's Checks, Teller's Checks, Certified Checks, and Travelers Checks.

• State and Local Government Checks issued by the State or by the general purpose units of local government.

**Special Deposit Procedures** You must utilize the following procedures to receive immediate availability for deposits of State and Local Government Checks, Cashier's Checks, Teller's Checks, Certified Checks, and Travelers Checks. You must take your check deposit to a Teller and advise the Teller that you have a check eligible for immediate availability. The Teller will help you complete a special deposit ticket.

40

**Determining the Effective Date of Your Deposit** A business day is any day of the week that is not a Saturday, Sunday or bank holiday. Non-business days are considered part of the following business day. The end of business day varies among our Financial Centers. The end of business day is posted at each Financial Center. If you make a deposit after the close of a business day or on a weekend or holiday, your deposit will be considered received on the next business day. Please note that deposits made at a Citibank ATM after the cut-off time indicated at the ATM or on a non-business day will be considered received on the next business day.

**Longer Delays May Apply** In some cases we will not make all the funds that you deposit by check available to you in accordance with our general policy. If that should occur, we will notify you at the time you make the deposit. We will also tell you when the funds will be available. If your deposit is not made directly with one of our associates, or if we decide to take this action after you have left the Financial Center, we will mail you the notice by the next business day.

If you need the funds from a deposit right away, please ask us when the funds will be available.

Depending on the type of check that you deposit, funds will be available no later than the fifth business day after the day of your deposit. The first $100 of your total business day's deposits will be available on the business day after the business day of deposit, unless the deposit is made to a checking or money market account in which case it is available immediately.

## Standard Availability Schedule (Check Deposits to Savings Accounts at Citibank ATM Locations)

The following schedule shows the number of business days (after the business day of deposit) that it will take for check deposits to savings accounts made at Citibank ATMs to become available.

The second column in the schedule shows the number of business days (after the business day of deposit) that it will take for check deposits of $5,000 or less to become available for withdrawal. The third column shows the number of business days (after the business day of deposit) that it will take for check deposits in excess of $5,000 to become available for withdrawal. When you make a deposit (or multiple check deposits at a Citibank ATM in the course of a business day), the portion in excess of $5,000 will likewise be available based on the third column.

**Bank Location Number.** To calculate when funds from your check deposits will be available for withdrawal, you must 1) make note of the bank location number listed on your check, and 2) determine the total amount of the check(s) you deposit on a given business day.



**Bank Location Number**

The Bank location number (as shown above) is printed along the bottom of the check you are depositing. This four-digit number represents the geographic location of the bank and determines when funds become available.

When depositing a personal check, refer to the first four digits (as illustrated) to determine availability of funds. When depositing a business check, refer to the first four digits in the second group of numbers.

41

### Availabilities by Local Bank Routing Number

| Location Number | Deposits of $5,000 or less | Deposits of more than $5,000 |
|---|---|---|
| Local<br>1010, 1011, 1012, 1019, 1030, 1031, 1039, 1110, 1111, 1113, 1119, 1120, 1122, 1123, 1130, 1131, 1140, 1149, 1163, 3010, 3011, 3012, 3019, 3030, 3031, 3039, 3110, 3111, 3113, 3119, 3120, 3122, 3123, 3130, 3131, 3140, 3149, 3163 | 2 business days | 3 business days |
| Non-Local<br>All Other Numbers | 2 business days | 5 business days |

**The First $100.** When you deposit a check, the first $100 of the total amount of your check deposits on that business day will be available on the business day after the business day of deposit.

**Deposits at Citibank Locations Outside Texas.** Check deposits at other Citibank locations will receive availability delays based upon the delay schedule of the location where you make that deposit. Your checks will be processed as local or non-local in accordance with the schedule in place for that deposit location.

## Special Rules for New Clients

**New Clients.** You are considered a new client if you have not had an account at Citibank for at least 30 days prior to your opening the account. For the first 30 days your new account is open, the following rules apply:

1. You will be entitled to all the benefits described in the "Immediate Availability of Certain Check Deposits" section of your Manual/Marketplace Addendum.
2. For local check deposits not entitled to special availability your deposit will become available on the 4th business day after the business day of deposit.
3. For non-local check deposits not entitled to special availability your deposit will become available on the 6th business day after the business day of deposit.

## Exceptions to Funds Availability Schedules

**Collection Items.** We may require that any check you present for deposit be sent out for collection. That is, your funds will be available after we have received payment from the bank on which the check is drawn. You will be charged a fee for this service. See chart on page 44.

