1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 83013)
2  LISA M. SIMONETTI (State Bar No. 165996)
   BRIAN C. FRONTINO (State Bar No. 222032)
3  CATHERINE HUANG (State Bar No. 271886)
   2029 Century Park East
4  Los Angeles, CA  90067-3086
   Telephone:   310-556-5800
5  Facsimile:    310-556-5959
   Email:         lacalendar@stroock.com
6
   Attorneys for Defendant
7    CITIBANK, N.A.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 RONALD S. ARENDAS, individually and on  ) Case No. CV-11-6462 (CRB)
   behalf of all others similarly situated,   )
13                                            ) **STIPULATION AND [PROPOSED]**
              Plaintiff,                      ) **ORDER REGARDING BRIEFING**
14                                            ) **SCHEDULE FOR AND HEARING ON**
          vs.                                 ) **MOTION OF DEFENDANT CITIBANK,**
15                                            ) **N.A. FOR SUMMARY JUDGMENT**
   CITIBANK INC., CITIBANK (WEST) FSB,        )
16 CITIBANK, N.A. and CITIBANK FSB, and       )
   DOES 1 through 125,                        )
17                                            )
              Defendants.                     )
18                                            )
                                              )
19 _____

20

21

22

23

24

25

26

27

28 LA 51600678

1  Plaintiff Ronald S. Arendas ("Arendas") and defendant Citibank, N.A. ("Citibank"),
2  through their undersigned counsel, hereby stipulate as follows:
3  WHEREAS, Arendas filed his Complaint on December 19, 2011;
4  WHEREAS, on August 10, 2012, the Court granted Citibank's request to file an early,
5  limited motion for summary judgment and set the hearing on the motion for December 7, 2012 (see
6  Civil Minutes, Dkt. No. 21);
7  WHEREAS, Citibank filed its Motion for Summary Judgment on November 2, 2012 (see
8  Dkt. No. 22);
9  WHEREAS, by operation of Civil Local Rule 7-3(a), Arendas's opposition to Citibank's
10  Motion for Summary Judgment is currently due on November 16, 2012;
11  WHEREAS, by operation of Civil Local Rule 7-3(c), Citibank's reply in support of its
12  Motion for Summary Judgment is currently due on November 23, 2012;
13  WHEREAS, due to the effects of Hurricane Sandy on Arendas's counsel's business
14  operations, the parties have agreed to extend the time for Arendas to file his opposition to
15  Citibank's Motion for Summary Judgment from November 16, 2012 to November 26, 2012;
16  WHEREAS, due to the scheduling conflict of Citibank's counsel, the parties have agreed to
17  continue the hearing on Citibank's Motion for Summary Judgment from December 7, 2012 to
18  December 14, 2012; and
19  WHEREAS, this Stipulation is made in good faith and not for purposes of delay;
20  IT IS HEREBY STIPULATED, by and between the parties, through their respective
21  counsel of record, that:
22  1. Arendas shall have until November 26, 2012 to file his response in opposition to
23      Citibank's Motion for Summary Judgment;
24  2. Citibank shall have until December 3, 2012 to file its reply in support of its Motion for
25      Summary Judgment; and
26  //
27  //
28

LA 51600678                                -1-
STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
FOR AND HEARING ON MOTION FOR SUMMARY JUDGMENT
Case No. CV-11-6462 (CRB)

3. The hearing on Citibank's Motion for Summary Judgment shall be set for December 14, 2012 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: November 15, 2012

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
BRIAN C. FRONTINO
CATHERINE HUANG


By: _____/ s / Lisa M. Simonetti_____
                    Lisa M. Simonetti

Attorneys for Defendant
CITIBANK, N.A.

Dated: November 15, 2012

MCCUNE WRIGHT LLP
RICHARD D. MCCUNE
KRISTY M. AREVALO
JAE (EDDIE) K. KIM


By: _____/ s / Richard D. McCune_____
                    Richard D. McCune

Attorneys for Plaintiff
RONALD S. ARENDAS

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 19, 2012

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(Seal: United States District Court, Northern District of California)

## CERTIFICATION

I hereby certify that, on November 15, 2012, copies of the foregoing **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR AND HEARING ON MOTION OF DEFENDANT CITIBANK, N.A. FOR SUMMARY JUDGMENT** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by U.S. Mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

By   */s/ Lisa M. Simonetti*
       Lisa M. Simonetti

LA 51600678