Richard D. McCune (State Bar No. 132124)
rdm@mccunewright.com
Kristy M. Arevalo (State Bar No. 216308)
kma@mccunewright.com
Jae (Eddie) K. Kim (State Bar No. 236805)
jkk@mccunewright.com
**McCUNEWRIGHT, L.L.P.**
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Attorneys for Plaintiff RONALD S. ARENDAS, on behalf
of himself and all others similarly situated.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD S. ARENDAS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK INC., CITIBANK (WEST) FSB, CITIBANK, N.A. AND CITIBANK FSB, and DOES 1 through 125,<br><br>Defendants. | Case No. CV-11-6462 (CRB)<br><br>**STIPULATION AND ORDER TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES**<br><br>Pre-Trial Conf.: October 21, 2013 @ 2:30 p.m.<br>Trial Date: November 4, 2013 @ 9:00 a.m.<br><br>Judge Assigned: Hon. Charles R. Breyer |

Pursuant to Civil L. R. 7-12, Plaintiff, RONALD ARENDAS, and Defendant CITIBANK, N.A., having met and conferred through their counsel of record, submit this Joint Stipulation and Proposed Order concerning changes to the pre-trial deadlines and pre-trial conference and trial dates in this matter.

RECITAL

WHEREAS, the following dates are currently scheduled in this matter:

1.  Trial Date                                          November 4, 2013

2.  Pre-Trial Conference                        October 21, 2013

-1-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES
LA 51651150

1  WHEREAS, the parties are currently engaged in discovery and wish to mediate the matter before
2  conducting additional discovery, filing motions for class certification, and trial.  The parties are unable
3  to accomplish this under the present dates.  The parties have scheduled a mediation for August 6, 2013
4  at JAMS with the Hon. Edward A. Infante (Ret.).  The parties believe it is in the best interests of their
5  clients and the interests of judicial economy to extend the pre-trial conference and trial dates in this
6  matter in order to proceed with mediation, while still providing sufficient time to complete pre-trial
7  matters if the case does not settle at mediation.

## STIPULATION

THEREFORE, the parties agree through their respective attorneys that the pre-trial conference and trial dates currently in place shall be continued as follows:

**Parties' Proposed Changes To Pre-Trial and Trial Date**

|   | **Present Date** | **Proposed Date** |
|---|---|---|
| 1. Pre-Trial Conference | October 21, 2013 | March 31, 2014 |
| 2. Trial Date | November 4, 2013 | April 28, 2014 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  May 20, 2013.                                        MCCUNEWRIGHT LLP

                                                             BY:  */s/ Richard D. McCune*
                                                                  Richard D. McCune
                                                                  Attorney for Plaintiff, Ronald Arendas

DATED:  May 20, 2013.                                        STROOCK & STROOCK & LAVAN LLP

                                                             BY:  */s/ Lisa M. Simonetti* (with permission)
                                                                  Lisa M. Simonetti
                                                                  Attorneys for Defendant, Citibank, N.A.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  May 21, 2013                                         _____
                                                             Hon. [Charles R. Breyer]
                                                             United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer (seal, United States District Court, Northern District of California)*

-2-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATES
LA 51651150