Michael W. Sobol (State Bar No. 194857)
*msobol@lchb.com*
Roger N. Heller (State Bar No. 215348)
*rheller@lchb.com*
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111-3336
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Richard D. McCune (State Bar No. 132124)
*rdm@mccunewright.com*
Jae (Eddie) K. Kim (State Bar No. 236805)
*jkk@mccunewright.com*
**MCCUNE & WRIGHT, LLP**
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Counsel for Plaintiff*

Julia B. Strickland (State Bar No. 083013)
Lisa M. Simonetti (State Bar No. 165996)
Catherine Huang (State Bar No. 271886)
**STROOCK & STROOCK & LAVAN LLP**
2029 Century Park East
Los Angeles, CA  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD S. ARENDAS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK INC., CITIBANK (WEST) FSB, CITIBANK, N.A. AND CITIBANK FSB, and DOES 1 through 125,<br><br>Defendants. | Case No. 3:11-cv-06462-CRB<br><br>**ORDER SUSPENDING ALL EXISTING DEADLINES PENDING FILING OF SETTLEMENT AGREEMENT** |

1   These matters come before the Court upon the Notice of Settlement and Request for
2   Suspension of Deadlines, filed by Plaintiff and Defendant Citibank Inc. (collectively, the
3   "Parties").  The Parties advise the Court that, with the help of the Hon. Edward A. Infante (Ret.)
4   of JAMS, the Parties have reached an agreement in principle to resolve this litigation, and that
5   their agreement is being memorialized in a comprehensive written Settlement Agreement and
6   related documents, which the parties will file with the Court as part of a motion for preliminary
7   approval.

   Based on the foregoing, and good cause appearing, it is hereby ORDERED that all
   current deadlines and scheduled hearings and conferences in this matter are hereby suspended
   pending the filing of the proposed Settlement Agreement.

   IT IS SO ORDERED.

   Dated:   January 27, 2014



1150269.1