UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD S. ARENDAS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK INC., CITIBANK (WEST) FSB, CITIBANK, N.A. AND CITIBANK FSB, and DOES 1 through 125,<br><br>Defendants. | Case No. CV-11-6462 CRB<br><br>**JUDGMENT** |

Judgment is hereby entered consistent with the Court's Final Approval Order dated November 12, 2014.  This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

JUDGMENT APPROVED AS TO FORM BY:


Dated:  November 12, 2014                    _____
                                             CHARLES R. BREYER
                                             United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*

JUDGMENT ENTERED:  November 14, 2014
By:  CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

1204259.4