**Checks That May Not Be Collectible.** Occasionally, a check is given to Citibank that we decide not to accept for deposit or payment because we doubt the collectibility of the funds. When this happens, we will return the check to you or, if you request, send the check out for collection. On other occasions, we will learn that a check we have accepted for deposit may not be honored. Should this happen, we will delay the availability of the deposit for a reasonable period of time until the check is either paid or returned. In all cases, we will notify you of the action we take.

**Special "Payable At/Through" Schedule.** We must apply special procedures to any check that is drawn on one banking institution, including a credit union, but payable at or through another. Funds from these deposits will be made available in accordance with the location of the bank on which the check is drawn, not the "Payable At" or "Payable Through" institution whose location number appears on the bottom line of the check. If you wish to deposit such a check, please present it to a Financial Associate so that we can identify it for special handling. All other credit union share drafts will be considered non-local.

**Foreign Checks.** Checks that are drawn on banks outside the United States are generally sent for collection. Your account will be credited for the US dollar equivalent of the check based upon a timetable which reflects when we would customarily receive payment from the bank on which the item is drawn.

**Events Beyond Our Control.** In the event that we are unable to conduct business due to an interruption of communication facilities, suspension of payments by another bank, war, other emergency conditions or other circumstances beyond our control, it may be necessary to increase some or all of the time periods specified in these availability schedules. If this happens, we will try to inform you if possible.

**Redeposit of Check(s) Returned Unpaid.** We reserve the right to extend the time within which these checks become available.

**Overdrafts.** We may delay the availability of the deposit if you have overdrawn your account or have had frequent returned deposits.

**Changes to Our Policy.** We will notify you of any change to these Funds Availability policies as required by applicable law.

**Double-Endorsed Checks:** When you deposit a check into your Citibank account, we ask you to endorse it with your signature or endorsement stamp. However, we reserve the right to refuse to accept for deposit any check that is not made payable directly to you. A double-endorsed check is one that is made payable to someone else and then endorsed to you by that person. In some cases, we will accept such checks on a "collection basis," which means that the funds will not be available to you until we have received payment from the bank on which the check is drawn. If you deposit a double-endorsed check by mail or at any of our automated facilities, we may return the check to you.

**Bank's Right to Chargeback:** The Bank's policy on availability of funds from checks that you deposit will not affect your obligation to repay the Bank for any check that you deposit that is not paid nor will it effect the Bank's right to charge back your account or obtain reimbursement for any check that is not finally paid for any reason.

## Service Fees and Charges for All Accounts

| Service | Regular Fees* | Citigold Account Fees |
|---|---|---|
| Abandoned Property Transfer[1] | $20.00 | $20.00 |
| Bond Coupon Redemption (per series) | $10.00 | WAIVED |
| Checkbook Orders | Varies | WAIVED[2] |
| Checking Account Closing (within 90 days of opening) | $25.00 | $25.00 |
| Check/Item Returned/Paid Against Insufficient/Unavailable Funds (overdraft)[3] (An insufficient funds item may be created by check, in-person withdrawal, ATM withdrawal or other electronic means.) | $34.00 | $34.00 |
| Citibank® Global Transfer Service[4] | Varies | Varies |
| Clerical Research (per hour, one-hour minimum) | $25.00 | $25.00 |
| Collection of Checks Drawn on Foreign Bank[5] | $30.00 | $30.00 |
| Collection of Notes and Sight Drafts on Domestic Bank | $25.00 | $25.00 |
| Consular/Verification Letter | $25.00 | WAIVED |
| Copy of Cancelled Checks[6] | $5.00 | WAIVED |
| Counter Checks | $5.00 | WAIVED |
| Deposited Check Returned Unpaid | $10.00 | WAIVED |
| Domestic Bank Collections[5] | $25.00 | $25.00 |
| Foreign Currency Exchange $1,000 and over | No Charge | No Charge |
| ›Under $1,000 | $5.00 | WAIVED |
| Foreign Currency Purchase – Direct to Consumer Shipping | $5.00 | WAIVED |
| Interim Statement | $5.00 | WAIVED |
| Legal Process Compliance (levies, attachments, etc.)[7] | $125.00 | $125.00 |
| Miscellaneous Copies (IRS Forms 1099, Deposit Ticket, etc.) | $5.00 | WAIVED |
| Money Order for Customers | $5.00 | WAIVED |
| Money Order for non-Customers | $10.00 | $10.00 |
| Notary Fee | Varies | WAIVED |
| Official Check | $10.00 | WAIVED |
| Overdraft Protection Transfer Fee | $10.00 | WAIVED |
| Quicken (Per Monthly Statement Period) | $9.95 | $9.95[8] |
| Returning Original Checks in Statement | $2.00 | WAIVED |
| Safe Deposit Box Annual Rental | Varies | See below[10] |
| Staff Assisted Bill Payments (Per Monthly Statement Period) | $4.95 | WAIVED |
| Statement Copy (previous month) | $5.00 | WAIVED |
| Stop Payment Request | $30.00 | WAIVED |
| Temporary Safekeeping for First 15 Days | No Charge | No Charge |
| ›Each Additional Month or Portion of Month | $10.00 | $10.00 |
| Travelers Checks | 1.5% | WAIVED |
| Wire Transfer | | |
| ›Incoming Domestic and International | $10.00 | WAIVED |
| ›Outgoing Online Domestic | $18.75 | $12.50** |
| ›Outgoing Domestic | $25.00 | $25.00 |
| ›Outgoing Online International | $30.00 | $20.00** |
| ›Outgoing International | $40.00 | $40.00 |
| ›Outgoing International Remittance[9] | Varies | Varies |

\* Regular fees apply to accounts that are not Citigold Accounts.

\*\* This fee will be waived for Citigold Accounts that had a combined average balance of $500,000 or more for the monthly period that was two calendar months before the date of the transaction.

1 Applicable for accounts domiciled in New York.

2 Standard Citigold checks are waived, non standard orders are charged a fee.\*\*

3 Fee will not be assessed more than 4 times per account per day. The fee may be charged whenever any fee or charge is deducted from your account and either causes your account to be overdrawn or increases the amount by which your account is overdrawn.

4 Fees for using the Citibank Global Transfer Service, available at Citibank ATMs and through Citibank Online, are listed in the "Electronic Banking" section of the Client Manual – Consumer Accounts under the heading "Citibank Global Transfer Service."

5 Additional fees may apply as a result of fees charged for collection of the item by other institutions.

6 If you do not receive checks or check images with your statement, you are permitted 2 free per monthly statement period, then $5.00 per check.

7 Assessed on a per defendant basis.

8 Waived for any statement cycle when you maintain a combined average balance of $100,000 and above (or $250,000 and above with the inclusion of your Citibank first mortgage balance).

9 For Ecuador, $5.00 for Account-to-Account transfers and $8.00 for Cash Pick-ups.

10 One safe deposit box annual fee waiver of $125 or less per Citigold Account. Safe deposit boxes valued in excess of $125 will be discounted by 50% (Fifty Percent). Safe deposit box discounts are subject to availability in the Citibank Financial Centers.

# EXHIBIT C

<div align="right">
**Attachment**
</div>

<div align="right">
**Office of the Comptroller of the Currency**
**Board of Governors of the Federal Reserve System**
**Federal Deposit Insurance Corporation**
**National Credit Union Administration**
</div>

<div align="center">

**Joint Guidance on Overdraft Protection Programs**

**February 18, 2005**

</div>

The Office of the Comptroller of the Currency (OCC), Board of Governors of the Federal Reserve System (Board), Federal Deposit Insurance Corporation (FDIC), and National Credit Union Administration (NCUA), collectively "the Agencies," are issuing this joint guidance concerning a service offered by insured depository institutions that is commonly referred to as "bounced-check protection" or "overdraft protection." This credit service is sometimes offered on both consumer and small business transaction accounts as an alternative to traditional ways of covering overdrafts. This joint guidance is intended to assist insured depository institutions in the responsible disclosure and administration of overdraft protection services, particularly those that are marketed to consumers.[1]

**Introduction**

To protect against account overdrafts, some consumers obtain an overdraft line of credit, which is subject to the disclosure requirements of the Truth in Lending Act (TILA). If a consumer does not have an overdraft line of credit, the institution may accommodate the consumer and pay overdrafts on a discretionary, ad-hoc basis. Regardless of whether the overdraft is paid, institutions typically have imposed a fee when an overdraft occurs, often referred to as a nonsufficient funds or "NSF" fee. Over the years, this accommodation has become automated by many institutions. Historically, institutions have not promoted this accommodation. This approach has not raised significant concerns.

More recently, some depository institutions have offered "overdraft protection" programs that, unlike the discretionary accommodation traditionally provided to those lacking a line of credit or other type of overdraft service (e.g., linked accounts), are marketed to

---

[1] Federal credit unions are already subject to certain regulatory requirements governing the establishment and maintenance of overdraft programs. 12 CFR § 701.21(c)(3). This regulation requires a federal credit union offering an overdraft program to adopt a written policy specifying the dollar amount of overdrafts that the credit union will honor (per member and overall); the time limits for a member to either deposit funds or obtain a loan to cover an overdraft; and the amount of the fee and interest rate, if any, that the credit union will charge for honoring overdrafts. This joint guidance supplements but does not change these regulatory requirements for federal credit unions.

consumers essentially as short-term credit facilities. These marketed programs typically provide consumers with an express overdraft "limit" that applies to their accounts.

While the specific details of overdraft protection programs vary from institution to institution, and also vary over time, those currently offered by institutions incorporate some or all of the following characteristics:

- Institutions inform consumers that overdraft protection is a feature of their accounts and promote the use of the service. Institutions also may inform consumers of their aggregate dollar limit under the overdraft protection program.

- Coverage is automatic for consumers who meet the institution's criteria (e.g., account has been open a certain number of days; deposits are made regularly). Typically, the institution performs no credit underwriting.

- Overdrafts generally are paid up to the aggregate limit set by the institution for the specific class of accounts, typically $100 to $500.

- Many program disclosures state that payment of an overdraft is discretionary on the part of the institution, and may disclaim any legal obligation of the institution to pay any overdraft.

- The service may extend to check transactions as well as other transactions, such as withdrawals at automated teller machines (ATMs), transactions using debit cards, pre-authorized automatic debits from a consumer's account, telephone-initiated funds transfers, and on-line banking transactions.[2]

- A flat fee is charged each time the service is triggered and an overdraft item is paid. Commonly, a fee in the same amount would be charged even if the overdraft item was not paid. A daily fee also may apply for each day the account remains overdrawn.

- Some institutions offer closed-end loans to consumers who do not bring their accounts to a positive balance within a specified time period. These repayment plans allow consumers to repay their overdrafts and fees in installments.

**Concerns**

Aspects of the marketing, disclosure, and implementation of some overdraft protection programs, intended essentially as short-term credit facilities, are of concern to the Agencies. For example, some institutions have promoted this credit service in a manner that leads consumers to believe that it is a line of credit by informing consumers that their account includes an overdraft protection limit of a specified dollar amount without clearly

---

[2] Transaction accounts at credit unions are called share draft accounts. For purposes of this joint guidance, the use of the term "check" includes share drafts.

disclosing the terms and conditions of the service, including how fees reduce overdraft protection dollar limits, and how the service differs from a line of credit.

In addition, some institutions have adopted marketing practices that appear to encourage consumers to overdraw their accounts, such as by informing consumers that the service may be used to take an advance on their next paycheck, thereby potentially increasing the institutions' credit exposure with little or no analysis of the consumer's creditworthiness. These overdraft protection programs may be promoted in a manner that leads consumers to believe that overdrafts will always be paid when, in reality, the institution reserves the right not to pay some overdrafts. Some institutions may advertise accounts with overdraft protection coverage as "free" accounts, and thereby lead consumers to believe that there are no fees associated with the account or the overdraft protection program.

Furthermore, institutions may not clearly disclose that the program may cover instances when consumers overdraw their accounts by means other than check, such as at ATMs and point-of-sale (POS) terminals. Some institutions may include overdraft protection amounts in the sum that they disclose as the consumer's account "balance" (for example, at an ATM) without clearly distinguishing the funds that are available for withdrawal without overdrawing the account. Where the institution knows that the transaction will trigger an overdraft fee, such as at a proprietary ATM, institutions also may not alert the consumer prior to the completion of the transaction to allow the consumer to cancel the transaction before the fee is triggered.

Institutions should weigh carefully the risks presented by the programs including the credit, legal, reputation, safety and soundness, and other risks. Further, institutions should carefully review their programs to ensure that marketing and other communications concerning the programs do not mislead consumers to believe that the program is a traditional line of credit or that payment of overdrafts is guaranteed, do not mislead consumers about their account balance or the costs and scope of the overdraft protection offered, and do not encourage irresponsible consumer financial behavior that potentially may increase risk to the institution.

### Safety & Soundness Considerations

When overdrafts are paid, credit is extended. Overdraft protection programs may expose an institution to more credit risk (e.g., higher delinquencies and losses) than overdraft lines of credit and other traditional overdraft protection options to the extent these programs lack individual account underwriting. All overdrafts, whether or not subject to an overdraft protection program, are subject to the safety and soundness considerations contained in this section.

Institutions providing overdraft protection programs should adopt written policies and procedures adequate to address the credit, operational, and other risks associated with these types of programs. Prudent risk management practices include the establishment of express account eligibility standards and well-defined and properly documented dollar limit decision criteria. Institutions also should monitor these accounts on an ongoing

basis and be able to identify consumers who may represent an undue credit risk to the institution. Overdraft protection programs should be administered and adjusted, as needed, to ensure that credit risk remains in line with expectations. This may include, where appropriate, disqualification of a consumer from future overdraft protection. Reports sufficient to enable management to identify, measure, and manage overdraft volume, profitability, and credit performance should be provided to management on a regular basis.

Institutions also are expected to incorporate prudent risk management practices related to account repayment and suspension of overdraft protection services. These include the establishment of specific timeframes for when consumers must pay off their overdraft balances. For example, there should be established procedures for the suspension of overdraft services when the account holder no longer meets the eligibility criteria (such as when the account holder has declared bankruptcy or defaulted on another loan at the bank) as well as for when there is a lack of repayment of an overdraft. In addition, overdraft balances should generally be charged off when considered uncollectible, but no later than 60 days from the date first overdrawn.[3] In some cases, an institution may allow a consumer to cover an overdraft through an extended repayment plan when the consumer is unable to bring the account to a positive balance within the required time frames. The existence of the repayment plan, however, would not extend the charge-off determination period beyond 60 days (or shorter period if applicable) as measured from the date of the overdraft. Any payments received after the account is charged off (up to the amount charged off against allowance) should be reported as a recovery. Some overdrafts are rewritten as loan obligations in accordance with an institution's loan policy and supported by a documented assessment of that consumer's ability to repay. In those instances, the charge-off timeframes described in the Federal Financial Institutions Examination Council (FFIEC) Uniform Retail Credit Classification and Account Management Policy would apply.[4]

With respect to the reporting of income and loss recognition on overdraft protection programs, institutions should follow generally accepted accounting principles (GAAP) and the instructions for the Reports of Condition and Income (Call Report), and NCUA 5300 Call Report. Overdraft balances should be reported on regulatory reports as loans. Accordingly, overdraft losses should be charged off against the allowance for loan and lease losses. The Agencies expect all institutions to adopt rigorous loss estimation processes to ensure that overdraft fee income is accurately measured. Such methods may include providing loss allowances for uncollectible fees or, alternatively, only recognizing that portion of earned fees estimated to be collectible.[5] The procedures for estimating an adequate allowance should be documented in accordance with the Policy

---

[3] Federal credit unions are required by regulation to establish a time limit, not to exceed 45 calendar days, for a member to either deposit funds or obtain an approved loan from the credit union to cover each overdraft. 12 CFR § 701.21(c)(3).
[4] For federally insured credit unions, charge-off policy for booked loans is described in NCUA Letter to Credit Unions No. 03-CU-01, "Loan Charge-off Guidance," dated January 2003.
[5] Institutions may charge off uncollected overdraft fees against the allowance for loan and lease losses if such fees are recorded with overdraft balances as loans and estimated credit losses on the fees are provided for in the allowance for loan and lease losses.

4

Statement on the Allowance for Loan and Lease Losses Methodologies and Documentation for Banks and Savings Institutions.[6]

If an institution advises account holders of the available amount of overdraft protection, for example, when accounts are opened or on depositors' account statements or ATM receipts, the institution should report the available amount of overdraft protection with legally binding commitments for Call Report, and NCUA 5300 Call Report purposes. These available amounts, therefore, should be reported as "unused commitments" in regulatory reports.

The Agencies also expect proper risk-based capital treatment of outstanding overdrawn balances and unused commitments.[7] Overdraft balances should be risk-weighted according to the obligor. Under the federal banking agencies' risk-based capital guidelines, the capital charge on the unused portion of commitments generally is based on an off-balance sheet credit conversion factor and the risk weight appropriate to the obligor. In general, these guidelines provide that the unused portion of a commitment is subject to a zero percent credit conversion factor if the commitment has an original maturity of one year or less, or a 50 percent credit conversion factor if the commitment has an original maturity over one year. Under these guidelines, a zero percent conversion factor also applies to the unused portion of a "retail credit card line" or "related plan" if it is unconditionally cancelable by the institution in accordance with applicable law.[8] The phrase "related plans" in these guidelines includes overdraft checking plans. The Agencies believe that the overdraft protection programs discussed in this joint guidance fall within the meaning of "related plans" as a type of "overdraft checking plan" for the purposes of the federal banking agencies' risk-based capital guidelines. Consequently, overdraft protection programs that are unconditionally cancelable by the institution in accordance with applicable law would qualify for a zero percent credit conversion factor.

Institutions entering into overdraft protection contracts with third-party vendors must conduct thorough due diligence reviews prior to signing a contract. The interagency guidance contained in the November 2000 Risk Management of Outsourced Technology Services outlines the Agencies' expectations for prudent practices in this area.

**Legal Risks**

Overdraft protection programs must comply with all applicable federal laws and regulations, some of which are outlined below. State laws also may be applicable, including usury and criminal laws, and laws on unfair or deceptive acts or practices. It is important that institutions have their overdraft protection programs reviewed by counsel

---

[6] Issued by the Board, FDIC, OCC, and Office of Thrift Supervision. The NCUA provided similar guidance to credit unions in Interpretive Ruling and Policy Statement 02-3, "Allowance for Loan and Lease Losses Methodologies and Documentation for Federally Insured Credit Unions," 67 FR 37445, May 29, 2002.

[7] Federally insured credit unions should calculate risk-based net worth in accordance with the rules contained in 12 CFR Part 702.

[8] See 12 CFR Part 3, Appendix A, Section 3 (b)(5) (OCC); 12 CFR Part 208, Appendix A, Section III.D.5 (Board); and 12 CFR Part 325, Appendix A, Section II.D.5 (FDIC).

for compliance with all applicable laws prior to implementation. Further, although the guidance below outlines federal laws and regulations as of the date this joint guidance is published, applicable laws and regulations are subject to amendment. Accordingly, institutions should monitor applicable laws and regulations for revisions and to ensure that their overdraft protection programs are fully compliant.

Federal Trade Commission Act / Advertising Rules

Section 5 of the Federal Trade Commission Act (FTC Act) prohibits unfair or deceptive acts or practices.[9] The banking agencies enforce this section pursuant to their authority in section 8 of the Federal Deposit Insurance Act, 12 U.S.C. § 1818.[10] An act or practice is unfair if it causes or is likely to cause substantial injury to consumers that is not reasonably avoidable by consumers themselves and not outweighed by countervailing benefits to consumers or to competition. An act or practice is deceptive if, in general, it is a representation, omission, or practice that is likely to mislead a consumer acting reasonably under the circumstances, and the representation, omission, or practice is material.

In addition, the NCUA has promulgated similar rules that prohibit federally insured credit unions from using advertisements or other representations that are inaccurate or misrepresent the services or contracts offered.[11] These regulations are broad enough to prohibit federally insured credit unions from making any false representations to the public regarding their deposit accounts.

Overdraft protection programs may raise issues under either the FTC Act or, in connection with federally insured credit unions, the NCUA's advertising rules, depending upon how the programs are marketed and implemented. To avoid engaging in deceptive, inaccurate, misrepresentative, or unfair practices, institutions should closely review all aspects of their overdraft protection programs, especially any materials that inform consumers about the programs.

Truth in Lending Act

TILA and Regulation Z require creditors to give cost disclosures for extensions of consumer credit.[12] TILA and the regulation apply to creditors that regularly extend consumer credit that is subject to a finance charge or is payable by written agreement in more than four installments.[13]

Under Regulation Z, fees for paying overdraft items currently are not considered finance charges if the institution has not agreed in writing to pay overdrafts.[14] Even where the

---

[9] 15 U.S.C. § 45.

[10] See OCC Advisory Letter 2002-3 (March 2002); and joint Board and FDIC Guidance on Unfair or Deceptive Acts or Practices by State-Chartered Banks (March 11, 2004).

[11] 12 CFR § 740.2.

[12] 15 U.S.C. §§ 1601 et seq. TILA is implemented by Regulation Z, 12 CFR Part 226.

[13] See 15 U.S.C. § 1602(f) and 12 CFR 226.2(a)(17). Institutions should be aware that whether a written agreement exists is a matter of state law. See, e.g., 12 CFR § 226.5.

[14] See 12 CFR 226.4(c)(3). Traditional lines of credit, which generally are subject to a written agreement, do not fall under this exception.

institution agrees in writing to pay overdrafts as part of the deposit account agreement, fees assessed against a transaction account for overdraft protection services are finance charges only to the extent the fees exceed the charges imposed for paying or returning overdrafts on a similar transaction account that does not have overdraft protection.

Some financial institutions also offer overdraft repayment loans to consumers who are unable to repay their overdrafts and bring their accounts to a positive balance within a specified time period.[15] These closed-end loans will trigger Regulation Z disclosures, for example, if the loan is payable by written agreement in more than four installments. Regulation Z will also be triggered where such closed-end loans are subject to a finance charge.[16]

Equal Credit Opportunity Act

Under the Equal Credit Opportunity Act (ECOA) and Regulation B, creditors are prohibited from discriminating against an applicant on a prohibited basis in any aspect of a credit transaction.[17] This prohibition applies to overdraft protection programs. Thus, steering or targeting certain consumers on a prohibited basis for overdraft protection programs while offering other consumers overdraft lines of credit or other more favorable credit products or overdraft services, will raise concerns under the ECOA.

In addition to the general prohibition against discrimination, the ECOA and Regulation B contain specific rules concerning procedures and notices for credit denials and other adverse action. Regulation B defines the term "adverse action," and generally requires a creditor who takes adverse action to send a notice to the consumer providing, among other things, the reasons for the adverse action.[18] Some actions taken by creditors under overdraft protection programs might constitute adverse action but would not require notice to the consumer if the credit is deemed to be "incidental credit" as defined in Regulation B. "Incidental credit" includes consumer credit that is not subject to a finance charge, is not payable by agreement in more than four installments, and is not made pursuant to the terms of a credit card account.[19] Overdraft protection programs that are not covered by TILA would generally qualify as incidental credit under Regulation B.

Truth in Savings Act

Under the Truth in Savings Act (TISA), deposit account disclosures must include the amount of any fee that may be imposed in connection with the account and the conditions

---

[15] For federal credit unions, this time period may not exceed 45 calendar days.  12 CFR § 701.21(c)(3).

[16] See 12 CFR 226.4.

[17] 15 U.S.C. §§ 1691 et seq.  The ECOA is implemented by Regulation B, 12 CFR Part 202.  The ECOA prohibits discrimination on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to contract), the fact that all or part of the applicant's income derives from a public assistance program, and the fact that the applicant has in good faith exercised any right under the Consumer Credit Protection Act.

[18] See 12 CFR §§ 202.2(c) and 9.

[19] See 12 CFR § 202.3(c).

7

under which the fee may be imposed.[20]   In addition, institutions must give advance notice to affected consumers of any change in a term that was required to be disclosed if the change may reduce the annual percentage yield or adversely affect the consumer.

When overdraft protection services are added to an existing deposit account, advance notice to the account holder may be required, for example, if the fee for the service exceeds the fee for accounts that do not have the service.[21]   In addition, TISA prohibits institutions from making any advertisement, announcement, or solicitation relating to a deposit account that is inaccurate or misleading or that misrepresents their deposit contracts.

Since these automated and marketed overdraft protection programs did not exist when most of the implementing regulations were issued, the regulations may be reevaluated.

Electronic Fund Transfer Act
The Electronic Fund Transfer Act (EFTA) and Regulation E require an institution to provide consumers with account-opening disclosures and to send a periodic statement for each monthly cycle in which an electronic fund transfer (EFT) has occurred and at least quarterly if no transfer has occurred.[22]   If, under an overdraft protection program, a consumer could overdraw an account by means of an ATM withdrawal or POS debit card transaction, both are EFTs subject to EFTA and Regulation E.  As such, periodic statements must be readily understandable and accurate regarding debits made, current balances, and fees charged.  Terminal receipts also must be readily understandable and accurate regarding the amount of the transfer.  Moreover, readily understandable and accurate statements and receipts will help reduce the number of alleged errors that the institution must investigate under Regulation E, which can be time-consuming and costly to institutions.

**Best Practices**

Clear disclosures and explanations to consumers of the operation, costs, and limitations of an overdraft protection program and appropriate management oversight of the program are fundamental to enabling responsible use of overdraft protection.  Such disclosures and oversight can also minimize potential consumer confusion and complaints, foster good customer relations, and reduce credit, legal, and other potential risks to the institution.  Institutions that establish overdraft protection programs should, as applicable, take into consideration the following best practices, many of which have been recommended or implemented by financial institutions and others, as well as practices that may otherwise be required by applicable law.  While the Agencies are concerned about promoted overdraft protection programs, the best practices may also be useful for

---

[20] 12 U.S.C. §§ 4301 et seq.  TISA is implemented by Regulation DD at 12 CFR Part 230 for banks and savings associations, and by NCUA's TISA regulation at 12 CFR Part 707 for federally insured credit unions.

[21] An advance change in terms notice would not be required if the consumer's account disclosures stated that their overdraft check may or may not be paid and the same fee would apply.

[22] 15 U.S.C. §§ 1693 et seq.  The EFTA is implemented by Regulation E, 12 CFR Part 205.

other methods of covering overdrafts. These best practices currently observed in or recommended by the industry include:

<u>Marketing and Communications with Consumers</u>

- **Avoid promoting poor account management.** Institutions should not market the program in a manner that encourages routine or intentional overdrafts. Institutions should instead present the program as a customer service that may cover inadvertent consumer overdrafts.

- **Fairly represent overdraft protection programs and alternatives.** When informing consumers about an overdraft protection program, inform consumers generally of other overdraft services and credit products, if any, that are available at the institution and how the terms, including fees, for these services and products differ. Identify for consumers the consequences of extensively using the overdraft protection program.

- **Train staff to explain program features and other choices.** Train customer service or consumer complaint processing staff to explain their overdraft protection program's features, costs, and terms, including how to opt out of the service. Staff also should be able to explain other available overdraft products offered by the institution and how consumers may qualify for them.

- **Clearly explain discretionary nature of program.** If payment of an overdraft is discretionary, make this clear. Institutions should not represent that the payment of overdrafts is guaranteed or assured if the institution retains discretion not to pay an overdraft.

- **Distinguish overdraft protection services from "free" account features.** Institutions should not promote "free" accounts and overdraft protection programs in the same advertisement in a manner that suggests the overdraft protection program is free of charges.

- **Clearly disclose program fees.** In communications about overdraft protection programs, clearly disclose the dollar amount of the fee for each overdraft and any interest rate or other fees that may apply. For example, rather than merely stating that the institution's standard NSF fee will apply, institutions should restate the dollar amount of any applicable fee or interest charge.

- **Clarify that fees count against the disclosed overdraft protection dollar limit.** Consumers should be alerted that the fees charged for covering overdrafts, as well as the amount of the overdraft item, will be subtracted from any overdraft protection limit disclosed.

- **Demonstrate when multiple fees will be charged.** If promoting an overdraft protection program, clearly disclose, where applicable, that more than one overdraft

fee may be charged against the account per day, depending on the number of checks presented on, and other withdrawals made from, the consumer's account.

- **Explain impact of transaction clearing policies.** Clearly explain to consumers that transactions may not be processed in the order in which they occurred, and that the order in which transactions are received by the institution and processed can affect the total amount of overdraft fees incurred by the consumer.

- **Illustrate the type of transactions covered.** Clearly disclose that overdraft fees may be imposed on transactions such as ATM withdrawals, debit card transactions, preauthorized automatic debits, telephone-initiated transfers or other electronic transfers, if applicable, to avoid implying that check transactions are the only transactions covered.

Program Features and Operation

- **Provide election or opt-out of service.** Obtain affirmative consent of consumers to receive overdraft protection. Alternatively, where overdraft protection is automatically provided, permit consumers to "opt out" of the overdraft program and provide a clear consumer disclosure of this option.

- **Alert consumers before a transaction triggers any fees.** When consumers attempt to withdraw or transfer funds made available through an overdraft protection program, provide a specific consumer notice, where feasible, that completing the withdrawal may trigger the overdraft fees (for example, it presently may be feasible at a branch teller window). This notice should be presented in a manner that permits consumers to cancel the attempted withdrawal or transfer after receiving the notice. If this is not feasible, then post notices (e.g., on proprietary ATMs) explaining that transactions may be approved that overdraw the account and fees may be incurred. Institutions should consider making access to the overdraft protection program unavailable through means other than check transactions, if feasible.

- **Prominently distinguish balances from overdraft protection funds availability.** When disclosing a single balance for an account by any means, institutions should not include overdraft protection funds in that account balance. The disclosure should instead represent the consumer's own funds available without the overdraft protection funds included. If more than one balance is provided, separately (and prominently) identify the balance without the inclusion of overdraft protection.

- **Promptly notify consumers of overdraft protection program usage each time used.** Promptly notify consumers when overdraft protection has been accessed, for example, by sending a notice to consumers the day the overdraft protection program has been accessed. The notification should identify the date of the transaction, the type of transaction, the overdraft amount, the fee associated with the overdraft, the amount necessary to return the account to a positive balance, the amount of time consumers have to return their accounts to a positive balance, and the consequences

of not returning the account to a positive balance within the given timeframe. Notify consumers if the institution terminates or suspends the consumer's access to the service, for example, if the consumer is no longer in good standing.

- **Consider daily limits on the consumer's costs.** Consider imposing a cap on consumers' potential daily costs from the overdraft program. For example, consider limiting daily costs from the program by providing a numerical limit on the total overdraft transactions that will be subject to a fee per day or by providing a dollar limit on the total fees that will be imposed per day.

- **Monitor overdraft protection program usage.** Monitor excessive consumer usage, which may indicate a need for alternative credit arrangements or other services, and inform consumers of these available options.

- **Fairly report program usage.** Institutions should not report negative information to consumer reporting agencies when the overdrafts are paid under the terms of overdraft protection programs that have been promoted by the institutions.

This concludes the text of the final Joint Guidance on Overdraft Protection Programs.